# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | **APPEARANCE** |
| *Plaintiff* | ) ) |  |
| v. | ) ) | Case No. 1:06-cv-01360-ESH |
| MITTAL STEEL COMPANY N.V., | ) ) |  |
| *Defendant.* | ) ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of Mark Leddy as counsel in the above captioned case for Mittal Steel Company N.V.


          /s/ Mark Leddy
Mark Leddy
D.C. Bar Number 404833
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue N.W.
Washington, DC 20006
(202) 974-1570
mleddy@cgsh.com


September 13, 2006

[Washington DC #342226 v2]