UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff* | ) ) ) | **APPEARANCE** |
| v. | ) ) | Case No.1:06-cv-01360-ESH |
| MITTAL STEEL COMPANY N.V., | ) ) ) | |
| *Defendant.* | ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Brian Byrne as counsel in the above captioned case for Mittal Steel Company N.V.


_____/s/Brian Byrne_____
Brian Byrne
DC Bar Number 449881
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue N.W.
Washington, DC 20006
(202) 974-1528
bbyrne@cgsh.com


September 27, 2006