UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NUMBER:    1:06CV01360-ESH |
| *Plaintiff,* | ) ) | FILED:    November 29, 2006 |
| v. | ) ) |  |
| MITTAL STEEL COMPANY N.V., | ) ) ) ) |  |
| *Defendant.* | ) ) |  |

**NOTICE OF EXTENSION OF TIME**

Pursuant to Section IV(A) of the proposed Final Judgment filed in this case on August 1, 2006, the United States hereby gives notice that it extends the time period for the divestiture of the Dofasco Business for sixty (60) calendar days. The time period provided by Section IV(A) of the proposed Final Judgment for the divestiture of the Dofasco Business now will expire no earlier than January 28, 2007.

Dated: November 29, 2006

Respectfully submitted,

FOR PLAINTIFF UNITED STATES:

_____
Kerrie J. Freeborn (California Bar #221210)
U.S. Department of Justice
Antitrust Division,
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530
(202) 307-0924