AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF              Columbia

**APPEARANCE**

United States v. Mittal Steel Company N.V.          Case Number: 1:06-cv-1360

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/1/2007 | *(signature)* |
| Date | Signature |
| | Lowell R. Stern — 440487 |
| | Print Name — Bar Number |
| | 1401 H Street, N.W., Suite 3000 |
| | Address |
| | Washington, DC 20530 |
| | City / State / Zip Code |
| | (202) 514-3676 / (202) 307-6283 |
| | Phone Number / Fax Number |