# EXHIBIT 1

# WILLKIE FARR & GALLAGHER LLP

THEODORE CASE WHITEHOUSE
202 303 1118
twhitehouse@willkie.com

1875 K Street, NW
Washington, DC 20006-1238
Tel: 202 303 1000
Fax: 202 303 2000

23 October 2005

BY HAND DELIVERY

Maribeth Petrizzi, Esq.
Chief, Litigation II Section
Antitrust Division
U.S. Department of Justice
Suite 3000
1401 H Street, NW
Washington, DC 20530

    Re:    Comments of Silgan Containers Corp. on Proposed Consent Decree in
           *United States v. Mittal Steel Co., NV,* No. 1:06-CV-01360-ESH (D.D.C.)

Dear Ms. Petrizzi:

    Transmitted with this letter, on behalf of Silgan Containers Corporation
("Silgan") and pursuant to the Antitrust Procedures and Penalties Act (15 U.S.C. §
16), are Silgan's comments on the proposed consent decree submitted by the
Division to the United States District Court for the District of Columbia in August
2006.

    Silgan and its counsel would be pleased to enlarge upon or explain any
aspect of Silgan's comments and would be pleased to meet with you and your
staff to discuss any issue or concern relating to this matter.

                    Sincerely,

cc (w/encl.):  Kerrie J. Freeborn, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States | ) ) ) ) ) |
| v. | ) ) ) |
| Mittal Steel Company N.V. | ) ) ) ) |

Case No. 1:06-CV-01360-ESH

## COMMENTS OF SILGAN CONTAINERS CORPORATION ON THE PROPOSED FINAL JUDGMENT AND COMPETITIVE IMPACT STATEMENT REGARDING COMPETITION IN THE TIN MILL PRODUCTS MARKET

WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1000

Thomas Prusa, Ph.D.
Professor of Economics
Rutgers University
New Brunswick, New Jersey

October 23, 2006

1244020_8

# TABLE OF CONTENTS

Page

INTRODUCTION AND SUMMARY OF COMMENTS.................................................1

I.    DIVESTITURE OF DOFASCO IS THE BEST OPTION...................................5

    A.    Dofasco Has A Proven Track Record Of Operating As A Highly
         Profitable, Independent Company ...........................................................5

    B.    Dofasco is Far Better Suited to Operate as a Stand-Alone
         Facility Than Either Weirton or Sparrows Point .................................6

    C.    Dofasco Is More Committed To Investing in The Future of The
         Tin Mill Steel Market ..............................................................................9

    D.    The Decree Should Be Amended If Necessary To Require
         Divestiture Of Dofasco On The Earliest Date On Which It May
         Legally Be Divested Free Of The *Stichting* Arrangements, And
         The Hold-Separate Order Should Continue In Effect Until That
         Divestiture Is Accomplished..................................................................10

II.   A STAND-ALONE WEIRTON OPERATION WILL FAIL IN THE
    IMMEDIATE FUTURE AND UNDERMINE THE DEPARTMENT'S
    OBJECTIVE OF PRESERVING COMPETITION IN THE MARKET ...........10

    A.    Weirton's Ironmaking And Steelmaking Assets Are Not
         Competitive ............................................................................................11

         1.    Weirton has small, inefficient blast furnaces .............................11

         2.    Weirton's steelmaking operations are also antiquated and
              high cost.......................................................................................14

         3.    An independent Weirton operating its ironmaking
              facilities would lack any captive raw material supplies.............15

         4.    Weirton's Geographic Location Guarantees Higher Costs
              for Basic Inputs .........................................................................18

         5.    Weirton's limitations as a fully-integrated steel maker
              producing tin mill steel are recognized by Mittal and
              outside observers........................................................................19

    B.    Prospects for A Stand-Alone Weirton Enterprise Operating as a
         Rolling and Finishing Operation Are Limited......................................20

# TABLE OF CONTENTS
## (CONTINUED)

Page

1. Weirton's rolling and finishing assets require substantial investment to be competitive ......................................................21

2. Weirton would be committed to producing primarily tin mill steel, limiting production flexibility.....................................22

3. Weirton would have difficulty securing the quality and volume of slab necessary to maintain its operations..................23

4. Even if a stand-alone Weirton rolling and finishing operation found a consistent source of slab supply, the market dynamics for tin mill steel would limit profitability............................................................................................27

5. A stand-alone Weirton enterprise running only its tin line would have difficulty securing sufficient volumes of black plate ..........................................................................................30

C. There Are No Legitimate Suitors For Weirton.......................................32

D. Divesting Weirton Will Have An Adverse Impact on Competition ......32

III. A DIVESTITURE OF SPARROW'S POINT WOULD ALSO BE A FAR LESS EFFECTIVE REMEDY THAN DIVESTING DOFASCO ....................34

A. Divestiture of Sparrows Point is Unlikely to Enhance Competition Over the Long Term ...........................................................34

1. Dofasco is an unlikely replacement for Sparrows Point in supplying slabs to Weirton ...........................................................35

2. It is unlikely that Mittal Steel's other North American slab producers will divert scarce feedstock to Weirton ..............36

3. It would make no economic sense for Mittal's Brazilian affiliate CST to supply slabs to Weirton .....................................37

B. Divesting Sparrows Point Will Have An Adverse Impact on Competition In the Medium to Long Term..............................................38

CONCLUSION ......................................................................................................41

## INTRODUCTION AND SUMMARY OF COMMENTS

Silgan Containers Corporation, the largest U.S. food can producer and single largest consumer of tin mill steel products in the United States, hereby provides comments on the proposed final judgment in *United States v. Mittal Steel Company*, the civil action concerning the effects of Mittal Steel's acquisition of Arcelor in the tin mill steel market in the Eastern United States. These comments are submitted in response to the invitation of the Antitrust Division of the United States Justice Department set forth in August 24, 2006 edition of the *Federal Register*. Silgan appreciates the opportunity to submit comments.

Silgan wholeheartedly agrees with the Department's conclusions that (1) Mittal Steel's acquisition of Arcelor "further consolida[tes] an already highly concentrated market" and (2) "the likely effect of this acquisition would be to lessen competition substantially" among suppliers of tin mill steel products in the Eastern United States, and (3) "this loss of competition would likely result in higher prices, lower quality, less innovation and less favorable delivery terms to customers" of tin mill steel.[1] Silgan submits that such conclusions are amply supported by the evidence.

The proposed decree provides for two alternative divestiture scenarios. The first is to require divestiture by Mittal of Dofasco, a Canadian integrated steel producer. The alternative remedy, to be available only if Mittal is "unable" despite

---

[1]    *See United States v. Mittal Steel Company*, Proposed Final Judgment and Competitive Impact Statement, 71 Fed. Reg. 50084, 50085, 50093 (August 24, 2006) **(Attachment 1)**

"best efforts" to accomplish the divestiture of Dofasco, would be divestiture of either the Sparrows Point integrated steel operation or the Weirton steel mill operation (which includes only a rolling mill capability at this time). Silgan wholeheartedly agrees with the Department that the preferred remedy to address this lessening of competition in the tin mill steel market is to require the divestiture of Dofasco. Indeed, Silgan submits that a proper understanding of both the market participants and the competitive dynamics affecting the market participants demonstrates the following:

- <u>Weirton would not be able to survive as an independent operation.</u>

Given its location, its old, small, and currently inoperative blast furnaces, and the limited capabilities of Weirton's rolling facilities, Weirton cannot survive as an independent producer. Neither running Weirton's iron-making and steelmaking operations nor purchasing slab in the merchant market would be a viable strategy. Consequently, a remedy allowing the divestiture of Weirton would simply cause substantial tin mill steel capacity to exit the market, which would make the available tin mill steel supply even more concentrated.

- <u>No existing integrated steel mill has a serious interest in acquiring Weirton, because it makes no economic sense.</u>

Weirton's only realistic hope of surviving is to operate as one facility within a large, diversified enterprise capable of supplying Weirton with key inputs and averaging costs across a larger production base. Weirton currently enjoys that status as part of Mittal. No viable alternative integrated steel mill is likely to come forward to replace Mittal.

- <u>Although Sparrows Point is a superior mill to Weirton, it is uncertain whether divesting Sparrows Point would preserve competition over the mid- to long-term.</u>

Within the Mittal system, Sparrows Point is a key supplier of slab for Weirton. A Sparrows Point facility operating outside the Mittal system would eliminate a guaranteed supply of this key feedstock to Weirton and thereby threaten the ongoing viability of Weirton. Without Sparrows Point's slab capacity, the likelihood that Mittal will ration Weirton's slab supply is greatly increased because Weirton will not be the best use of Mittal's limited slab supply in the Midwest that can be used in more profitable operations. Such fact is evidenced by the statements of Mittal Steel officials that Weirton is the least desirable facility among Mittal Steel's North American operations. In short, divesting Sparrows Point would almost certainly lead to Weirton's demise even within the Mittal enterprise, thereby diminishing overall capacity to the detriment of consumers and frustrating the goal of the decree.

In the pages below, Silgan discusses and documents these factual conclusions in considerable detail. Silgan submits that these factual conclusions require the Department to adopt the following approach in designing an appropriate remedy to address the reduced competition in the tin mill steel market. First, the Department should make every effort to accomplish the divestiture of Dofasco. Press reports immediately after publication of the consent decree suggest a lack of interest by Mittal-Arcelor of seriously pursuing divesting Dofasco. The Department needs to push Mittal-Arcelor to accomplish the divestiture of Dofasco.

Second, if immediate divestiture is not possible, Silgan strongly recommends the consent decree be modified to wait the five years reportedly necessary to eliminate any existing legal impediments to the divestiture of Dofasco. An independent Dofasco in five years is better than any of the other alternatives for preserving competition. A long run solution to the issue is better than a short term fix.

Silgan makes this recommendation because the other options under consideration -- divesting Weirton or divesting Sparrows Point -- will not accomplish the Department's objective of enhancing competition in the tin mill steel market. These other options will only protect competition if one believes that Weirton has better than a 64% chance of surviving over the next two or three years, either outside or within the Mittal enterprise. However, no knowledgeable industry observer would give Weirton better than a 10-20% chance of surviving if either Weirton or Sparrows Point is divested. Therefore, the only appropriate remedy is to divest Dofasco as soon as possible, even if this means waiting for the alleged legal impediments to such a divestiture to expire.

To summarize:

- Divestiture of Dofasco is the most pro-competitive outcome.

- If divestiture of Dofasco is not possible now (because of the *stichting* arrangements reportedly engineered by Arcelor), the second best option is continued independent operation of Dofasco for the life of the trust, (reportedly 5 years) followed by divestiture to a firm not a U.S. tin-mill producer.

- A less desirable but feasible outcome would be divestiture of Sparrows Point to a firm not a U.S. tin-mill producer (with

appropriate assurance that Sparrows Point's tin-mill activity will be continued).

- Divestiture of Weirton under any scenario would be counterproductive from a competition perspective and would hurt the market because Weirton would not survive and its capacity would be permanently lost.

## I.     DIVESTITURE OF DOFASCO IS THE BEST OPTION

A combined Mittal-Arcelor would have three tin mill steel production facilities supplying the Eastern United States market, resulting in an excessively concentrated supply situation.  To remedy that undesirable outcome, the Department has determined that Dofasco should be divested.[2]   The Department is correct in that determination:  Divesting Dofasco remains the preferred remedy to address the loss of competition in the tin mill steel market resulting from the Mittal-Arcelor merger.

In assessing divestiture options the Department must consider whether the divested firm can operate independently and serve the changing needs of consumers.  Any divested tin mill steel entity must be viable on its own, making Dofasco the most logical choice for divestiture.

### A.     Dofasco Has A Proven Track Record Of Operating As A Highly Profitable, Independent Company

In sharp contrast to Weirton or Sparrows Point (both of which are discussed below), Dofasco is recognized as one of the best steel mills in the world.  A leading steel consultancy and benchmarking firm, World Steel Dynamics ("WSD"),

---

[2]     *Id.*

ranked Dofasco in the Top 25 of all global steelmakers. The same assessment ranked Dofasco the highest of all North American producers.[3] Dofasco scored a remarkable 9 out of 10 in the WSD analysis for profitability over the 2000-04 period.[4]

The WSD analysis, which covers the period through June 2005, presents an independent, expert assessment of Dofasco <u>prior</u> to its acquisition by Arcelor, when the facility stood as a fully independent entity. Dofasco's performance during that period provides a strong indication of its likely performance if separated from Mittal.

### B. Dofasco is Far Better Suited to Operate as a Stand-Alone Facility Than Either Weirton or Sparrows Point

Compared to either Weirton or Sparrows Point, Dofasco is far better suited to survive and thrive as a stand-alone facility. Four differences stand out: (1) Dofasco has a much deeper product line; (2) Dofasco has a larger scale operation, (3) Dofasco owns its own raw materials, and (4) Dofasco has much more cold-rolled capacity to feed its tin mill steel production. Silgan discusses these below.

First, Dofasco has production capability that covers the full spectrum of flat-rolled products, from hot-rolled steel to cold-rolled and galvanized, as well as tin mill steel. Dofasco also produces tubular products in operations that consume the hot-rolled and cold-rolled steel it produces. Indeed, Dofasco Tubular Products is

---

[3]    World Steel Dynamics (2005) **(Attachment 2)**.

[4]    *Id.*

the largest and most diversified producer of tubular products in North America.[5] Finally, Dofasco is a significant player in the high margin auto sheet market, in which there are few significant North American suppliers.[6]

This breadth of production capability allows Dofasco to remain viable even if the tin mill steel market turns down. Neither Weirton nor Sparrows point has the same breadth of production. Weirton's product line is quite limited. Indeed, Silgan's understanding is that the vast majority of Weirton's total steel production is just tin mill steel. Sparrows Point is not much better. Other than tin mill steel, Sparrows Point predominantly focuses on commodity grades of cold-rolled and galvanized flat-rolled steel.

Second, Dofasco is also a larger scale operation, with just over 4 million tons of steelmaking capacity compared to 3.4 million tons at Sparrows Point and zero operating steelmaking capacity at Weirton. Dofasco also has larger rolling assets, with 4.9 million tons of hot strip capacity available compared to 3 million tons at Sparrows Point and 3.8 million tons at Weirton.[7] This larger scale allows Dofasco to operate more efficiently and profitably than wither Weirton or Sparrows Point.

---

[5]  *See* http://www.dofascotube.com/Default.htm. **(Attachment 3)**

[6]  The leading North American Suppliers are Mittal (non-Sparrows Point production), U.S. Steel, AK Steel and Dofasco. *See* Peter Marsh, *Massive Bids on Table as Giants Fight for Dofasco*, Financial Times (January 13, 2006) **(Attachment 4)**. According to long-time steel analyst Charles Bradford, Sparrows Point "doesn't have those (automotive) grades." Scott Robertson, *Mittal Sparrows Point Mill May Be On Auction Block*, American Metal Market (June 2, 2006). **(Attachment 5)**

[7]  *See generally 2005 Directory of Iron and Steel Plants*, Association for Iron and Steel Technology (2005) **(Attachment 6)**

Third, Dofasco has access to captive supplies of both coke and iron ore, reducing its exposure to price volatility in raw material markets. Neither Weirton nor Sparrows Point has any such assets. Like the larger scale, these captive supplies of key feedstock allow Dofasco to operate more cost effectively and profitably than Weirton or Sparrows Point.

Finally, as detailed in the chart below, Dofasco has a much more favorable ratio of tin mill steel capacity to cold-rolled capacity.

**Figure 1:  Ratio of Tin Mill Capacity to Cold-Rolled Capacity**

|  | Dofasco | Sparrows Point | Weirton |
|---|---|---|---|
| Cold-Rolled Capacity (000 tons) | 3100 | 1580 | 1000 |
| Tin steel production (000 tons) | 418 | 828 | 800 |
| Fraction of tin mill capacity to cold-rolled | 13.5% | 52.4% | 80% |

The ratio of tin mill capacity to cold-rolled capacity at Dofasco is just 13.5 percent. In contrast, the ratio of tin mill steel capacity to cold-rolled capacity at Sparrows Point is greater than 50%, and is roughly 80% at Weirton. Dofasco's more limited tin mill steel capacity relative to its cold-rolled capacity means a much larger portion of its cold-rolled capacity is immediately available for sale in often more profitable cold-rolled or galvanized markets. Weirton and Sparrows Point, on the other hand, have limited opportunity to serve cold-rolled and galvanized markets while at the same time keeping their more substantial tin mill steel lines operating at efficient capacity utilization rates.

C.    Dofasco Is More Committed To Investing in The Future of The Tin Mill
      Steel Market

A key factor for the Department's consideration should be which entity

will support the tin mill steel market for the long term.  It is Silgan's opinion that

Mittal is not interested in this product and will not support the tin mill steel

market, whereas Dofasco has demonstrated a concrete willingness to support the

product.

Prior to its acquisition of International Steel Group, Mittal had no

significant involvement in the tinplate market from any of its worldwide operations.

With ISG, Mittal acquired the former Bethlehem Steel tinplate operations at

Sparrows Point, MD and the former Weirton Steel tinplate operations in Weirton,

WV.  Since the acquisition of ISG, these operations have been scaled back, not

expanded, and Mittal has shown little or no interest in their long-term viability.  As

importantly, since its acquisition of ISG, Mittal has met its contractual volume

commitment to Silgan, but has declined to ship additional volumes requested by

Silgan.  Efforts to engage Mittal in discussions toward extending the current supply

commitment to Silgan have not been successful.

The experience with Dofasco has been much different.   Time and

again Dofasco has demonstrated a willingness to commit to the long term

production and supply of tin mill steel.  For example, Dofasco understood the desire

of can companies for wider and wider coils to enhance can making productivity.

Dofasco, unlike other suppliers, decided to invest in additional wide coil capacity,

and now is one of the few suppliers in the world to offer extra-wide coils.  Another

example is Dofasco's willingness to talk about and agree to longer-term supply arrangements. There is no question that producing tin mill steel is in Dofasco's long term plans.

      D.     **The Decree Should Be Amended If Necessary To Require Divestiture Of Dofasco On The Earliest Date On Which It May Legally Be Divested Free Of The *Stichting* Arrangements, And The Hold-Separate Order Should Continue In Effect Until That Divestiture Is Accomplished.**

Because of the obvious superiority, from the standpoint of competitive supply of tin mill steel products, of a divestiture of Dofasco over either alternative divestiture contemplated by the proposed decree, the Decree should be amended to ensure that Dofasco is divested and that any short-term impediment to that divestiture arising from the *stichting* arrangements erected by Arcelor to frustrate Mittal's efforts to acquire Arcelor does not wind up producing long-term harm to the tin mill steel market in the Eastern United States. Dofasco's long history of successful operation as a stand-alone entity and its modern plant and facilities make it highly likely that Dofasco could exist and prosper under the hold-separate order now in place for at least five years and remain a viable and attractive divestiture candidate at the end of that period. Thus, there is no reason for the Department or the Court to accept the plainly less effective -- and potentially counterproductive -- alternatives of divesting either Sparrows Point or Weirton.

II.     **A STAND-ALONE WEIRTON OPERATION WILL FAIL IN THE IMMEDIATE FUTURE AND UNDERMINE THE DEPARTMENT'S OBJECTIVE OF PRESERVING COMPETITION IN THE MARKET**

There is no viable business model for a stand-alone Weirton operation that ensures even the intermediate term survival of the company. As a fully-

integrated steel producer making raw steel through to tin mill products ("tin mill steel"), Weirton is not competitive. The Weirton facility's ironmaking and steelmaking assets are antiquated and effectively unusable. Indeed, the ironmaking and steelmaking assets are currently not operating for this very reason.[8] The lack of any captive raw material assets and the costs associated with transporting bulk raw materials such as iron ore to the Weirton site only make the prospects for restarting the ironmaking and steelmaking assets in a stand-alone configuration that much more untenable.

As a finishing operation consuming either slab or more advanced downstream inputs (*i.e.*, hot-rolled band or black plate), it is also highly doubtful that Weirton would survive as a stand-alone entity. First, the proposition that a stand-alone Weirton operation would have access to the quality or volume of steel inputs at the cost necessary to run the facility efficiently is highly speculative. Second, limitations at Weirton's rolling operations would further hinder the facility's ability to operate a flexible production base or meet the ever-increasing quality demands of tin mill steel consumers.

A.    Weirton's Ironmaking And Steelmaking Assets Are Not Competitive

1.    Weirton has small, inefficient blast furnaces

It is generally agreed within the steel industry that blast furnaces with an annual production capacity of less than 1.5 million tons per year are not of efficient scale. Most, if not all, world-class blast furnaces exceed 3 million tons in

---

[8]    *See* Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006)(emphasis added) **(Attachment 7)**

annual capacity. While blast furnace size is not necessarily dispositive with respect to cost competitiveness, it is considered among the most important factors.[9]

The U.S. domestic steel industry's own trade association acknowledges the weaknesses and fate of small blast furnaces, as does the U.S. Department of Energy ("DOE"). According to an article posted on the American Iron and Steel Institute's web page, "[b]last furnaces will survive into the next millennium because the larger, efficient furnaces can produce hot metal at costs competitive with other iron making technologies."[10] Similarly, a study of alternative ironmaking technologies funded by DOE concluded that "the primary problem (sic) the Blast Furnace approach is that many of these Blast furnaces are relatively small, as compared to newer larger furnaces; thus are relatively costly and inefficient to operate."[11]

Weirton's blast furnaces -- none of which is currently in operation -- are among the smallest blast furnaces in North America. Weirton's primary No. 1 furnace has a rated annual capacity of 1.46 million tons. The facility's No. 4 furnace, the only other furnace at the Weirton site in any condition to be

_____

[9]      Other competitiveness factors one might consider include the coking rate of the furnace and any alternative charging technologies utilized by the furnace to reduce that rate and increase productivity. For a discussion of these alternative techniques, *see* William T. Hogan and Frank T. Koelbe, *Fewer Blast Furnaces, But Higher Productivity*, New Steel (November 1996) **(Attachment 8)**. Note, however, that reliance on alternative charging techniques has presented new cost problems for some blast furnace operations. In particular, for those blast furnaces relying on natural gas injection to reduce coking rates (including Weirton), they successfully lowered their coking rates and boosted productivity, but were later hit with heavy costs as natural gas prices rose dramatically.

[10]      *See How a Blast Furnace Works*, AISI (emphasis added) **(Attachment 9)**

[11]      *Ironmaking Process Alternative Screening Study -- Volume I, Summary Report*, Lockwood Greene study for the Department of Energy (Oct. 2000) at 1-1 **(Attachment 10)**.

restarted,[12] has a rated capacity of just 1 million tons.[13] By contrast, the would-be competitors of a stand-alone Weirton enterprise operate the largest blast furnaces in North America.[14]

Figure 2:    Comparison of Blast Furnace Size

| Company / Operation | Blast Furnace | Year Built | Annual Capacity (million tons) |
|---|---|---|---|
| Mittal, Indiana Harbor | No. 7 | 1980 | 4.0 |
| U.S. Steel, Gary Works | No. 14 | 1974 | 3.4 |
| Mittal, Sparrows Point | "L" | 1977 | 3.2 |
| Weirton | No. 1 | 1919 | 1.5 |
| Weirton | No. 4 | 1953 | 1.0 |

Weirton's furnace limitations have long been known; in 1982, National Steel proposed shutting down Weirton's furnaces and operating Weirton as a rolling mill.[15]

---

[12]    Weirton's No. 4 furnace needs repairs before being restarted. Weirton's former owner ISG intended to make such repairs. *See* Jim Leonard, *ISG To Repair, Restart Second Blast Furnace at Weirton Unit*, American Metal Market (July 12, 2004) (**Attachment 11**). With Mittal's acquisition of Weirton, it was determined that Weirton would no longer produce raw steel and the repair work was never initiated. *See* Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006) (**Attachment 7**)

[13]    While age is less indicative of the efficiency of a furnace, Weirton's furnaces are very old. The No. 1 furnace was built in 1919; the No. 4 furnace was built in 1953. Through rebuilds and modifications, these furnaces have been made more efficient, but they remain high cost. Indeed, by Mittal's own admission, Silgan knows they are at least the highest cost furnaces in the Mittal USA system. *See* Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006) (**Attachment 7**).

[14]    Capacity data for the Weirton blast furnaces derived from *2005 Directory of Iron and Steel Plants*, Association for Iron and Steel Technology (2005) (**Attachment 6**). Capacity data for Mittal, Sparrows Point "L" furnace derived from *Mittal Steel USA Works to Restore Furnace at Sparrows Point*, PRNewswire (July 14, 2006) (**Attachment 12**). Capacity data on Mittal, Indiana Harbor No. 7 furnace derived from *Ispat Inland Accelerates Maintenance Outages*, Ispat Inland Press Release (March 7, 2005) (**Attachment 13**).

[15]    *Weirton Workers Buyout* from Online NewsHour, September 23, 1983; http://www.pbs.org/newshour/bb/business/july-dec83/steel_9-23-83.html. (**Attachment 14**).

In any case, assessing the competitiveness of the Weirton blast furnaces is strictly an academic exercise. Both the Weirton No. 1 and No. 4 furnaces are no longer hot banked, but now sit completely cold. The costs of restarting the furnaces from a cold state are uncertain, but could be significant depending on any damage resulting from the cool down. Such costs may in fact be prohibitive to any would-be investor.

> **2.    Weirton's steelmaking operations are also antiquated and high cost**

Weighed down by the high cost of its ironmaking operations, the Weirton facility inherently is a high cost steel producer. Leaving no doubt, Weirton's slab costs have been rated by a leading steel consultancy as the highest in the world.[16] These results are consistent with Mittal's own top-down review of the Mittal USA system, which found the Weirton steelmaking assets to be the least economical among its many U.S. facilities.[17]

Weirton's continuous caster is also an old, four-strand caster.[18] A new, single strand caster is necessary to achieve better yield loss and quality control in important tin mill grades of steel.

---

[16]    *High Production Costs Hamper AK Steel's Middletown Works*, Steel Business Briefing (Aug. 10, 2006) (**Attachment 15**).

[17]    *See* Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006) (**Attachment 7**).

[18]    *2005 Directory of Iron and Steel Plants*, Association for Iron and Steel Technology (2005) at 130 (**Attachment 6**).

3.    **An independent Weirton operating its ironmaking facilities would lack any captive raw material supplies**

A stand-alone Weirton enterprise utilizing its ironmaking assets does not fit the paradigm of successful integrated steel makers (*i.e.*, those operating blast furnaces and basic oxygen furnaces to produce steel) operating in the U.S. market. That paradigm includes access to captive supplies of at least some raw material requirements (coal, coke, or iron ore).

Integrated steel producers consume massive amounts of raw materials in the form of coal, coke, and iron ore to run their blast furnaces. To insulate themselves from volatility in raw material markets, integrated producers tend to maintain captive supplies of at least some of their raw material needs. Although all U.S. mills have largely divested themselves of their U.S. coal assets, maintaining captive coke supplies remains a common practice among integrated producers. This practice continues given the high costs associated with building new coke plants in today's regulatory environment and the fact that the coke market tends to be in very tight supply. The largest producers also maintain captive iron ore assets.

Figure 3:  Integrated Mill Raw Material Assets[19]

| Company | U.S. Coke Assets | U.S. Iron Ore Assets |
|---|---|---|
| U.S. Steel | Yes | Yes |
| Mittal Steel | Yes | Yes |
| AK Steel | Yes | No |
| Wheeling-Pittsburgh Steel | Yes | No |
| WCI Steel | No | No |
| Severstal – Rouge Steel | Yes | No |
| Sparrows Point | No | No |
| Dofasco[20] | Yes | Yes |
| Weirton | No | No |

The Weirton facility does not operate coke ovens, nor does it own any iron ore assets.  As a stand-alone enterprise operating its blast furnaces, Weirton's lack of raw materials assets would leave it dependent on outside supply, including supply from other U.S. tin mill steel producers.

With respect to coke, the implication of Weirton's outside supply dependency is documented in Weirton's recent past.  In 2004, Weirton experienced a coke supply disruption when U.S. Steel (a tin mill steel producer) declared *force majeure* on a supply contract with Weirton in a very tight market for coke, forcing Weirton to limit operations in that year.[21]

Although the first new coke ovens built in the United States in seven years were completed in 2005, shipments of metallurgical coal to U.S. coke plants

---

[19]     *See* Various Annual Reports from producers listed in the table below.

[20]     Dofasco has iron ore assets in Canada.  *See* Maria Guzzo, *Dofasco seals $251m purchase of Canadian iron ore miner QCM*, American Metal Market (July 26, 2005) **(Attachment 16)**.

[21]     Scott Robertson, *Force Majeure Clobbers Coke-Short Steelmakers: Weirton Eyes Options, Blast Furnace Closure*, American Metal Market (Jan. 9, 2004) **(Attachment 17)**.

show a decline over the last 5 years due to the tight specifications needed for coal to produce coke.[22]  Key sources of imported coke, such as China, now consume a larger portion of that supply in their own domestic markets.[23]  With a tight world market for metallurgical coal coupled with U.S. supply disruptions that occurred in 2005, the average delivered price of coal to U.S. coke plants increased by 36.2 percent to reach an average price of $83.79 per short ton in 2005.  This, in turn, caused coke prices to skyrocket.[24]

Figure 4:  U.S. Metallurgical Coal Supply and Prices to U.S. Coke Plants

| (Million Short Tons and Nominal Dollars per Short Ton) | | | | |
|---|---|---|---|---|
| | *2001* | *2002* | *2003* | *2004* | *2005* |
| Consumption | 26.1 | 23.7 | 24.2 | 23.7 | 23.4 |
| Average Delivered Price | $46.42 | $50.67 | $50.63 | $61.50 | $83.79 |

Even Weirton's union representatives acknowledge the coke problem:  "Union spokesman David Gosset said raw materials are the root of Weirton's problem. Weirton does not have a coke plant and must buy it at a high cost on the open market."[25]

---

[22]    U.S. Coal Supply and Demand:  2005 Review, Department of Energy, Energy Information Administration.

[23]    For a discussion of the tight market for coke during 2004 and the factors that drive tight coke supplies, *see* Peter Krouse, *Heat Back on Steel Makers*, The Plain Dealer (February 26, 2004) **(Attachment 18)**.

[24]    U.S. Coal Supply and Demand:  2005 Review, Department of Energy, Energy Information Administration.

[25]    Vicki Smith, *Furnace Will Stay Idle at Weirton Steel Mill*, Associated Press (Dec. 2, 2005) **(Attachment 19)**.

The raw material paradigm bears out in the experience of other integrated steel producers.  Operations with no captive supplies are vulnerable and tend to have poorer operating performance.  WCI Steel, for example, also retains no raw material assets.  Not surprisingly, like Weirton, it was also the victim of the coke supply disruption that occurred in 2004.[26]  WCI emerged from nearly three years of bankruptcy only this year.

### 4. Weirton's Geographic Location Guarantees Higher Costs for Basic Inputs

Unlike competitors along the Great Lakes and elsewhere, which have access to water transportation to bring in raw materials, Weirton must resort to more expensive truck and rail options to supply such basic bulk inputs as iron ore.[27]  As a stand-alone enterprise not affiliated with a larger integrated steel operation, Weirton would have no ability to average higher transportation costs over a broader asset base or leverage lower transportation prices with service providers serving more than the Weirton facility.

---

[26]    *See* Peter Krouse, *Heat Back on Steel Makers*, The Plain Dealer (February 26, 2004) **(Attachment 18)**.

[27]    According to the Minneapolis Federal Reserve "water transport via inland ports is estimated to be at least five times more efficient than rail and trucks at delivering similar cargo on a fuel cost-per-gallon basis.  U.S. inland waterways move about 15 percent of interstate commerce for bulk commodities at only 2 percent of the cost."  Marcia Jedd, *Minneapolis Federal Reserve fedgazette*, January 2003, http://minneapolisfed.org/pubs/fedgaz/03-01/shipping.cfm **(Attachment 20)**; *See also* Vicki Smith, *Furnace Will Stay Idle at Weirton Steel Mill*, Associated Press (Dec. 2, 2005) **(Attachment 19)** ("Weirton also must buy iron ore and have it shipped by rail.  Mittal's mill in Cleveland can get iron ore shipped in cheaper on Lake Erie").

5.   **Weirton's limitations as a fully-integrated steel maker producing tin mill steel are recognized by Mittal and outside observers**

There is no dispute that Weirton suffers from severe limitations as a fully-integrated steel producer, even among those parties with an immediate interest in, or who are otherwise knowledgeable about, the facility.  Consider the comments of Mittal USA CEO Leo Schorsch shortly after Mittal acquired Weirton and made the decision to shut down its steelmaking operations:

> This was a very difficult decision, since the Independent Steelworkers Union and all employees have worked so hard to beat the odds trying to maintain steelmaking at Weirton," said Louis L. Schorsch, chief executive of Mittal Steel USA. "However, the structural disadvantages of Weirton for these processes entail costs that are too high to support competitive downstream facilities.[28]

At the same time, noted industry analyst and expert on ironmaking / steelmaking assets Michael Locker stated:

> The negative of the consolidation process is that you have a comparison going on of plants ... within the Mittal family.
>
> If they come out on the short end of the stick, they can't justify standing alone -- even with all the hopes of cost reduction and efforts by the union, which were mighty.[29]

Other commentary from the period is consistent with that above concerning Mittal's own internal assessment of the Weirton facility:

---

[28]    Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006) **(Attachment 7)**.

[29]    Vicki Smith, *Furnace Will Stay Idle at Weirton Steel Mill*, Associated Press (Dec. 2, 2005)(emphasis added) **(Attachment 19)**.

Unknown to Weirton workers as well as to many ISU officers, Mittal Steel kept obsessive track of all financial aspects of its five integrated mills (Burns Harbor and Indiana Harbor in addition to Cleveland, Sparrows Point, and Weirton). The mills were compared and ranked according to their raw material inputs, manufacturing costs, and product profit margins. At the bottom of the list lay the "swing" plant – the facility that, in times of low demand, didn't generate enough money to please the steelmasters in London.

Weirton was the "swing" plant.

It was hobbled by higher raw material costs, especially for coke, than the other mills.[30]

Based on this commentary, it is clear that Weirton, even as part of a vast integrated steel enterprise, is incapable of being competitive running its ironmaking and steelmaking assets. As an independent enterprise running those assets, prospects would only diminish from bad to worse.

B.    Prospects for A Stand-Alone Weirton Enterprise Operating as a Rolling and Finishing Operation Are Limited

Even if Weirton's ironmaking and steelmaking assets remain closed and the facility continues operating as a rolling and finishing operation, the viability of such an operation on a stand-alone basis is doubtful. The Weirton rolling operations -- long neglected by its previous and current owners – require substantial investment to remain competitive. Moreover, the production emphasis on tin mill steel, as well as the configuration and limitations at the mill, mean that it would have limited production flexibility to maximize profitability by reacting to

---

[30]    Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006) **(Attachment 7).**

changes in up- and down-stream flat-rolled steel markets.  Finally, the prospect of limited availability of merchant slab or black plate substrate could lead to supply disruptions and limit capacity utilization at the mill, such that it could not generate sustainable profits.

    1.    **Weirton's rolling and finishing assets require substantial investment to be competitive**

The Weirton facility, both as an independent entity and as part of the International Steel Group and Mittal Steel, has been a consistent industry laggard. Years of losses have led to years of neglect at the mill.[31]  At the tin line, alone, Mittal has publicly identified the need for in-line edge-cutting and tension leveling equipment to keep the mill competitive.[32]  Mittal, however, has not committed to that investment, which it identified as important shortly after it acquired the Weirton assets from the International Steel Group.[33]

Given Weirton's historically poor financial performance, it is likely that other major maintenance at the mill has been severely neglected.  If Weirton has any chance at all of being a viable, stand-alone operation, any new investor would have to be committed to substantial new capital spending to improve the competitive position of the mill.  The rolling and finishing lines as they currently

---

[31]    Weirton filed for Chapter 11 Bankruptcy protection in May 2003 after racking up more then $700 million in losses over the previous five years.  Vicki Smith, *Weirton Files for Ch. 11: 1,100 Ohio Jobs Affected*, Associated Press (May 20, 2003) **(Attachment 21)**.  Such financial performance is not conducive to investment in the capital-intensive steel industry.

[32]    *See Hearing Transcript, In the Matter Of: Tin and Chromium-Coated Steel Sheet from Japan*, Inv. No. 731-TA-860 (Review) (April 27, 2006) (testimony of Bill Stephans, Division Manager for TMP at Mittal Steel USA's Weirton Facility) **(Attachment 22)**.

[33]    Mark Reutter, *The Strange Case of Weirton Steel*, MakingSteel.Com (April 25, 2006) **(Attachment 7)**.

exist are not "turn-key" operations that would be immediately competitive in today's market.

> ### 2. Weirton would be committed to producing primarily tin mill steel, limiting production flexibility

In today's steel industry, few mills consistently make money producing only one product. This is particularly true for mills that maintain hot-rolled through galvanizing assets and have to cover the fixed costs associated with each stage of flat-rolled steel production. Large integrated operations such as these seek a balance, shifting production upstream and downstream to adjust to changing market conditions in each segment while also attempting to preserve efficient capacity utilization rates at each stage of production. Weirton cannot make similar adjustments.

At the front of the flat-rolled production chain, hot-rolled steel, Weirton would lack the ability to challenge more nimble and cost competitive minimill producers that have long dominated the commodity hot-rolled market. The economics of buying slab dictate that a stand-alone Weirton rolling and finishing operation move downstream to higher value-added products in order to capitalize on steel grades that minimills find more difficult to produce.

At the end of the production chain, the Weirton facility is incapable of competing in the galvanized sheet market, whether using a hot-rolled or cold-rolled substrate. Weirton's galvanizing lines were determined to be the highest cost

operations in the Mittal system and closed. [34]  It is difficult to conceive of a cost

environment in which Weirton could reliably purchase slab and produce a

sustainable profit running steel through such a high cost facility.

Finally, Weirton's cold-rolling mill, while potentially capable of

producing competitive cold-rolled, would have limited capacity to do so since it is

dedicated to serving the tin operations, creating constant pressure to keep the tin

mill operating at efficient rates to cover costs.

3.    **Weirton would have difficulty securing the quality and volume of slab necessary to maintain its operations**

Tin mill steel is a high grade steel product that must meet strict

metallurgical and physical tolerances in order to satisfy customer demands.  The

steelmaking and slab casting phases of production are every bit as critical to

achieving these qualities as are the rolling and finishing phases.  As a slab roller, it

would be necessary for a stand-alone Weirton enterprise to secure tin mill steel-

grade slab from as few committed sources as possible in order to control uniformity

and quality.  Failure to do so would lead to circumstances with which the Weirton

facility is all too familiar:  Unreliable, quality-deficient supply.  This was the

outcome in 1999, when Weirton experimented as an independent producer rolling

slab acquired from other producers.  Delivery and inventory management were

---

[34]    Sam Kusic, *ISU Irked by Mittal Steel's Plan To Shut Weirton Galvanizing Line*, American Metal Market (Feb. 3, 2006) **(Attachment 23)**.

poorly handled. Slab arrived late and in inconsistent quality and tolerances.[35] It is unlikely that the Weirton facility could achieve better results in today's market.

A stand-alone Weirton enterprise rolling purchased slab would find it difficult to secure, on an economic basis, the 800 thousand to 1 million tons of tin mill steel-grade slab necessary for its operations from high quality suppliers. In this regard, Brazil is recognized as the low-cost, high quality producer of merchant slab (*i.e.*, slab produced for sale) in the world and would be the logical supplier to the Weirton facility. However, current Brazilian merchant slab supply is largely allocated among an existing global customer base.[36] Indeed, free supplies will be further limited with CSN's anticipated acquisition of U.S. steelmaker Wheeling-Pittsburgh, which currently maintains 600,000 tons in excess hot-rolling capacity that would be filled by CSN slab.[37] That tonnage could increase substantially if a decision is made to shut Wheeling-Pittsburgh's aging blast furnace.[38]

While the Brazilian slab industry has committed to a substantial expansion of its slab-making capacity, there is little prospect that an economically

---

[35] Weirton's resort to purchased slabs and the problems created by that strategy were cited in testimony during the 2000 antidumping case on TMP imports from Japan (**Attachment 24**).

[36] In 2006, Brazilian merchant slab supply became extremely tight, with prices rising to $555 a ton, as Brazilian producer CSN struggled to make up for production losses due to an accident at its No. 3 blast furnace. A looming increase in export taxes on Chinese slab put further pressure on the market as Chinese producers pulled back from export markets. *See* Diana Kinch, *Brazil Slab hits $555/T In Tight Export Market*, American Metal Market (June 5, 2006) (**Attachment 25**).

[37] *Wheeling-Pittsburgh Makes Loss, Despite Rising Market*, Steel Business Briefing (May 11, 2006) (**Attachment 26**).

[38] A competitor for the Wheeling-Pittsburgh assets, Esmark, envisions shutting down the last Wheeling-Pittsburgh blast furnace in an indication of the perceived or assessed costs of running that facility. *See Esmark To Shut Wheeling-Pitt BF If Bid Succeeds*, Steel Business Briefing (August 23, 2006) (**Attachment 27**).

viable volume of this forthcoming slab capacity would be available to a stand-alone Weirton in the quality required to produce tin mill steel.  As documented in the following table, virtually all of the new Brazilian slab would be unavailable to Weirton.  Much of the planned slab capacity expansion among Brazilian producers targets either Brazilian domestic demand or other offshore demand (*via* existing business relationships).  Timing considerations make it even more improbable that Brazil can source slab for a newly-divested and independent Weirton mill:  a significant fraction of Brazil's new slab capacity will ramp up years from now, an unsuitably long period of time.

Figure 5:  Brazilian Slab Capacity Expansions

| Producer / Project | New Slab Capacity (Million Tons) | Expected Startup | Comments |
|---|---|---|---|
| CST (Arcelor Brazil)[39] | 2.5 | End of 2006 | Expected to add 2.5 million tons of hot-rolled coil capacity by 2008, which will capture much of this expansion.  Also intends to ship substantial additional tonnage to Arcelor-affiliate Dofasco, which is slab-deficient. |
| Gerdau Acominas SA[40] | 3 (initially 1.5) | Mid-2008 | Discussions are already underway with "possible clients abroad." |
| CSA[41] (Thyssen / CVRD) | 4.4 | 2008 | Much of this capacity is to be dedicated to Thyssen Steel's offshore operations, including a proposed U.S. greenfield mill expected to produce 4.5 million tons of finished steel. |
| Ceara Steel[42] (CVRD / Donguk Steel / Danieli & C. SpA) | 1.5 | 2009 | Donguk Steel is expected to consume at least 50 percent of the slab produced at the facility. |
| CSN / Baosteel[43] | 4.5 | 2011 | Two projects are envisioned, with feasibility studies to be finalized by the end of 2006. Baosteel is a projected partner in one project, with the expectation that a portion of the production would be directed at Baosteel. Other available capacity would also serve CSN's rolling operations abroad, with the remainder available to third parties. |
| Usiminas / CVRD[44] | 5 | 2010-2012 | Usiminas is seeking a partner among companies that already have, or plan to set up, rolling capacity abroad. |

---

[39]    Diana Kinch, *Arcelor Brasil Sets Sights On New Slab Plant*, American Metal Market (May 1, 2006) **(Attachment 28 )**; Diana Kinch, *CST to Hike Slab Sales to Dofasco*, American Metal Market (March 22, 2006) **(Attachment 29)** .

[40]    Diana Kinch, *Gerdau Acominas Charging Into Slab Mart*, American Metal Market (June 30, 2006) **(Attachment 30)**.

[41]    Diana Kinch, *CSA Steel Project Receives License*, American Metal Market (July 6, 2006) **(Attachment 31)**; Scott Robertson, *North America at Top of TK's Agenda*, American Metal Market (August 11, 2006) **(Attachment 32)**

[42]    Diana Kinch, *Groundwork Laid For Brazil's Ceara Slab Project*, American Metal Market (December 16, 2005) **(Attachment 33)**.

[43]    Diana Kinch, *CSN May Lift Slab Capacity Of Two Projects*, American Metal Market (September 1, 2006) **(Attachment 34)**.

[44]    Diana Kinch, *Brazil's Usiminas Casts Sights Abroad For New Slab Project Partner*, American Metal Market (August 29, 2006) **(Attachment 35)**.

The Russian producer Severstal is also a low-cost producer capable of meeting international quality standards and therefore might be an economical option for a stand-alone Weirton facility dedicated to rolling slab. This option, however, is limited. Severstal's acquisition of Rouge Steel limits its ability to supply high volumes of merchant slab while meeting its commitment to Rouge.[45]

In short, the market situation for merchant slab would likely force a stand-alone Weirton to source tin mill steel-quality slab piecemeal from multiple sources. As Weirton's 1999 experience showed, this is precisely the sourcing situation Weirton would want to avoid since it would raise the prospect of supply disruptions and production problems related to uneven slab consistency.

> **4.    Even if a stand-alone Weirton rolling and finishing operation found a consistent source of slab supply, the market dynamics for tin mill steel would limit profitability**

Ultimately, even if Weirton could secure an adequate source of slab from third parties, the market dynamics for tin mill steel would create significant profitability problems as the market for flat-rolled steel ebbs and flows. In the flat-rolled steel market, the relationship between slab prices and prices for mainstream flat-rolled steel – hot-rolled, cold-rolled and galvanized products – tends to remain more stable. A more consistent pricing spread is maintained as prices for slab rise and fall. A very different pattern emerges for tin mill steel, given the very small and specialized market it serves. The pricing spread between slab and tin mill steel

---

[45]    At the time of acquisition, Severstal expressed its intent to revitalize the Rouge facility by shipping low-cost slab to Rouge from its Russian production base. *See Russia's Severstal Wants to Ship More Steel to U.S.*, Reuters (February 2, 2004) **(Attachment 36)**.

grows or shrinks substantially as the overall market for flat-rolled steel strengthens or weakens. For a tin mill steel producer relying on merchant slab, it is more difficult to preserve profit margins as markets for hot-rolled, cold-rolled, and galvanized steel expand and cause slab prices to rise. This is evidenced in the figure below tracking prices for imported slab, as well as the U.S. market prices for hot-rolled, cold-rolled, galvanized, and tin mill steel.

**Figure 6: U.S. Market Prices For Flat-Rolled Steel and Steel Slab[46]**



---

[46]    Slab prices reflect average unit values for carbon steel slab imported from Brazil, tracking U.S. harmonized tariff schedule items 7207.12.0050 and 7207.20.0045. U.S. market prices for hot-rolled, cold-rolled and galvanized sheet were sourced from Steel Business Briefing and are FOB Midwest U.S. mill. U.S. market prices for TMP were sourced from *Tin- and Chromium-Coated Steel Sheet from Japan*, Inv. No. 731-TA-860 (Review), USITC Pub. 3860 (June 2006) at V-8 (**Attachment 37**).

Figure 1 captures both the significantly depressed steel market in 2003 and the extremely strong steel market that followed in 2004 and 2005. The substantial swing in pricing for hot-rolled, cold-rolled, and galvanized sheet is in sharp contrast to the much flatter pricing trajectory of tin mill steel. Indeed, during much of 2004, the market price for commodity grade cold-rolled steel (*i.e.*, the product most similar to tin mill steel substrate) was actually higher than the tin mill steel price, despite the substantial additional value-added associated with tin mill steel production. While the visual depiction of pricing suggests tin mill steel also maintains a manageable pricing spread over time, the reality is very different. Consider that, over the 2000-2005 period, U.S. tin mill steel producers, as an industry, recorded their largest loss in 2003, when it appears from the figure above that their raw material costs would have been the most manageable.[47]

Just as important, the additional overhead and fixed costs associated with running rolling and finishing assets from the very first stage of flat rolled steel production through to tin mill steel production means that margins from tin mill steel production become extremely tight in a strong steel market. Yet, this is precisely when tin mill steel producers would logically seek to recoup losses from weak years. This phenomenon has two important implications. First, a tin mill steel producer reliant on merchant slab is unable to capitalize on a strong market through better margins on a higher volume of steel shipped. Second, a tin mill steel producer reliant on merchant slab is at a competitive disadvantage in the

---

[47]     *Tin- and Chromium-Coated Steel Sheet from Japan*, Inv. No. 731-TA-860 (Review), USITC Pub. 3860 (June 2006) at Table III-8 (**Attachment 38**).

acquisition of slab on the open market against other slab rollers producing traditional flat-rolled products. In particular, because of the pricing spread, these other slab rollers have greater bidding power to secure the volumes necessary for their operations. These two factors combine to produce a very difficult competitive environment for any tin mill steel producer wishing to rely exclusively on merchant slab. Weirton would not be an exception to this reality.

     5.     **A stand-alone Weirton enterprise running only its tin line would have difficulty securing sufficient volumes of black plate**

Real world experience indicates that even if a stand-alone Weirton enterprise reduced its operations to only its tin lines and sourced only the substrate for tin mill steel, black plate, it would be unable to source enough substrate to run its operations on a profitable basis. In this regard, Silgan notes that the Weirton tin lines are substantial, capable of running 800,000 tons of tin mill steel. To achieve economies of scale, it needs to operate those lines at better than 70 percent, meaning it would have to secure as much as 560,000 tons of black plate to run efficiently.

Consider, however, the experience of Ohio Coatings, a tin mill steel producer configured to finish black plate. Despite being owned by, or in close affiliation with, integrated steel producers with the capacity to produce black plate,[48] Ohio Coatings has been unable to secure more than 60 percent of its black plate requirement. This is true even though the mill is capable of producing only

---

[48]    Ohio Coatings is a 50-50 joint venture between Wheeling-Pittsburgh Steel and Donguk Steel of Korea. Wheeling-Pittsburgh is a producer of black plate and supplies Ohio Coatings that input. Nippon Steel is Ohio Coating's exclusive distributor, and is also a major producer of black plate.

300,000 tons of tin mill steel.  The fact that an owner of the facility is unwilling to supply Ohio Coatings with its material requirements speaks volumes about whether a stand-alone Weirton finishing black plate into tin mill steel, with far more substantial tin mill steel capacity, could source enough black plate as a stand-alone producer looking to the open market.

Ohio Coatings' problem, which is the same problem a stand-alone Weirton enterprise would face if similarly operated, relates back to the flat-rolled pricing dynamics discussed in the previous section.  Steelmakers must make choices regarding the products they choose to market.  The decision begins at the raw steel phase, since steel chemistry will dictate what finished steel products can be made.  In a strong market for hot-rolled, cold-rolled, or galvanized sheet, the incentive to produce black plate for tin mill steel production is diminished.  A steelmaker will seek to maximize profitability and throughput by focusing on those products generating the strongest margins.  The difference in profit margins between tin mill steel and the other traditional flat-rolled products can be so great that there is no economic justification for producing black plate.  The result is Ohio Coating's dilemma – a 60 percent capacity utilization rate and no ready supply of black plate from either its parent company, companies with close ties to it, or other outside suppliers.  There is no expectation that a stand-alone Weirton, similarly configured, would fare better.  It would likely fare worse, given the lack of any affiliated supplier of black plate.

1244020_8                                    - 31 -

C.    There Are No Legitimate Suitors For Weirton

Weirton has long been perceived as one of the weakest and least competitive steel producers in the U.S. industry.  To Silgan's knowledge, the only individual to surface expressing a desire to acquire the Weirton assets, Mitch Hecht, is not taken seriously by Mittal and has presented no viable business plan.

Mr. Hecht's estimates on start-up costs to get the Weirton blast furnaces running are overly optimistic, including a proposed initial investment of just $10 million, including the purchase price.  Hecht has been even more ambiguous about working capital needs and what he sees as necessary longer term investment in the "several" tens of millions of dollars.[49]  These "estimates" apparently do not even consider the necessary investment in the rolling assets, but focus only on the blast furnaces, although Mr. Hecht has expressed interest in acquiring the rolling assets as well.[50]

D.    Divesting Weirton Will Have An Adverse Impact on Competition

Given that there is no existing steel entity interested in buying Weirton and since an independent Weirton would be entirely unprofitable, a decision to divest Weirton will result in an increase in the HHI.  As detailed in the chart below, using the public data available to us, Silgan estimates that prior to the Mittal-Arcelor merger the HHI for the Eastern U.S. tin industry was 3058.  With the Mittal-Arcelor merger, Silgan estimates that the HHI now stands at 3446.

---

[49]    Scott Robertson, *Mittal Shows Little Interest in Weirton Furnace Sale*, American Metal Market (May 5, 2006) **(Attachment 39)**.

[50]    *Mittal Steel Plans to Sell Dofasco, Hecht Waits for Weirton*, Steel Business Briefing (August 16, 2006) **(Attachment 40)**.

Assuming that Weirton is divested <u>and</u> it survives as a standalone entity, the HHI

would fall to 2761.[51]

Figure 7:  HHI Analysis:  Post-Merger and Weirton Market Exit

|  | *HHI impact* |
|---|---|
| Pre-merger | 3058 |
| Post-merger (no divestiture) | 3446 |
| Remedy – Divest Weirton | 2761  (if Weirton survives) |
|  | 3645  (if Weirton fails) |

Unfortunately, as the above discussion makes clear, the divestiture of

Weirton will almost certainly result in failure and the exit of Weirton from the tin

industry.  Assuming that Weirton is divested and it does <u>not</u> survive as a

standalone entity, the HHI will rise to 3645.

It is Silgan's belief that this latter scenario is quite likely; indeed,

Silgan knows of no industry expert who would give a stand-alone Weirton more

than a 20% chance of surviving.  Consequently, this implies that the expected result

of a Weirton divestiture is a higher, not lower, HHI.  In fact, unless the DOJ

believes that a stand-alone Weirton has a better than a two out of three chance of

surviving (an unduly optimistic belief in Silgan's opinion), the *expected result of a*

*Weirton divestiture is a less competitive market.*[52]  Given Weirton's poor prospects

as a standalone producer, allowing Mittal to divest Weirton runs contrary to the

goal of improving competition in the tin market.

---

[51]    The full analysis is provided at **Attachment 41** ("HHI Impact of Alternative Divestiture Scenarios").

[52]    The full analysis is provided at **Attachment 42** ("Probability that Divestiture Will Improve Competition").

The increase in HHI is only one probable consequence of a divestiture of Weirton. A failed Weirton would remove more than 800,000 tons of tin-making capacity from the market. With Weirton in the market can-makers are often put on allocation and struggle to get delivery of product. The removal of about 20% of U.S. production capacity will make the current bad situation truly dire.

## III. A DIVESTITURE OF SPARROW'S POINT WOULD ALSO BE A FAR LESS EFFECTIVE REMEDY THAN DIVESTING DOFASCO

### A. Divestiture of Sparrows Point is Unlikely to Enhance Competition Over the Long Term

As discussed above, Weirton does not have the ability to survive on its own. And, without Sparrows Point, Weirton is unlikely to survive as part of the Mittal-Arcelor enterprise. The reason is straightforward: Without Sparrows Point, Weirton will not be able to secure sufficient volumes of feedstock to produce tin mill steel.

Within the Mittal system, Sparrows Point is a key supplier of slab for Weirton. For example, Silgan's understanding is that *all* the tin free steel ("TFS") originating at the Weirton facility is produced using Sparrows Point slab. A Sparrows Point facility operating outside the Mittal system would limit the supply of this key feedstock to Weirton and thereby threaten the ongoing viability of Weirton.

And, as importantly, all indications are that other slab producers within Mittal Steel's collection of facilities either cannot or are unlikely to become reliable suppliers to Weirton's tin mill steel operations. Specifically, (1) Dofasco's

current product mix and sales make Dofasco an unlikely replacement for Sparrows Point as a supplier of feedstock to Weirton, (2) given lower tin mill steel profitability compared to other flat-rolled products, it is unlikely that Mittal Steel's other U.S. slab producers will divert scarce feedstock to Weirton, and (3) it would make no economic sense for Mittal's Brazilian affiliate, CST, to supply slabs to Weirton.

Silgan discusses these points below.

1.    **Dofasco is an unlikely replacement for Sparrows Point in supplying slabs to Weirton**

As discussed above, if Sparrows Point is divested, it is unlikely that Dofasco would replace Sparrows Point as a key supplier of slab to Weirton.  First, Dofasco is already a producer of tin mill steel and, while Sparrows Point may claim the same status, Dofasco is also a key supplier to the auto sheet market,[53] where profit margins are among the strongest in the industry.  Sparrows Point is not a significant player in that market.[54]  There would be virtually no economic incentive for Mittal to divert slabs from Dofasco and reduce production in the high margin auto sheet segment.  Dofasco's slab production must also support other Dofasco downstream operations, including its hot-rolled, cold-rolled and pipe facilities.[55]

---

[53]    Dofasco is the fourth-largest producer of auto sheet in the North American market, at roughly 1 million tons, behind the multi-site operations of Mittal Steel, U.S. Steel and AK Steel.  *See* Peter Marsh, *Massive Bids on Table as Giants Fight for Dofasco*, Financial Times (January 13, 2006) **(Attachment 4)**.

[54]    According to long-time steel analyst Charles Bradford, Sparrows Point "doesn't have those (automotive) grades."  Scott Robertson, *Mittal Sparrows Point Mill May Be On Auction Block*, American Metal Market (June 2, 2006) **(Attachment 5)**.

[55]    *2005 Directory of Iron and Steel Plants*, Association for Iron and Steel Technology (2005) at 98-101 (listing flat-rolled assets) **(Attachment 6)**.  Dofasco Tubular Products is the largest and most diversified producer of tubular products in North America.  *See* http://www.dofascotube.com/Default.htm **(Attachment 3)**.

More importantly, Dofasco is not self-sufficient in slabs, but itself requires as much as 750,000 tons in purchased slab to feed its rolling and finishing operations.[56] Thus, to maintain efficient capacity utilization rates at all of its production lines, Dofasco needs every ton of slab it produces and acquires.

2.    It is unlikely that Mittal Steel's other North American slab producers will divert scarce feedstock to Weirton

Divesting Sparrows Point will cause Mittal Steel to have one fewer steel-making facility. With one less blast furnace operating to support its operations, Weirton becomes more vulnerable to blast furnace outages – some planned, some unplanned – that are a regular occurrence in the steel industry. Blast furnace relines as well as accidents can cause significant supply disruptions, particularly if slab supply is already tight. Any problem at Mittal's other steel making facilities in Burns Harbor, Cleveland, or Indiana Harbor will result in a reduction of slab supplied to Weirton's tinning lines. Facing a supply shortage, Mittal USA would have a strong incentive to divert its limited supply of slabs away from the downsized tin mill steel market in order to maintain production volumes in the more robust galvanized and cold-rolled markets. The result would be significant production delays at Weirton. Given the tight timing requirements for tin mill steel, where can-makers demand just-in-time delivery, such delays would be devastating to Weirton's customers.

---

[56]    Diana Kinch, *CST to Hike Slab Sales to Dofasco*, American Metal Market (March 22, 2006) **(Attachment 29)**.

Without Sparrows Point's slab capacity, the likelihood that Mittal will ration Weirton's slab supply is greatly increased.   As the chart below makes clear, the difference in profit margins between other flat-rolled products and tin mill steel is just too great to justify sending scarce feedstock to Weirton.

Figure 8:   Comparison of U.S. Industry Profitability for Flat-Rolled Products
(*Operating margin*)

|  | 2004 | 2005 |
|---|---|---|
| Galvanized[57] | 10.9% | 5.4% |
| Plate[58] | 22.0% | 25.4% |
| Hot-Rolled[59] | 22.1% | not available |
| Tin Mill[60] | -0.9% | -0.7% |

Very simply, Weirton will not be the best use of Mittal's limited slab supply in the Midwest that services more profitable operations.

3.    **It would make no economic sense for Mittal's Brazilian affiliate CST to supply slabs to Weirton**

Within Mittal's global steel operations, its Brazilian affiliate CST (Arcelor/Brazil) is a significant producer of slab for sale in export markets.   CST

---

[57]    ITC Prehearing Staff Report, *Certain Carbon Steel Products from Australia, Belgium, Brazil, Canada, Finland, France, Germany, Japan, Korea, Mexico, Poland, Romania, Spain, Sweden, Taiwan, and the United Kingdom*, Inv. Nos. AA1921-197 (Second Review); 701-TA-319, 320, 325-328, 348, and 350 (Second Review); and 731-TA-573, 574, 576, 578, 582-587, 612, and 614-618 (Second Review) (September 25, 2006) at Table CORE-III-8 (**Attachment 43**).

[58]    *Id.* at Table CTL-III-9.

[59]    *Certain Hot-Rolled Flat-Rolled Carbon-Quality Steel Products From Brazil, Japan, and Russia*, Inv. Nos. 701-TA-384 and 731-TA-806-808 (Review), USITC Pub. 3767 (April 2005) at Table III-11 (**Attachment 44**).

[60]    *Tin and Chromium Coated Steel Sheet from Japan*, Inv. No. 731-TA-860, USITC Pub. 3860 (June 2006) at Table III-8 (**Attachment 38**).

also has plans to expand its slab capacity in the very near term, with the introduction of some 2.5 million tons of new slab capacity at the close of this year. CST, however, is an unlikely candidate to ship a significant tonnage of slab to Weirton.

CST is already a major supplier of slab to Dofasco, shipping some 400,000 tons with plans to increase that amount, perhaps to meet all of Dofasco's merchant slab requirements (750,000 tons).[61]  It would make more economic sense to ship this slab to Dofasco, a high profit margin producer that needs the slab to fill capacity in high demand, than to Weirton.

The window in which CST might ship to Weirton is also limited since it has plans to increase its own hot-rolled sheet capacity by 2.5 million tons by 2008, the same amount as its slab capacity expansion.[62]  Between servicing this new hot-rolled capacity and other profitable global accounts, CST would be very reluctant to allocate slab for supply to Weirton.  Under the circumstances, as a rational economic actor seeking to maximize profits, there is no justification for Mittal to ship slabs from CST to Weirton.

B.    Divesting Sparrows Point Will Have An Adverse Impact on Competition In the Medium to Long Term

From the standpoint of consumer impact, the divestiture of Sparrows Point is, at best, a highly risky policy option.  As detailed in the chart below, Silgan

---

[61]    *Id.*

[62]    Diana Kinch, *Arcelor Brasil Sets Sights On New Slab Plant*, American Metal Market (May 1, 2006) **(Attachment 28)**

estimates that, prior to the Mittal-Arcelor merger, the HHI for the Eastern U.S. tin industry was 3058; following the merger, Silgan estimates that the HHI will be 3446. Assuming that Sparrows Point is divested and that such divestiture neither adversely impacts Weirton's viability nor alters Sparrow Point's commitment to tin, the HHI would fall to 2836.[63]

Figure 9:    Weirton and Sparrows Point HHI Analysis

|  | HHI impact |
|---|---|
| Pre-merger | 3058 |
| Post-merger (no divestiture) | 3446 |
| Remedy – Divest Sparrows Point | 2836 (if both W & SP survive) 3421 (if Weirton fails) 3495 (if SP does not maintain its tin operations) |

Regrettably, the necessary conditions for an improvement in the concentration metric (both Weirton and Sparrows Point surviving upon divestiture) are unrealistic and not likely to materialize. As explained above, the divestiture of Sparrows Point will significantly threaten the reliable supply of quality slab to the Weirton facility and hence will jeopardize Weirton's viability. While Weirton would not likely fail immediately, the lack of reliable captive slab supply will result in the exit of Weirton from the tin industry. Such exit from the industry would cause the HHI to rise to 3421. Said differently, if the divestiture of Sparrows Point results in

---

[63]    The full analysis is provided at **Attachment 41** ("HHI Impact of Alternative Divestiture Scenarios").

Weirton failing, the Sparrows Point divestiture would be totally ineffectual in restoring competitive balance to the tin industry.

Further weakening the benefits of a Sparrows Point divestiture is the question of Sparrows Point's commitment to the tin market. As discussed, Sparrows Point has never operated as a standalone facility and is not only likely to direct its slab to other flat-rolled markets but also is likely to invest insufficiently in making its tin lines world class. If a standalone Sparrows Point is not committed to its tin facility, the HHI would be 3495. Again, this implies that the Sparrows Point divestiture would be totally ineffectual in restoring competitive balance to the tin industry.

In sum, the divestiture of Sparrows Point is a risky gambit. The Department of Justice's competition policy should not be based on hope and a prayer. If the DOJ believes that either of the above two scenarios has more than a one in two chance of occurring, the *expected result of a Sparrows Point divestiture is a less competitive market.*

## CONCLUSION

For all the foregoing reasons, we ask that the Department adopt the following approach in designing an appropriate remedy to address the reduced competition in the tin mill steel market.

- First, the Department should make every effort to accomplish the divestiture of Dofasco.

- Second, if immediate divestiture is not possible, Silgan strongly recommends the consent decree be modified to wait the five years reportedly necessary to eliminate any existing legal impediments to the divestiture of Dofasco. An independent Dofasco in five years is better than any of the other alternatives for preserving competition.

Respectfully submitted,

Theodore C. Whitehouse
James P. Durling
Daniel L .Porter
Matthew McCullough

WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC  20006
(202)·303·1000

## List of Attachments

1.    *United States v. Mittal Steel Company,* Proposed Final Judgment and Competitive Impact Statement, 71 Fed. Reg. 50084, 50085, 50093 (August 24, 2006)

2.    World Steel Dynamics (2005)

3.    www.dofascotube.com/Default.htm

4.    *Massive Bids on Table as Giants Fight for Dofasco,* Financial Times (January 13, 2006)

5.    *Mittal Sparrows Point Mil May Be On Auction Block,* American Metal Market (June 2, 2006)

6.    Excerpts from *2005 Directory of Iron and Steel Plants,* Association for Iron and Steel Technology (2005)

7.    *The Strange Case of Weirton Steel,* MakingSteel.com (April 25, 2006)

8.    *Fewer Blast Furnaces, But Higher Productivity,* New Steel (November 1996)

9.    *See How a Blast Furnace Works,* AISI

10.   *Ironmaking Process Alternative Screening Study -- Volume I, Summary Report,* Lockwood Greene study for the Department of Energy (Oct. 2000)

11.   *ISG To Repair, Restart Second Blast Furnace at Weirton Unit,* American Metal Market (July 12, 2004)

12.   *Mittal Steel USA Works to Restore Furnace at Sparrows Point,* PRNewswire (July 14, 2006)

13.   *Ispat Inland Accelerates Maintenance Outages,* Ispat Inland Press Release (March 7, 2005)

14.   *Weirton Workers Buyout* from Online NewsHour, September 23, 1983; http://www.pbs.org/newshour/bb/business/july-dec83/steel_9-23-83.html

15.   *High Production Costs Hamper AK Steel's Middletown Works,* Steel Business Briefing (Aug. 10, 2006)

16.   *Dofasco Seals $251m Purchase of Canadian Iron Ore Miner QCM,* American Metal Market (July 26, 2005)

1260883.4

17. *Force Majeure Clobbers Coke-Short Steelmakerrs:  Weirton Eyes Option, Blast Furnace Closure,* American Metal Market (Jan. 9, 2004)

18. *Heat Back on Steel Makers,* The Plain Dealer (February 26, 2004)

19. *Furnace Will Stay Idle at Weirton Steel Mill,* Associated Press (Dec. 2, 2005)

20. *The shipping news & forecast:  District ports face many competitive challenges, but whether they sink or swim over the long term will likely depend on infrastructure improvements,* Minneapolis Federal Reserve fedgazette (January 2003)

21. *Weirton Files for Ch. 11; 1,000 Ohio Jobs Affected,* Associated Press (May 20, 2003)

22. Testimony of Bill Stephans, Division Manager for TMP at Mittal Steel USA's Weirton Facility from *Hearing Transcript, In the Matter Of:  Tin and Chromium Coated Steel Sheet from Japan,* Inv. No. 731-TA-860 (Review) (April 27, 2006)

23. *ISU Irked by Mittal Steel's Plan To Shut Weirton Galvanizing Line,* American Metal Market (Feb. 3, 2006)

24. Excerpts of Testimony from *Hearing Transcript, In the Matter Of:  Tin and Chromium Coated Steel Sheet from Japan,* Inv. No. 731-TA-860 (F) (June 29, 2000)

25. *Brazil Slab Hits $555/T In Tight Export Market,* American Metal Market (June 5, 2006)

26. *Wheeling-Pittsburg Makes Loss, Despite Rising Market,* Steel Business Briefing (May 11, 2006)

27. *Esmark To Shut Wheeling-Pitt BF If Bid Succeeds,* Steel Business Briefing (Aug. 23, 2006)

28. *Arcelor Brasil Sets Sights On New Slab Plant,* American Metal Market (March 22, 2006)

29. *CST to Hike Slab Sales to Dofasco,* American Metal Market (March 22, 2006)

30. *Gerdau Acominas Charging Into Slab Mart,* American Metal Market (June 30, 2006)

31. *CSA Steel Project Receives License,* American Metal Market (July 6, 2006)

1260883.4

32.  *North America at Top of TK's Agenda,* American Metal Market (August 11, 2006)

33.  *Groundwork Laid For Brazil's Ceara Slab Project,* American Metal Market (September 1, 2006)

34.  *CSN May Lift Slab Capacity Of Two Projects,* American Metal Market (September 1, 2006)

35.  *Brasil's Usiminas Casts Sights Abroad For New Slab Project Partner,* American Metal Market (August 29, 2006)

36.  *Russia's Severstal Wants to Ship More Steel to U.S.,* Reuters (February 2, 2004)

37.  *Tin and Chromium Coated Steel Sheet from Japan,* Inv. No. 731-TA-860 (Review), USITC Pub. 3860 (June 2006) at V-8

38.  *Tin and Chromium Coated Steel Sheet from Japan,* Inv. No. 731-TA-860 (Review), USITC Pub. 3860 (June 2006) at Table III-8

39.  *Mittal Shows Little Interest in Weirton Furnace Sale,* American Metal Market (May 5, 2006)

40.  *Mittal Plans to Sell Dofasco, Hecht Waits for Weirton,* Steel Business Briefing (August 16, 2006)

41.  "HHI Impact of Alternative Divestiture Scenarios"

42.  "Probability that Divestiture Will Improve Competition"

43.  ITC Prehearing Staff Report, *Certain Carbon Steel Products from Australia, Belgium, Brazil, Canada, Finland, France, Germany, Japan, Korea, Mexico, Poland, Romania, Spain, Sweden, Taiwan, and the United Kingdom,* Inv. Nos. AA1921-197 (Second Review); 701-TA-319, 320, 325-328, 348, and 350 (Second Review); and 731-TA-573, 574, 576, 578, 582-587, 612, and 614-618 (Second Review) (September 25, 2006) at Tables CORE-III-8 and CTL III-9

44.  *Certain Hot-Rolled Flat-Rolled Carbon-Quality Steel Products From Brazil, Japan, and Russia,* Inv. Nos. 701-TA-384 and 731-TA-806-808 (Review), USITC Pub. 3767 (April 2005) at Table III-11

1

**Attachment 1**
*United States v. Mittal Steel Company,* **Proposed Final Judgment and Competitive Impact Statement, 71 Fed. Reg. 50084, 50085, 50093 (August 24, 2006)**

Bureau of Indian Education, 1849 C Street, NW., MS–3609 MIB, Washington, DC 20240; Telephone (202) 208–6123; Fax (202) 208–3312.

**FOR FURTHER INFORMATION CONTACT:** Lynann Barbero, Acting Supervisory Education Specialist—Special Education, Bureau of Indian Education, Division of Compliance, Monitoring and Accountability, P.O. Box 1088, Suite 332, Albuquerque, New Mexico 87103; Telephone (505) 563–5270.

**SUPPLEMENTARY INFORMATION:** The Advisory Board was established to advise the Secretary of the Interior, through the Assistant Secretary—Indian Affairs, on the needs of Indian children with disabilities, as mandated by the Individuals with Disabilities Education Improvement Act of 2004 (Pub. L. 108–446).

The following items will be on the agenda:
- State Performance Plan.
- Special Education Supervisor Report.
- Part B State Administrative set-aside budget.
  - Updates on Priority Issues.
  - Compliance and Monitoring.
  - Procedural Safeguards.
  - Institutionalized Handicapped Program.
- Early Childhood Program.
- Coordinated Services Plan.
- Update on final IDEIA regulations.

The meetings are open to the public.

Dated: August 21, 2006.

**Michael D. Olsen,**

*Principal Deputy Assistant Secretary—Indian Affairs.*

[FR Doc. E6–14055 Filed 8–23–06; 8:45 am]

**BILLING CODE 4310–6W–P**

---

# DEPARTMENT OF THE INTERIOR

## Bureau of Land Management

**[MT–039–1020–PK]**

## Notice of Public Meeting, Dakotas Resource Advisory Council Meeting

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Notice of public meeting.

**SUMMARY:** In accordance with the Federal Land Policy and Management Act (FLPMA) and the Federal Advisory Committee Act of 1972 (FACA), the U.S. Department of the Interior, Bureau of Land Management (BLM), Dakotas Resource Advisory Council will meet as indicated below.

**DATES:** A meeting will be held October 26 and 27, 2006, at the Bureau of Land Management and U.S. Forest Service

Lands and Minerals Center at 99 23rd Avenue West, Dickinson, ND 58601, beginning at 1 p.m. The public comment period will begin at 8 a.m. on October 27, 2006.

**SUPPLEMENTARY INFORMATION:** The 15-member Council advises the Secretary of the Interior, through the Bureau of Land Management, on a variety of planning and management issues associated with public land management in North and South Dakota. All meetings are open to the public. The public may present written comments to the Council. Each formal Council meeting will also have time allocated for hearing public comments. Depending on the number of persons wishing to comment and time available, the time for individual oral comments may be limited. Individuals who plan to attend and need special assistance, such as sign language interpretation, or other reasonable accommodations, should contact the BLM as provided below. The Council will hear updates to Recreation Resource Advisory Committee roles, Sage Grouse Conservation, and upcoming resource management planning efforts.

**FOR FURTHER INFORMATION CONTACT:** Marian Atkins, Field Manager, South Dakota Field Office, 310 Roundup St., Belle Fourche, South Dakota, 605.892.7000, or Lonny Bagley, Field Manager, North Dakota Field Office, 2933 3rd Ave. W. Dickinson, North Dakota, 701.227.7700.

Dated: August 17, 2006.

**Lonny R. Bagley,**

*Field Manager.*

[FR Doc. E6–14027 Filed 8–23–06; 8:45 am]

**BILLING CODE 4310–$$–P**

---

# DEPARTMENT OF JUSTICE

## Notice of Lodging of Consent Decree Under the Comprehensive Environmental Response, Compensation, and Liability Act

Notice is hereby given that on August 8, 2006, a proposed Consent Decree in *United States* v. *University of Miami,* Civil Action Number 06–22000–CIV–JORDAN, was lodged with the United States District Court for the Southern District of Florida.

In this action the United States sought, under Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. 9607, recovery of response costs incurred by the Army Corps of Engineers in response to releases of hazardous substances at a site located on land that was formerly

the Richmond Naval Air Station, in Perrine, Florida. Under the Consent Decree, the Defendant will pay $393,473 for past response costs associated with the site, and the United States gives a covenant not to sue for past response costs associated with the site.

The Department of Justice will receive, for a period of thirty (30) days from the date of this publication, comments relating to the proposed Consent Decree. Comments should be addressed to the Assistant Attorney General, Environment and Natural Resources Division, P.O. Box 7611, U.S. Department of Justice, Washington, DC 20044–7611, and should refer to *United States* v. *University of Miami,* DOJ Ref. #90–11–3–08486.

The Consent Decree may be examined at the Office of the United States Attorney for the Southern District of Florida, 99 NE 4th Street, Miami, Florida. During the public comment period, the proposed Consent Decree may be examined on the following Department of Justice Web site: *http://www.usdoj.gov/enrd/consent_Decrees.html.* A copy of the proposed Consent Decree may also be obtained by mail from the Consent Decree Library, P.O. Box 7611, U.S. Department of Justice, Washington, DC 20044–7611, or by faxing or E-mailing a request to Tonia Fleetwood, *tonia.fleetwood@usdoj.gov,* Fax No. (202) 514–0097, phone confirmation number (202) 514–1547. In requesting a copy from the Consent Decree Library, please enclose a check in the amount of $4.25 (25 cents per page reproduction cost) payable to the U.S. Treasury, or, if by E-mail or fax, forward a check in that amount to the Consent Decree Library at the stated address.

**Henry Friedman,**

*Assistant Section Chief, Environmental Enforcement Section, Environment and Natural Resources Division.*

[FR Doc. 06–7106 Filed 8–23–06; 8:45am]

**BILLING CODE 4410–15–M**

---

# DEPARTMENT OF JUSTICE

## Antitrust Division

### *United States* v. *Mittal Steel Company N.V.* Proposed Final Judgment and Competitive Impact Statement

Notice is hereby given pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. 16(b)–(h), that a Complaint, proposed Final Judgment, Hold Separate Stipulation and Order, and Competitive Impact Statement were filed with the United States District Court for the District of Columbia in *United States* v.

2

1262697.1

**Attachment 2**
**World Steel Dynamics (2005)**

*Mittal Steel Company N.V.* Civil Action No. 1:06CY01360. On August 1, 2006, the United States filed a Complaint to enjoin Mittal Steel Company N.Y. ("Mittal Steel") from acquiring Arcelor S.A. ("Arcelor"). The Complaint alleges that Mittal Steel's acquisition of Arcelor would substantially lessen competition in the development, manufacture, and sale of Tin Mill Products in violation of Section 7 of the Clayton Act, as amended, 15 U.S.C. 18, throughout the United States east of the Rocky Mountains (the "Eastern United States"). The proposed Final Judgment, filed August 1, 2006, requires defendant, Mittal Steel, to divest one of their three North American tin mills it will own after the acquisition to preserve competition in the sale of Tin Mill Products. A Hold Separate Stipulation and Order, entered by the Court on August 2, 2006, requires defendant to maintain, prior to divestiture, the competitive independence and economic viability of the assets subject to divestiture under the proposed Final Judgment. A Competitive Impact Statement filed by the United States describes the Complaint, proposed Final Judgment, Hold Separate Stipulation and Order, and the remedies available to private litigants who may have been injured by the alleged violations.

Copies of the Complaint, proposed Final Judgment, Hold Separate Stipulation and Order, and Competitive Impact Statement are available for inspection at the U.S. Department of Justice, Antitrust Division, 325 Seventh Street, NW., Room 215, Washington, D.C. 20530 (telephone: 202–514–2481), and at the Clerk's Office of the United States District Court for the District of Columbia, Washington, DC. Copies of these materials may be obtained upon request and payment of a copying fee set by the U.S. Department of Justice regulations.

Public comment is invited within the statutory 60-day comment period. Such comments and responses thereto will be published in the **Federal Register** and filed with the Court. Comments should be directed to Maribeth Petrizzi, Chief, Litigation II Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 3000, Washington, D.C. 20530 (telephone: 202–307–0924).

**J. Robert Kramer: II,**
*Director of Operations.*

**United States District Court for the District of Columbia**

*United States of America, U.S. Department of Justice, Antitrust Division, 1401 H Street, NW., Suite 3000, Washington, DC 20530. Plaintiff, v. Mittal Steel Company N.V., Hofplein 20, 15th Floor, Rotterdam, The Netherlands, 3032. Defendant.*

Case No.
JUDGE:
DECK TYPE: Antitrust
DATE STAMP:

**Complaint**

The United States of America, acting under the direction of the Attorney General of the United States, brings this civil antitrust action to obtain equitable and other relief against the defendant, Mittal Steel Company N.V. ("Mittal Steel"), to prevent its proposed acquisition of Arcelor S.A. ("Arcelor"), and alleges as follows:

*I. Nature of the Action*

1. Mittal Steel formally launched a tender offer for Arcelor on May 19, 2006, and on June 25, 2006 the Arcelor board recommended Mittal's offer to Arcelor's shareholders. The acceptance period for Mittal's tender offer closed on July 13,2006, and Mittal Steel can take ownership of the shares beginning on August 1, 2006.
2. Mittal Steel is an integrated steelmaker that manufactures, among other products, finely rolled tin or chrome coated steel sheets known as "Tin Mill Products." Tin Mill Products are used in manufacturing steel cans for packaging a wide range of food products such as soup, fruits, and vegetables, and non-food products such as paints, aerosols, and shaving cream. Mittal Steel is the second largest supplier of Tin Mill Products to the portion of the United States east of the Rocky Mountains (the "Eastern United States"), accounting for about 31 percent of Tin Mill Products tonnage sold in 2005.
3. Arcelor accounted for about two percent of Tin Mill Products tonnage sold in the Eastern United States in 2005. Arcelor acquired its subsidiary Dofasco Inc. ("Dofasco") in February 2006. In 2005 Dofasco accounted for an additional four percent of the Tin Mill Products tonnage sold in 2005 in the Eastern United States.
4. Mittal Steel's proposed acquisition of Arcelor would eliminate Arcelor, including its subsidiary Dofasco, as an independent competitor in the sale of Tin Mill Products in the Eastern United States, further consolidating an already highly concentrated market. The largest supplier of Tin Mill Products sold in the Eastern United States, another integrated steelmaker, accounted for over 44 percent of the tons sold in 2005. If this merger were not enjoined, the two largest suppliers of Tin Mill Products would account for over 81 percent of 2005 sales in the Eastern United States.
5. The acquisition would remove current constraints on coordination and increase the incentives of the two largest firms to coordinate their behavior. The acquisition would thus substantially increase the likelihood of coordination and would likely lead to higher prices, lower quality, less innovation, and less favorable delivery terms in the Tin Mill Products market in the Eastern United States.
6. Accordingly, the acquisition would substantially lessen competition in Tin Mill Products in the Eastern United States, in violation of Section 7 of the Clayton Act.

*II. Jurisdiction and Venue*

7. Plaintiff United States brings this action against defendant Mittal Steel under Section 15 of the Clayton Act, as amended, 15 U.S.C. 25, to prevent and restrain the violation by defendant of Section 7 of the Clayton Act, 15 U.S.C. 18.
8. Defendant manufactures and sells Tin Mill Products in the flow of interstate commerce. Defendant's activities in developing, manufacturing and selling Tin Mill Products substantially affect interstate commerce. This Court has subject matter jurisdiction over this action and the defendant pursuant to Section 12 of the Clayton Act, 15 U.S.C. 22, and 28 U.S.C. 1331, 1337(a), and 1345.
9. Venue is proper in this District pursuant to 28 U.S.C. 1391(d). Furthermore, defendant has consented to venue and personal jurisdiction in this judicial district.

*III. Parties to the Proposed Transaction*

10. Defendant Mittal Steel is a Netherlands corporation with its corporate headquarters and principal place of business in Rotterdam, The Netherlands, and operations in sixteen countries on four continents. Mittal Steel produces both flat and long steel products for all of the major steel consuming sectors, including automotive, appliance, machinery, and construction. Mittal Steel's total worldwide revenues exceeded $28 billion in 2005, and its total annual steel

Arcelor S.A. ("Arcelor"). Mittal Steel and Arcelor, including its Canadian subsidiary Dofasco Inc. ("Dofasco" or the "Dofasco Business"), are two of only a limited number of suppliers to the portion of the United States east of the Rocky Mountains (the "Eastern United States") of finely rolled tin or chrome coated steel sheets ("Tin Mill Products"). Tin Mill Products are used in manufacturing steel cans for packaging a wide range of food products, such as soup, fruits, and vegetables, and non-food products, such as paints, aerosols, and shaving cream. The Complaint alleges that the likely effect of this acquisition would be to lessen competition substantially in the development, manufacture and sale of Tin Mill Products in the Eastern United States, in violation of Section 7 of the Clayton Act. This loss of competition would likely result in higher prices, lower quality, less innovation, and less favorable delivery terms to customers in the Eastern United States Tin Mill Products market.

At the same time the Complaint was filed, the United States filed a Hold Separate Stipulation and Order and a proposed Final Judgment. These are designed to remedy the anticompetitive effects of the acquisition while permitting Mittal Steel to complete its acquisition of Arcelor. Under the proposed Final Judgment, which is explained more fully below, the defendants are required to divest certain assets including Arcelor's Dofasco subsidiary to ThyssenKrupp AG ("ThyssenKrupp"), a German corporation with its headquarters in Dusseldorf, Germany, or, if defendant chooses, to another acquirer of the divested business ("Acquirer") acceptable to the United States in its sole discretion. If the defendant is unable to sell the Dofasco Business to ThyssenKrupp or an alternative acceptable buyer, then the defendant is required to divest, at the United States's option, either Mittal Steel's Sparrows Point, Maryland, facility ("Sparrows Point Business") or Mittal Steel's Weirton, West Virginia, facility ("Weirton Business") to an Acquirer acceptable to the United States in its sole discretion (with the business so selected referred to as the "Selected Business"). The divestiture of either the Dofasco Business or the Selected Business is designed to enable the Acquirer to become a viable and active competitor in the Eastern United States Tin Mill Products market.

The United States and defendant have stipulated that the proposed Final Judgment may be entered after compliance with the APPA. Entry of the proposed Final Judgment would terminate this action, except that the Court would retain jurisdiction to construe, modify, or enforce the provisions of the proposed Final Judgment and to punish violations thereof.

## II. Description of the Events Giving Rise to the Alleged Violation

### A. The Defendant and the Proposed Transaction

Mittal Steel, a Netherlands corporation, has its corporate headquarters and principal place of business in Rotterdam, The Netherlands, and has operations in sixteen countries, located on four continents. As one of the largest steel producers in the world, Mittal Steel is primarily engaged in making a variety of steel products for all the major steel consuming sectors, including automotive, appliance, machinery, and construction. Among its many steel product lines is Tin Mill Products. In 2005, Mittal Steel reported total worldwide revenues that exceeded $28 billion and total annual steel production that exceeded 55 million tons. Mittal Steel maintains seventeen production facilities within the United States, and produces Tin Mill Products in Sparrows Point and Weirton. Mittal Steel operates in the United States through its wholly-owned subsidiary Mittal Steel USA, located in Chicago, Illinois, which markets and sells in the United States Tin Mill Products and other products manufactured by Mittal Steel. Tin Mill Products manufactured at Mittal Steel's U.S. tin mills are shipped primarily to customers in the United States. In 2005, Mittal Steel sold over 800,000 tons of Tin Mill Products in the Eastern United States.

Arcelor, a Luxembourg corporation, has its corporate headquarters and principal place of business in the City of Luxembourg. Like Mittal Steel, Arcelor is one of the world's largest steel producers and makes a variety of steel products for the automotive, appliance, packaging, and other industries. In 2005, Arcelor reported total worldwide revenues of approximately $41.5 billion and steel production of 46 million tons. In February 2006, Arcelor acquired Dofasco, a wholly-owned Canadian subsidiary with its principal place of business in Hamilton, Ontario, Canada. In 2005, Dofasco shipped 4.8 million tons and had $3.9 billion in revenues. Among Arcelor's many steel product lines is Tin Mill Products, which it makes at mills in Europe and Brazil and at Dofasco's Hamilton mill. In 2005,

Arcelor, which shipped Tin Mill Products to the Eastern United States primarily from its European facilities, and Dofasco, which shipped Tin Mill Products to the Eastern United States from its Canadian facility, sold a combined 170,615 tons of Tin Mill Products in the Eastern United States.

On January 27, 2006, Mittal Steel announced its intention to launch a hostile tender offer to acquire Arcelor for approximately $23 billion in cash and securities. Mittal Steel simultaneously announced an agreement to sell Dofasco for approximately $5 billion to ThyssenKrupp if Mittal Steel acquired Arcelor. Arcelor initially resisted the hostile takeover. One of the steps Arcelor's Board of Directors took to resist the takeover was to transfer legal title to the shares of Dofasco to an independent Dutch foundation known as a "stichting."

Mittal Steel subsequently increased its tender offer to approximately $33 billion in cash and securities and formally launched its tender offer on May 19, 2006. After Mittal Steel agreed to improve the financial, corporate governance, and other terms of its offer for Arcelor, the Arcelor Board agreed on June 25, 2006 to recommend Mittal Steel's offer to Arcelor's shareholders. The acceptance period for Mittal's initial tender offer, during which 92.6 percent of Arcelor's shares were tendered, closed on July 13, 2006. Mittal Steel can take ownership of the shares beginning on August 1, 2006.

Mittal Steel's acquisition of Arcelor would, among other things, combine the operations of two significant providers of Tin Mill Products in the Eastern United States. The United States alleges in its Complaint that this proposed transaction would lessen competition substantially in the market for Tin Mill Products in the Eastern United States, in violation of Section 7 of the Clayton Act.

### B. The Competitive Effects of the Transaction on the Tin Mill Products Market

#### 1. Relevant Product Market: The Development, Manufacture and Sale of Tin Mill Products

The Complaint alleges that the development, manufacture and sale of Tin Mill Products is a relevant product market within the meaning of Section 7 of the Clayton Act. Tin Mill Products are finely rolled steel sheets, usually coated with a thin protective layer of tin or chrome. Tin Mill Products are manufactured using a sequence of processing steps in which steel is rolled

Updated 6/1/2005

## Positioning of 23 World-Class Steelmakers as of June 2005
### (Version A - by Factor Weight)
*1 = least favorable [1]   10 = most favorable [2]*

| | Mittal [2] Steel | Maan-shan | Nippon Steel | Nucor | POSCO | SDI | Sever-stal | Sha-gang | Tata Steel | Thyssen/ Krupp | U.S. Steel | Wuhan | Avg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | China | China | Japan | USA | S.K. | USA | Russia | China | India | Germany | USA | China | |
| **Annual Steel Shipments** *(million tons)* | 62 | 8 | 30 | 20 | 34 | 4 | 13 | 5 | 5 | 19 | 21 | 10 | 18 |
| **Factor** | | | | | | | | | | | | | |
| 1 Cash operating costs | 7 | 7 | 6 | 8 | 8 | 8 | 10 | 6 | 10 | 5 | 6 | 7 | 7.4 |
| 2 Harnessing technological revolution | 7 | 6 | 10 | 10 | 9 | 9 | 6 | 7 | 7 | 6 | 6 | 6 | 6.5 |
| 3 Profitability in 2000-2004 | 7 | 7 | 6 | 7 | 10 | 9 | 9 | 8 | 10 | 4 | 4 | 8 | 7.6 |
| 4 Balance sheet | 8 | 6 | 7 | 6 | 10 | 4 | 8 | 4 | 8 | 6 | 6 | 6 | 7.0 |
| 5 Dominance country/region | 6 | 10 | 2 | 2 | 6 | 2 | 8 | 10 | 10 | 2 | 2 | 10 | 5.5 |
| 6 Domestic market growth | 7 | 6 | 7 | 10 | 9 | 9 | 6 | 7 | 7 | 6 | 5 | 6 | 6.5 |
| 7 Expanding capacity | 8 | 10 | 3 | 10 | 4 | 10 | 9 | 10 | 10 | 5 | 3 | 9 | 6.6 |
| 8 Access to outside funds | 10 | 6 | 8 | 10 | 10 | 9 | 9 | 5 | 10 | 7 | 7 | 6 | 8.0 |
| 9 Cost-cutting efforts | 10 | 9 | 9 | 6 | 6 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 7.5 |
| 10 Downstream businesses | 5 | 7 | 10 | 10 | 7 | 6 | 7 | 2 | 5 | 10 | 3 | 2 | 6.0 |
| 11 Environment and safety | 9 | 9 | 9 | 9 | 9 | 6 | 9 | 9 | 9 | 9 | 9 | 9 | 9.0 |
| 12 Iron ore and coking coal mines | 7 | 5 | 3 | - | 4 | - | 10 | 3 | 10 | 3 | 7 | 3 | 4.9 |
| 13 Liabilities for retired workers | 7 | 6 | 6 | 10 | 8 | 10 | 8 | 10 | 6 | 6 | 5 | 6 | 7.4 |
| 14 Location to procure raw materials | 8 | 6 | 8 | 6 | 8 | 6 | 7 | 8 | 10 | 5 | 8 | 6 | 7.2 |
| 15 Alliances, mergers, acquisitions and JVs | 10 | 7 | 7 | 10 | 8 | 10 | 8 | 8 | 9 | 9 | 10 | 8 | 8.2 |
| 16 "Pricing Power" with large buyers | 8 | 4 | 8 | 4 | 10 | 3 | 9 | 3 | 8 | 7 | 5 | 4 | 6.8 |
| 17 Threat from nearby competitors | 6 | 4 | 7 | 4 | 10 | 4 | 8 | 4 | 7 | 5 | 5 | 4 | 6.0 |
| 18 Product quality | 7 | 5 | 10 | 7 | 10 | 10 | 6 | 5 | 8 | 9 | 9 | 6 | 7.7 |
| 19 Skilled and productive workforce | 8 | 5 | 10 | 10 | 10 | 10 | 7 | 7 | 8 | 9 | 9 | 5 | 8.2 |
| 20 Stock market performance (3-year) | 10 | 9 | 9 | 9 | 9 | 9 | 10 | 5 | 9 | 9 | 9 | 9 | 8.9 |
| **Average Score** | 7.75 | 6.70 | 7.10 | 7.79 | 8.25 | 7.37 | 8.00 | 6.35 | 8.45 | 6.50 | 6.25 | 6.40 | 7.16 |
| *Ranking* [1] | *6* | *15* | *12* | *5* | *2* | *8* | *3* | *21* | *1* | *19* | *22* | *20* | |
| **Weighted-Average Score** | 7.21 | 6.52 | 6.54 | 7.10 | 7.87 | 6.75 | 7.65 | 6.27 | 8.11 | 5.93 | 5.70 | 6.29 | 6.76 |
| *Ranking* [1] | *5* | *15* | *14* | *6* | *2* | *11* | *3* | *17* | *1* | *21* | *22* | *16* | |

[1] Many of these rankings are subjective an[d]
[2] Plants in many countries, includes tspat /
Source: WSD estimates

WORLDSTEELDYNAMICS

## Positioning of 23 World-Class Steelmakers as of June 2005
### (Version A - by Factor Weight)
*1 = least favorable [1]    10 = most favorable [1]*

| Factor | Weight | Arcelor E.U. | Anshan Steel China | Bao-Steel China | Blue-Scope Australia | China Steel Taiwan | Corus UK | CSN Brazil | CST Brazil | Dofasco Canada | Gerdau Brazil | JFE Japan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Steel Shipments (million tons) | | 53 | 10 | 19 | 8 | 12 | 23 | 5 | 5 | 5 | 15 | 30 |
| 1 Cash operating costs | 10% | 6 | 8 | 8 | 8 | 7 | 5 | 10 | 10 | 6 | 7 | 6 |
| 2 Harnessing technological revolution | 10% | 6 | 7 | 8 | 7 | 5 | 4 | 4 | 6 | 6 | 5 | 7 |
| 3 Profitability in 2000–2004 | 6% | 6 | 8 | 10 | 9 | 8 | 4 | 10 | 8 | 9 | 10 | 6 |
| 4 Balance sheet | 6% | 7 | 4 | 8 | 8 | 10 | 8 | 7 | 5 | 7 | 9 | 7 |
| 5 Dominance country/region | 6% | 4 | 10 | 10 | 4 | 3 | 2 | 8 | 8 | 3 | 7 | 2 |
| 6 Domestic market growth | 5% | 6 | 7 | 8 | 7 | 5 | 4 | 4 | 6 | 6 | 5 | 5 |
| 7 Expanding capacity | 5% | 3 | 10 | 9 | 6 | 3 | 2 | 6 | 10 | 3 | 8 | 3 |
| 8 Access to outside funds | 4% | 7 | 6 | 10 | 7 | 9 | 5 | 6 | 9 | 9 | 8 | 8 |
| 9 Cost-cutting efforts | 4% | 10 | 9 | 7 | 7 | 6 | 10 | 6 | 6 | 6 | 6 | 10 |
| 10 Downstream businesses | 4% | 5 | 3 | 4 | 9 | 3 | 7 | 5 | 3 | 4 | 6 | 10 |
| 11 Environment and safety | 4% | 9 | 9 | 9 | 9 | 9 | 9 | 7 | 7 | 9 | 9 | 9 |
| 12 Iron ore and coking coal mines | 4% | 3 | 7 | 4 | 4 | 3 | 3 | 7 | 3 | 5 | 7 | 3 |
| 13 Liabilities for retired workers | 4% | 6 | 6 | 8 | 6 | 6 | 10 | 7 | 10 | 7 | 8 | 6 |
| 14 Location to procure raw materials | 4% | 6 | 7 | 8 | 8 | 8 | 8 | 7 | 8 | 6 | 5 | 8 |
| 15 Alliances, mergers, acquisitions and JVs | 4% | 10 | 9 | 9 | 8 | 6 | 4 | 7 | 7 | 3 | 10 | 9 |
| 16 "Pricing Power" with large buyers | 4% | 8 | 4 | 8 | 8 | 10 | 8 | 7 | 5 | 7 | 7 | 8 |
| 17 Threat from nearby competitors | 4% | 5 | 4 | 5 | 8 | 8 | 5 | 7 | 6 | 6 | 7 | 7 |
| 18 Product quality | 4% | 9 | 5 | 9 | 8 | 8 | 8 | 7 | 9 | 9 | 6 | 10 |
| 19 Skilled and productive workforce | 4% | 8 | 5 | 7 | 8 | 8 | 8 | 7 | 9 | 10 | 8 | 10 |
| 20 Stock market performance (3-year) | 4% | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| **Average Score** [1] | | **6.55** | **6.85** | **7.90** | **7.45** | **6.70** | **6.15** | **7.00** | **7.25** | **6.70** | **7.20** | **7.25** |
| Ranking [1] | | 18 | 14 | 4 | 7 | 15 | 23 | 13 | 9 | 15 | 11 | 9 |
| **Weighted-Average Score** | | **6.07** | **6.75** | **7.61** | **7.05** | **6.22** | **5.60** | **6.80** | **6.98** | **6.19** | **6.81** | **6.66** |
| Ranking [1] | | 20 | 12 | 4 | 7 | 18 | 23 | 10 | 8 | 19 | 9 | 13 |

[1] Many of these rankings are subjective and some are duplicative.
[2] Plants in many countries, includes Ispat International.
Source: WSD estimates

WORLDSTEELDYNAMICS

Updated 6/1/2005

3

1262697.1

# Attachment 3
## www.dofascotube.com/Default.htm



T U B U L A R   P R O D U C T S

Home | About Us | Automotive Components | Automotive Tubing | Mechanical | Stainless

Dofasco Tubular Products is the largest and most diversified producer of steel tubular products in North America. Dofasco Tubular Products is headquartered in Woodstock, ON and employs 2,200 people in North America.



Home | About Us | Mechanical | Stainless | Automotive Components
Privacy Statement | Terms of Use

**Dofasco Tubular Products Copyright © 2006 All Rights Reserved.**
**Pittsburgh Business Services**
**2105 Four Gateway Center**
**Pittsburgh, PA 15222-1211**
**Telephone: (412) 263-3200**
**Fax: (800) 552-9943**
**E-mail: info@dofascotube.com**

Our numerous product offerings include alloy steel tubing, as welded steel tubing, automotive parts, automotive tubing, axle tubing, bumper tubing, cut-to-length steel tubing, D-shaped tubing, drawn-over mandrel (DOM) steel tubing, fabricated automotive components, highway tubing, honed steel tubing, hydraulic cylinder tubing, hydroforming tubing, mechanical steel tubing, MultiWall™ tubing, ornamental tubing, polished stainless steel tubing, pressure tubing, process tubing, quench and tempered steel tubing, seamless steel tubing, special smooth inside diameter (SSID) tubing, stainless steel tubing, steel tube, steel tubing, tube, tubing, tubular automotive components, TuffDOM steel tubing, and welded steel tubing. Please click on any of those products and you will be directed to the section of Dofasco Tubular Products web site that is involved with that product.

4

1262697.1

**Attachment 4**
***Massive Bids on Table as Giants Fight for Dofasco,***
**Financial Times (January 13, 2006)**



# Massive Bids on Table as Giants Fight for Dofasco

Scarcity and an iron ore mine drive the battle between Arcelor and ThyssenKrupp for the Canadian steel-maker, says Peter Marsh.

**By PETER MARSH**
13 January 2006
Financial Times
(c) 2006 The Financial Times Limited. All rights reserved

The global steel industry has been through a transformation as spectacular as any to have affected the business world in the past few years.

That is confirmed in the bidding battle between Arcelor and ThyssenKrupp, two giants of the European steel industry, for Dofasco, a mid-sized Canadian steelmaker that both companies are valuing at more than USDollars 4bn.

Luxembourg-based Arcelor is considering whether to make a fresh bid for the Ontario company higher than that tabled by its German rival - and other companies could still enter the fray. Just before Christmas, Lakshmi Mittal, chairman and majority owner of Mittal Steel, the world's biggest steelmaker, indicated he had not ruled out making an offer for Dofasco, even though such a move is considered unlikely. Mr Mittal has been a prime initiator of steel industry mergers since 2000 that have increased the size of the main players in the sector and put them in a much stronger position to dictate terms to customers. At the same time, steel prices have rocketed due to rapacious demand from China as its economy has expanded to suck in about 30 per cent of world steel output.

As a consequence, share prices of quoted steel companies in recent years have been among the best performers on global stock markets, despite a downturn in recent months. Thyssen's most recent January 3 offer of CDollars 63 a share values Dofasco at CDollars 4.9bn (USDollars 4.2bn). It was pitched at the same level as a rival bid by Arcelor - which started the effort to acquire Dofasco through a CDollars 56-a-share bid in November. But the Canadians regard Arcelor as a predator and the Dofasco board is backing the Germans, at least in part because if it sells to another suitor, Dofasco would have to hand Thyssen a CDollars 100m break-up fee.

Mike Locker, of Locker Associates, a US steel consultancy, says the magnitude of both bids is "eye-popping", given that Dofasco is a relatively small player with production last year estimated at about 5m tonnes. In the first nine months of 2005, Dofasco turned in net income of CDollars 142.6m on sales of CDollars 2.69bn, with the earnings figure well down on the CDollars 280.1m net income recorded in the

first nine months of 2004, a result of tougher conditions generally in the steel industry in the early part of last year.

But in spite of the earnings drop, Mr. Locker still thinks the high price of the offers can be justified, given Dofasco's strong position in higher-value segments of the steel industry -- particularly in flat galvanized sheet used for car bodies. About 75m tonnes of this material -- which has to be made using special processes so it especially shiny and resistant to corrosion -- is made each year, with Arcelor being the world leader with about 10m tonnes.

While Thyssen is well behind with 5m tonnes, both are keen to expand in this field in North America - where Dofasco is the fourth biggest producer with output estimated at about 1m tonnes a year. Mittal Steel and US Steel are the two largest producers of automotive sheet steel in the region - with global output of 6m tonnes and 5m tones respectively, most of this coming from their US plants.

The third player in North America, with 2m tonnes, is AK Steel -- which has been in financial difficulties and is burdened by healthcare and pensions liabilities estimated at Dollars 3.5bn. "Since neither Mittal nor US Steel is available, and AK is probably ruled out, there is a scarcity value about Dofasco (in automotive steel) which inevitably increases its price," says Mr Locker.

Another attraction of the Canadian company is its ownership of QCM, an iron ore mine in Quebec. This raw material has been in short supply in the past two years, with a consequent big increase in price.

Michelle Applebaum, of Michelle Applebaum Research, an Illinois-based consultancy, says "roughly a third" of the money Arcelor and Thyssen are prepared to pay for Dofasco could be linked to ownership of the mine -- which produces about 16m tonnes of ore a year, most for sale to other steelmakers.

Copyright The Financial Times Ltd 2006. "FT" and "Financial Times" are trademarks of the Financial Times. Privacy policy | Terms | Advertising | Corporate

5

1262697.1

**Attachment 5**
*Mittal Sparrows Point Mil May Be On Auction Block,*
**American Metal Market (June 2, 2006)**



**AMERICAN METAL MARKET**

## Top Stories

## Mittal Sparrows Point mill may be on auction block

*Jun-2-2006 1:07PM*

By Scott Robertson

PITTSBURGH -- Mittal Steel Co. NV reportedly is shopping its integrated steel mill in Sparrows Point, Md., as part of what appears to be a contingency plan if its proposed acquisition of Arcelor SA, Luxembourg, falls through.

Executives from ThyssenKrupp AG, which is in line to buy Dofasco Inc. if Mittal acquires Arcelor, toured the Sparrows Point plant last week and have expressed interest in it, according to Mittal sources.

Mittal reportedly is entertaining a sale of the Sparrows Point plant, formerly owned by Bethlehem Steel Corp. and later by International Steel Group Inc., in an antitrust maneuver.

Mittal is interested in acquiring Arcelor and has reached an agreement to sell Dofasco-currently held in a trust created by Arcelor-to ThyssenKrupp if it succeeds in getting Arcelor.

Arcelor, however, has reached an agreement to acquire Russian steel producer OAO Severstal that could take Mittal out of the picture. The possible sale of the Sparrows Point plant to ThyssenKrupp might be a contingency plan should Mittal be unable to complete the promised sale of Dofasco as part of an Arcelor takeover.

A spokesman for Mittal Steel USA Inc., Chicago, said Thursday that its Rotterdam-based parent expects to complete the Arcelor purchase and to move forward with its sale of the Dofasco mill in Hamilton, Ontario, to ThyssenKrupp. In that case, he said, "no other moves would be necessary."

The U.S. Department of Justice already has granted conditional approval to the Mittal merger with Arcelor. The conditions stipulate that it dispose of certain operations-interpreted to be Dofasco.

Calls to managers at the Sparrows Point plant, to Mittal Steel offices in London and to ThyssenKrupp in DÃ¼sseldorf, Germany, were not returned by late Thursday.

It is not unusual for representatives of steel producers to tour each other's plants, so in some respects a ThyssenKrupp tour of Sparrows Point could be viewed as something done in the normal course of business. The appearance of ThyssenKrupp representatives at the plant, however, sparked widespread industry chatter that the plant was on the block and could be part of a Mittal-ThyssenKrupp contingency plan.

When it announced last month it was improving its bid for Arcelor, Mittal Steel said it would consider selling other North American assets if it could not complete the sale of Dofasco to ThyssenKrupp.

Several sources said that while the contingency plan idea might be true, a ThyssenKrupp acquisition of Sparrows Point

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.
AMM Events

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.
AMM Events

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.
AMM Research

**International Scrap Directory**
Discover hundreds of new leads in the global scrap market.
MB Directory

**MB International Aluminum**
The must-attend global aluminum event.
MB Events

would not mesh with its goals for the North American market. ThyssenKrupp, which lost out in a bidding war with Arcelor for Dofasco earlier this year, in the past has been rumored to be interested in acquiring AK Steel Corp., Middletown, Ohio, or U.S. Steel Corp., Pittsburgh, in an effort to gain entry to the North American automotive market.

"Sparrows Point doesn't have those (automotive) grades," longtime steel industry analyst Charles Bradford said. "If (Mittal) were going to get rid of something in North America, I don't think it would be Sparrows Point. I think if they had their druthers, they'd sell Weirton, but that does not meet what ThyssenKrupp needs, either.

"I think it would be more likely that they would get rid of Inland," he said, referring to the former Ispat Inland plant in East Chicago, Ind., that is now part of Mittal's Indiana Harbor division. "It used to be said that Inland and Dofasco were like brother and sister in terms of the things they did, so that would make more sense to me. Getting rid of Sparrows Point does not make sense from an antitrust perspective because it is not related to automotive like Inland and Dofasco are."

Bradford added that ThyssenKrupp's presence in the global stainless steel market and its ownership of ThyssenKrupp Budd Co., an automotive parts manufacturer in Troy, Mich., also make an acquisition of Sparrows Point unlikely.

"They (Budd) are a parts-maker and chassis maker," Bradford said. "Again, that does not fit with what Sparrows Point does. But you always go and take a look. Whenever a competitor gives you that opportunity, you take advantage of it."

Another market source close to the Sparrows Point plant said the visit could be nothing more than a smokescreen. "ThyssenKrupp announced a few days ago it will downsize its steel business," he said. "So while an outpost in North American could be good for ThyssenKrupp, since they won't get Canada's Dofasco (in the case of a Severstal-Arcelor merger), there might be less to this than meets the eye.

"Maybe this was done on behest of Mittal to raise interest among other (potential) investors," he said. "I know ThyssenKrupp and Mittal are pretty tight at the moment."

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

6

# Attachment 6
# Excerpts from *2005 Directory of Iron and Steel Plants, Association for Iron and Steel Technology (2005)*

# IRON and STEEL PLANT FACILITIES

## Blast furnace

| Identification | Capacity tons/day | tons/year | Hearth dia, ft-in. | Total height, ft-in. | Working vol, cu ft | Injectants | No. of stoves |
|---|---|---|---|---|---|---|---|
| No. 2 | 2650* | 758,300 | 20-9 | 108-9** | 32,600 | Oil, oxygen | 3 |
| No. 3 | 2750* | 846,600 | 21-6 | 108-10/2** | 31,900 | Oil, oxygen | 2 |
| No. 4 | 4850* | 1.4 million | 28-0 | 118-9¾** | 56,320 | Oil, oxygen | 3 |

*Instantaneous smelting rate
**Tip ring to foundation pad

## Steelmaking—oxygen

| Shop Identification | Process | Capacity, tons/year | No. of vessels | Heat size, tons | Gas cleaning |
|---|---|---|---|---|---|
| — | K-OBM | 2.75 million | 1 | 330 | Scrubber and screen |

## Steelmaking—electric arc furnace

| Process | Capacity, tons/year | No. of vessels | Heat size, tons | Gas cleaning |
|---|---|---|---|---|
| Twin-shell, AC | 1.35 million | 1 | 180 | Baghouse |

## Vacuum degassing

| Type | Total capacity, tons/year | No. of units | Heat size, tons | Injectants |
|---|---|---|---|---|
| Tank | 1.5 million | 1 | 290 | Aluminum for deoxidation after vacuum |

## Ladle metallurgy

| Total capacity, tons/year | No. of units | Heat size, tons | Injectants | Transformer rating, kVA |
|---|---|---|---|---|
| 2.37 million (aim) | 1 reheat furnace, 2 high-flow stirring stations, 2 deslag stations | 330 (avg.) | Nil | 40,000 |
| 1.35 million | 1 reheat furnace to handle two ladle cars (twin-shell) | 180 | 1 | 20,000 |

## Continuous casting

| Total capacity, tons/year | Strands | Ladle capacity, tons | Product size range, in. | Shroud |
|---|---|---|---|---|
| 2.75 million (aim) | 2 | 300 | 8.5 x 30.5-63 x 177-374 | Argon |
| 1.35 million | 1 | 180 | 8.5 x 30.5-63 x 177-374 | Argon |

## Reheating furnaces

| Mill served | Type | No. of furnaces | Capacity, tons/hr/furnace | Hearth dimensions |
|---|---|---|---|---|
| No. 2 hot strip mill | Walking beam | 2 | 400 | 47.4 x 12.0 m |

---

# IRON and STEEL PLANT FACILITIES

(CSN USA — Cont'd.)

## Batch annealing

| Identification | Capacity, tons/year | Bases | Furnaces | Atmosphere |
|---|---|---|---|---|
| — | 308,000 | 12, 4-high stack | 6 | 100% H₂ |

## Temper/skinpass mill

| Identification | Capacity, tons/year | Nominal width, in. | Product size, thickness x width, in. | Configuration |
|---|---|---|---|---|
| — | 600,000 | Max. width: 73 untrimmed, 72 trimmed; Min. width: 34 | Low C: 0.012 min., 0.100 max.; Motor Lam.: 0.025 min., 0.040 max. | Single stand 4-h Dynamic Shape Roll; 85 in. max. OD, 38 in. min. OD, 65,000 max. wt. |

## Galvanizing

| Type | Capacity, tons/year | Product thickness x width, in. | | Product size x width, in. | Differential coating |
|---|---|---|---|---|---|
| | | Cold roll: min. 0.012, max. 0.080 | Hot roll: min. 0.050, max. 0.130 | Width 34, 73 | |
| Hot dip | 350,000 | | | | Yes |

## Slitting

| Identification | Unit capacity, tons/year | No. of units | Product size range | Configuration |
|---|---|---|---|---|
| Pro-Eco | — | 1 | 0.010-0.175 x 72; 85,000 max. wt. | Driven slit and slitter assist tension unit; Kor-flex leveler |

## DOFASCO INC.
### Hamilton, Ont., Canada

## Cokemaking

| Battery Identification | Type | Battery capacity, tons/year | Ovens per battery | Oven dimensions, ft-in. Height | Width, avg. | Length | Byproducts recovered |
|---|---|---|---|---|---|---|---|
| 1 | Gun | 148,607 | 25 | 13-0 | 17 | 39-11⅛ | Tar, ammonium sulfate, light oil, sulfur |
| 2 | Gun | 208,050 | 35 | 13-0 | 17 | 39-11⅛ | |
| 3 | Gun | 267,483 | 45 | 13-0 | 17 | 39-11⅛ | |
| 4 | Gun | 322,478 | 53 | 13-0 | 17 | 39-6⅛ | Tar, anhydrous ammonia, light oil, hydrogen |
| 5 | Gun | 322,478 | 53 | 13-0 | 17 | 39-6⅛ | |
| 6 | Compound/underjet | 402,412 | 35 | 20-5½ | 15 | 46-11½ | |

# IRON and STEEL PLANT FACILITIES

## Galvanizing

| Type | Capacity, tons/year | Product thickness x width, in. | Differential coating |
|---|---|---|---|
| No. 1 hot dip | 170,000 | 0.012-0.080 x 24-48 | Galvalume/galvanize |
| No. 2 hot dip | 320,000 | 0.024-0.0168 x 24-60 | Galvanneal/galvanize |
| No. 3 hot dip | 254,000 | 0.010-0.080 x 24-52 | Galvanneal/galvanize |
| No. 4 hot dip | 305,000 | 0.012-0.080 x 24-60 | Galvanize |
| DJG hot dip | 400,000 (Dofasco 50% ownership) | 0.0157-0.0787 x 24-72 | Galvanneal/galvanize |
| DSG hot dip | 450,000 (Dofasco 80% ownership) | 0.0196-0.0787 x 36-72 | Galvanneal/galvanize |
| Sorevco hot dip | 125,000 (Dofasco 50% ownership) | 0.012-0.0787 x 24-50 | Wipe coat/galvanize |

## Tinplate

| Type | Capacity, tons/year | Product thickness x width, in. |
|---|---|---|
| No. 2 E line | 144,600 | 0.0055-0.0230 x 18-40 |
| No. 3 E line, tin/chrome | 273,200 | 0.0055-0.0230 x 18-43 |

## Slitting

| Identification | Unit capacity, tons/year | No. of units | Product size range | Configuration |
|---|---|---|---|---|
| 48 in. | 64,000 | 1 | 19-48 | — |
| 60 in. | 350,000 | 1 | 0.059-0.100 x 9-64 entry to 2 min. out | — |
| 62 in. | 300,000 | 1 | 0.100-0.375 x 17-64 entry to 2¼ min. out | — |

## Miscellaneous

| Unit | Capacity, tons/year | No. of units | Product size range | Configuration |
|---|---|---|---|---|
| Prep Line | 320,000 | 1 | 0.005-0.023 | |
| No. 1 Cleaning Line | 220,000 | 1 | 0.008-0.026 | |
| No. 2 Cleaning Line | 360,000 | 1 | 0.077-0.140 x 18-68 | |
| Rewind Line | 200,000 | 1 | 0.010-0.100 x 25-62 | |
| No. 3 Shear Line | 50,000 | 1 | 0.0081-0.048 x 12.5-40 | |
| No. 5 Shear Line | 150,000 | 1 | 0.014-0.135 x 12.5-67 | |

# IRON and STEEL PLANT FACILITIES

(DOFASCO INC. — Cont'd.)

## Hot strip mill

| Nominal width, in. | Capacity, tons/year | Finished size, thickness x width, in. | No. and configuration | |
|---|---|---|---|---|
| | | | Roughing stands | Finishing stands |
| 68 | 3.2 million | 0.060-0.500 x 30-62 | 2-hi reversing with attached edgers, Horizontal 54/2 x 72, vertical 42 x 43/12 | 7-stand, 4-hi, 30 and 60 x 68 |

## Pickling

| Identification | Capacity, tons/year | Strip thickness x width, in. | Acid used |
|---|---|---|---|
| No. 2 | 660,000 | 0.075-0.110 x 24-56 | HCl |
| No. 3 | 1,100,000 | 0.075-0.200 x 24-66 | HCl |
| No. 4 | 750,000 | 0.055-0.275 x 24-62 | HCl |
| CPCM | 1,000,000 | 0.075-0.215 x 24-62.5 | HCl |

## Cold reduction mill

| Identification | Nominal width, in. | Capacity, tons/year | Finished size, thickness x width, in. | Configuration |
|---|---|---|---|---|
| 66 in. | 66 | 280,000 | 0.0195-0.1650 x 24-61 | 4-hi, single-stand reversing |
| No. 1 tandem | 56 | 450,000 | 0.0072-0.0456 x 24-49 | 4-hi, 5-stand tandem |
| No. 2 tandem | 72 | 1,400,000 | 0.011-0.0125 x 24-61.5 | 4-hi, 5-stand tandem |
| CPCM | 68 | 1,000,000 | 0.008-0.100 x 23.5-62 | 4-hi, 5-stand continuous |

## Continuous annealing

| Identification | Capacity, tons/year | Strip thickness x width, in. | Fuel type |
|---|---|---|---|
| No. 2 tower anneal | 280,000 | 0.0077-0.056 x 40 max. | Electric |
| No. 1 | 80,000 | 0.007-0.025 x 18-48 | — |
| No. 2 | 110,000 | 0.007-0.040 x 18-48 | — |

## Batch annealing

| Identification | Capacity, tons/year | Bases |
|---|---|---|
| Sheet mill batch | 575,000 | 10 x 60-in. radiant tube, HNX, single stack<br>112 x 72-in. radiant tube, HNX, single stack<br>48 x 72-in. direct-fire, HNX, single stack<br>4 x 86-in. direct-fire, 100% H2, single stack |
| Open coil anneal | 52,200 | 3 x 108-in. radiant tube, HNX, single stack<br>11 x 114-in. radiant tube, HNX, single stack<br>2 x 114-in. direct-fire, HNX, single stack<br>18 x 114-in. radiant tube, HNX, single stack |

## Temper/skinpass mill

| Identification | Nominal width, in. | Capacity, tons/year | Product size, thickness x width, in. | Configuration |
|---|---|---|---|---|
| 42 in. | 42 | 317,200 | 0.0061-0.0350 x 20-39.5 | 4-hi, 2-stand |
| 56 in. | 56 | 341,000 | 0.0061-0.0480 x 20-52 | 4-hi, 2-stand |
| No. 1 | 66 | 372,800 | 0.016-0.135 x 20-61 | 4-hi, single-stand |
| No. 2 | 66 | 475,900 | 0.016-0.135 x 20-61 | 4-hi, single-stand |
| No. 5-56 | 56 | 300,000 | 0.012-0.040 x 24-50 | 4-hi, single-stand |

# IRON and STEEL PLANT FACILITIES

**(INTERNATIONAL STEEL GROUP** — Cont'd.)

**Vacuum degassing**

| Type | Capacity, tons/year | No. of units | Heat size, tons | Injectants |
|---|---|---|---|---|
| RH 5-stage steam ejection unit | 1 million | 2 | 340 | Argon, aluminum |

**Ladle metallurgy**

| Type | Capacity, tons/year | No. of units | Heat size, tons | Injectants |
|---|---|---|---|---|
| Ladle Stirring and Trim Station | 3,000,000 | 1 | 340 | Argon, carbon, aluminum, manganese and scrap |
| CAS-OB | 3,000,000 | 1 | 340 | Argon, oxygen, nitrogen, carbon aluminum, manganese, titanium |

**Continuous casting**

| Capacity, tons/year | Strands | Ladle capacity, tons | Product size range, in. | Shroud |
|---|---|---|---|---|
| 3,000,000 | 4 | 340 | 32-48 x 9 x 400 max. | Argon gas submerged ladle shroud; Fused silica and alumina graphite |

**Reheating furnaces**

| Mill served | Type | No. of furnaces | Capacity, tons/hr/ furnace | Hearth dimensions, ft |
|---|---|---|---|---|
| 54-in. hot mill | Walking beam | 2 | 350 | 35 x 155 |

**Hot strip mill**

| Nominal width, in. | Capacity, tons/year | Finished size, thickness x width, in. | No. and configuration | |
|---|---|---|---|---|
| | | | Roughing stands | Finishing stands |
| 54 | 3.8 million | 0.056-0.50 x 23-49 | 1 4-hi reversing, 1 4-hi continuous | 7-stand, 4-hi |

**Cold reduction mill**

| Identification | Nominal width, in. | Capacity, tons/year | Finished size, thickness x width, in. | Configuration |
|---|---|---|---|---|
| No. 7 tandem | 52 | 725,000 | 0.0065-0.0359 x 221/2-48 | 5-stand, 4-hi |
| No. 8 tandem | 52 | 699,000 | 0.0193-0.138 x 221/2-48 | 4-stand, 4-hi |
| No. 9 continuous tandem | 52 | 991,000 | 0.0065-0.060 x 24-481/2 | 5-stand, 4-hi |

7

1262697.1

**Attachment 7**
***The Strange Case of Weirton Steel,*** **MakingSteel.com**
**(April 25, 2006)**



HOME   SITE MAP   THE BOOK   CONTACT US

# THE STRANGE CASE OF WEIRTON STEEL

**Lauded by ISG's Mott, Weirton was left to "swing" by Mittal and Schorsch**

© by Mark Reutter
Posted 4/25/06

On July 9, 2004, International Steel Group announced that it would restart a second blast furnace at Weirton Steel, the venerable West Virginia tinplate maker, "in response to strong customer demand for its value-added coated steel products."

In a release to the media, Rodney Mott, CEO of ISG, painted a rosy picture of the mill's future, saying, "The integration of Weirton Steel into the ISG family of businesses has occurred seamlessly and more rapidly than we had expected."

Having won a bidding war for the nation's No. 2 tin producer in bankruptcy court in May 2004, ISG pressed ahead to improve the plant's steelmaking efficiency as well as its capacity. Repairing No. 1 blast furnace together with reopening idled No. 4 furnace were top priorities. Together they would increase daily iron production by about 2,200 tons.

ISG executed a contract with Cleveland-Cliffs, the shipping and mining company, to supply Weirton with iron-ore pellets through 2019 and further laid plans to upgrade the 48-inch continuous slab caster so that the Weirton "will be able to benefit from the strong demand for value-added tin plated and galvanized steel from our customers in the food packaging and construction industries." (1)



Click for larger image

National Steel Corp.

**Happier Days** Weirton was established in 1909 by Ernest Weir, a visionary businessman, who built a steel plant and company town on the Ohio River opposite Steubenville, Ohio. Noted for its excellent local management and high profits, the company was merged into National Steel in 1929.

Mott assigned one of his crack assistants, Bill McKenzie, to oversee improvements at the mill, which is nestled in the upper neck of West Virginia 35 miles west of Pittsburgh. An engineering graduate of West Virginia University, McKenzie had worked for eight years at Weirton and 14 years at Nucor Corp. before serving as general manager of ISG's Coatesville, Pa., plate division. (2)

Mott attributed the seamless transition of Weirton into the ISG group to the "enthusiasm and hard work of our employees and the cooperation of the Independent Steelworkers Union (ISU)," which agreed to a new contract that reduced job classifications from 30 to five and cut union

employment from 3,000 to 2,100.

Mark Glyptis, ISU president, praised ISG's commitment to Weirton. "The brighter future I've often spoke of is within our grasp," Glyptis said. "We must keep an integrated steel mill in Weirton. It means so much to so many people and this valley." (3)



Fast forward to June 10, 2005. Eight weeks after Weirton had been absorbed by the Mittal Steel group, the following statement was released to the media:

> Mittal Steel has announced a lengthier outage with accompanying layoffs, for its plant in Weirton, W.Va.
>
> The blast furnace had been idled for about 10 days and was to be reactivated this week. "However, the market conditions that led to the earlier decision haven't improved," said Bill Brake, Executive Vice President, Operations East.
>
> "We've decided that it's better long-term for the business and for the Weirton plant and its employees to use the next few days to prepare the equipment for a longer outage. We'll bring it back up when the market tells me that the time is right."

The shutdown of No. 1 furnace (No. 4 furnace had been idled earlier) had nasty ripple effects. It forced the closure of the basic oxygen plant, which converts blast-furnace iron to steel, and the continuous caster, which makes molten steel into slabs. The number of laid-off employees grew from 370 to 700. (4)

Weirton's finishing mills continued to fulfill customer orders by using slabs shipped by rail from Mittal's Cleveland and Sparrows Point plants. Brake estimated that the outage would last between six and eight weeks. A return to full operations was expected between August 1 and 15.

But on August 19, 150 more steelworkers were furloughed, and rumors spread that Bill McKenzie had resigned. That evening WTRF-TV in Wheeling, W.Va., informed its viewers:

> We have learned that the plant manager of Mittal Steel is stepping down. Bill McKenzie began overseeing the plant shortly after ISG bought the plant…. It is not clear why McKenzie is resigning. Union stewards were told late this afternoon about the resignation. McKenzie, unlike company heads before him, was well known for working inside the mill along with union workers, although he was management. (5)

Stunned by these developments, the ISU came up with a plan for $93 million in cost cuts in order to reopen the hot end. The plan was submitted to Brian M. James, the new GM whom Brake had promoted from the finishing and shipping department at Cleveland. Eventually, the information was relayed up the chain of command, from Brake to Lou Schorsch, CEO of Mittal USA, and, according to Schorsch, to Lakshmi Mittal and the corporate board, which included former ISG Chairman Wilbur Ross. (6)

But the handwriting was on the wall. Demand for steel had plunged, there



*Click for larger image*

was a buildup of inventory at steel service centers, and Mittal Steel was determined to work off the inventory by cutting production and stabilizing prices. This is where Weirton came in.

National Steel Corp.

**A sprawling empire** This 1934 map shows the extent of National's Midwest properties. Weirton once employed 10,000 people, and the town itself had 30,000 inhabitants.

Unknown to Weirton workers as well as to many ISU officers, Mittal Steel kept obsessive track of all financial aspects of its five integrated mills (Burns Harbor and Indiana Harbor in addition to Cleveland, Sparrows Point, and Weirton). The mills were compared and ranked according to their raw material inputs, manufacturing costs, and product profit margins. At the bottom of the list lay the "swing" plant – the facility that, in times of low demand, didn't generate enough money to please the steelmasters in London.

Weirton was the "swing" plant.

It was hobbled by higher raw material costs, especially for coke, than the other mills. And the ore-pellet contract that Mott had negotiated with Cleveland-Cliffs, which committed Mittal to 14 more years of steelmaking at Weirton, did not please management at all. (7)

Union politics also came into play. Weirton was the only plant that was not represented by the United Steelworkers of America (USWA). Before taking over ISG, Mittal Steel had entered into a "memorandum of understanding" with the USWA in which "the USWA agreed to support the merger and to waive its right of first refusal to acquire ISG under the ISG collective bargaining agreement." (8)

According to two sources, Lakshmi Mittal gave his word to USWA President Leo Gerard that United Steelworkers would not be laid off unless and until non-USWA workers were dismissed. Mark Glyptis didn't have that kind of clout. Weirton again was the swing plant.

So it was left to Brian James to break the news that Weirton Steel would no longer be making steel, as it had been doing since 1909. The November 29, 2005 announcement said that 800 union positions would be terminated as part of the shutdown of the hot end.

The announcement caused enough of a stir in West Virginia, where the mill was still the state's largest industrial employer, to force Schorsch to come to Weirton and address ISU members at the Serbian-American Cultural Center. Adam Townsend of the *Wheeling (W.Va.) Intelligencer* provided this account:

> Schorsch told about 1,400 ISU members that Mittal reviewed the $93-million cost-cutting package the union put together and found that it would not reduce costs enough to keep Mittal Weirton's hot-end operations open.

> "We reviewed it [the plan] in Chicago and, frankly, it wasn't enough," Schorsch said at the union meeting. "It didn't come out with enough improvements to make this a viable hot end…. [The plan] was looking at best-case scenarios versus what we see in the market and what we see in the marketplace and what we see other facilities can do.

> "We feel like we're heading into a very difficult market situation. I understand it's a very good mill. There's a lot of money that we've put into it. As a company, we've got seven hot hills. We don't have the demand to fill seven hot mills."

> The crowd was spilling out on the banquet hall, and the rank-and-file greeted many of Schorsch's responses to questions with "boos" and catcalls.

> There was talk among union members at the meeting that because the ISU is

unaffiliated, it is taking the brunt of Mittal's cost cutting, while the United Steelworkers members at other Mittal acquisitions haven't lost their jobs.

"If we were in the USWA, would we be in this position?" asked one ISU member.

Schorsch, however, answered these criticisms by saying the decision to shut down the blast furnace at Mittal Weirton was purely based on numbers – that is, economic viability. (9)

Schorsch outlined the future of Weirton as a tinplate finishing operation and said that the company was exploring the possibility of adding new equipment to the facilities. But he cautioned:

[T]hese capital improvements are "not a slam dunk." He said he will promote at least the edge cutters and tension-leveling improvements to the tin mill to Mittal's board, the body that has the final say over capital expenditures. (10)

The ISU met with West Virginia Gov. Joe Manchin and U.S. Senators Robert Byrd and Jay Rockefeller. On December 15, Rockefeller issued a press release from his Washington office pledging to "hound" Schorsch "every day" until "we get a firm commitment about the future" of the tin mill.

"I'm extremely frustrated by Mittal Steel's decision to close the hot-end plant, and I made absolutely sure that the U.S. CEO, Mr. Schorsch, knew exactly how I felt," Rockefeller was quoted as saying. His webpage release concluded, "I will not stand by while Mittal plays with the lives of the finest steelworkers in the world. Weirton deserves better." (11)

To appease Rockefeller, Schorsch promised to assign GM James to "reconfigure" the mill to make its operations both optimal and world class. In fact, by shutting down the hot end, Weirton would now become "more competitive in tin mill operations," an unidentified company spokesman explained. (12)

On January 11, 2006, GM James acknowledged that the number of sacked steelworkers had reached 950, but said that the additional cuts came from white-collar and support staff. The 950 figure became the official number that Mittal disclosed under the Worker Adjustment and Retraining Notification (WARN) Act. (13)



While Rockefeller's comments sounded rehearsed, an e-mail I received from a retired steelworker conveyed the pain and anger of workers who discover how easy it is for global companies to abandon their workforce and leave a community in shambles. It read:

I am living in a nightmare caused by Mittal at Weirton Steel. First I lost my retirement benefits, etc., when ISG bought our company for a song. I think that ISG was nothing more than a conduit for Mittal to later purchase the mill. After the purchase Mittal decided to shut down our hot end. This is a way of controlling pricing at the expense of jobs. Weirton has been able to overcome obstacles in the past, but I am afraid we decided to dance with the devil this time. (12/22/05)

In a sense, Weirton workers were reliving the experience of Irish steelworkers. Mittal had bought Irish Steel, the nation's only steel plant, in 1996 for just 1 English pound, then shut it down five years later on one-day's notice, leaving 400 employees jobless. The workforce had tentatively agreed to wage reductions, but Mittal had closed the facility before the plant's union could formally respond. Irish taxpayers, meanwhile, were left with a $60-million bill to clean up the plant's wastes. (14)

In late January, another Weirton worker reported on the mood of the town:

> No good news for us, especially after Mittal's purchase. He is taking advantage of our ignorance. Houses in the Valley are emptying out. I was ready to buy a van, but I don't know if I'll have a job to make the payments. Who is buying the van if Mittal forces us all out of a job? I don't want to rule the world or beat out Bill Gates, alls I want to do is load up the kids and grandkids and visit the zoo. I always made middleclass money and probably spent more than I should have, but spending money helps the economy, right? Or what the hell is the rule now?
>
> I am upset because of the anger I have and not to be able to fight this system that is being created. Our congressmen haven't returned my letter I wrote 2 months ago. Our president is more worried about corn in Florida than steel in WVa. I wonder how he is going to shoot corn through an enemy tank? I think the world is watching us destroy ourselves. (1/29/06)

In February, Mittal USA offered ISU workers a "voluntary termination" buyout plan. They were given a choice of lump-sum payouts and a bonus or extended health care and jobless benefits. Those with 20 or more years of service could take either a $60,000 payment plus a $13,500 bonus or supplemental jobless benefits and 30 months of health-care coverage. Workers with between 10 and 20 years of service could opt for a $47,000 payment and the bonus. (15)

Those who did not take a buyout and lost their job would be placed on a preferred hiring list. Depending on future production demands, the mill would have between 1,100 and 1,200 jobs available, according to the company.

Company lawyers, meanwhile, had prepared papers requesting an immediate $600,000 reduction in Mittal's property-tax bill, and informed officials that Mittal would ask for another $500,000 in cuts in the future.

Speaking of the effects of the lost revenues on public education in Weirton and surrounding Hancock County, W.Va., School Superintendent Dan Kaiser said simply, "This is devastating." (16)

**Notes**

1. By buying Weirton, ISG controlled about 37 percent of the U.S. tinplate market, having acquired about 17 percent of the market through its purchase of Beth Steel's tin mills at Sparrows Point. U.S. Steel Corp. had about 40 percent of the market through the American Sheet & Tin Plate Co., a descendent of the infamous "Tinplate Trust" put together by Daniel Gray Reid and William B. Leeds in 1898. "ISG Weirton to Start Second Blast Furnace," *Steel News*, July 12, 2004; "ISG to Assume Cliffs-Weirton Pellet Contract," May 19, 2004.
2. From ISG press releases.
3. Glyptis openly favored ISG in its bidding war against the Informal Committee of Secured Noteholders. For the inside story of how Weirton landed up in Chapter 11 bankruptcy, see C. John Kruzeski, *WESAP: Weirton Steel Employee Stock Annihilation Plan*, www.mcclainprinting.com, 2005.
4. "Mittal Steel Extends Weirton Blast Furnace Outage, *Steel News*, June 10, 2005.
5. Shauna Parsons, "Mittal Latest," posted on WTRF website, Aug. 19, 2005.
6. Rodney Mott had jumped ship upon Mittal's takeover of ISG, but Wilbur Ross remains on the Mittal board of directors. Ross has had nothing to say about Weirton, as far as this writer is aware. But Ross has had many words of praise for Lakshmi Mittal, who paid him such a generous premium in buying ISG.
7. Mittal broke its contract with Cleveland-Cliffs, which led Cleveland-Cliffs to bill Mittal for 325,000 tons of iron-ore pellets that were not purchased by the Mittal plant in January 2006. On April 13, 2006, Cleveland-Cliffs canceled the Weirton invoice when Mittal agreed to purchase an unspecified minimum tonnage of ore through 2010 for its Cleveland and Indiana Harbor mills.
8. *Form 20-F, 2005, Mittal Steel Co. NV,* submitted to U.S. Securities and Exchange

Commission, pg. 105.

9. "Mittal Chief: No Hope for Plan," *The Intelligencer*, Dec. 14, 2005.

10. Ibid.

11. "Rockefeller Meets with Mittal Steel USA CEO," Sen. Rockefeller's webpage, Dec. 15, 2005.

12. Scott Robertson, "Mittal Tells Weirton Plant: Tin Is In, But Furnace Out," *American Metal Market*, Dec. 15, 2005.

13. WARN requires companies with 100 or more employees to provide 60-days advance notice of plant closings and/or mass layoffs.

14. The purchase of the former government-owned facility was made through Ispat International, a Mittal subsidiary. See http://www.makingsteel.com/whoishe.html

15. "Union Details Buyouts at Mittal," *Pittsburgh Tribune-Review*, Feb. 23, 2006.

16. Dave Elias, "Mittal Steel Asking for Tax Cut," WVNS News, Feb. 15, 2006.

8

1262697.1

**Attachment 8**
***Fewer Blast Furnaces, But Higher Productivity,* New Steel (November 1996)**

# ■NEW STEEL

## IRONMAKING



U.S. Steel's Edgar Thomson Works has two blast furnaces; they were last rebuilt in 1930 and 1943.

# Fewer blast furnaces,
# but higher productivity

**The number of U.S. blast furnaces has dropped from 83 to 43 in the past decade, but PCI and natural gas have helped raise output from the survivors by 25 percent**

## WILLIAM T. HOGAN, S.J., and FRANK T. KOELBLE

*Father William Hogan and Frank Koelble of Fordham University's Industrial Economics Research Institute recently conducted an extensive study of the current capacity, condition, and outlook of coke ovens and blast furnaces in the U.S. In this two-part study,* New Steel *looks this month at blast furnaces and next month at coke ovens and at how steelmakers are boosting productivities and responding to new environmental regulations.*

A quiet recasting of how the U.S. iron and steel industry makes its iron has been yielding major gains in productivity and major benefits to the environment. Driving this progress has been not some new, "direct" technology but the tried-and-true blast furnace, the dominant ironmaker for more than a century. Today's surviving blast furnaces still support some 60 percent of all U.S. steelmaking activity by producing much more iron and consuming much less coke than they did even a few years ago. And yet,

because of impending environmental standards on cokemaking, the future of the blast furnaces is anything but assured.

On Jan. 1, 1998, 90 percent of all U.S. cokemaking capacity will have to meet much stricter standards under the Clean Air Act. Five years later, on Jan. 1, 2003, an initial group of coke batteries will have to meet a new public-health standard, which has not yet been promulgated.

As the two deadlines force more coke plants to close, the current deficit in domestic coke supply is likely to widen appreciably. This could constrain blast-furnace output and offset the recent improvements in productivity, which have allowed fewer furnaces to sustain and even increase the supply of steelmaking iron.

The U.S. blast-furnace population has declined as the U.S. steel industry has undergone one of the most drastic restructurings in the history of industrial enterprise. At one point, nearly one-third of the industry's raw-steel capacity was downsized out of existence.

The blast-furnace-based integrated steelmakers were hit the hardest. Since 1975, the number of integrated mills with blast furnaces has fallen from 48 to 21. The number of blast furnaces in the U.S. has plummeted from 197 to 43. The most recent shutdown was a year ago, when Bethlehem Steel shut down its blast furnace, basic oxygen furnaces (BOFs), and electric furnace in Bethlehem, Pa., in Nov. 1995 (Steel Forum, Jan. 1995).

Electric furnaces accounted for 40 percent of U.S. steel production last year, up from 28 percent in 1980 and 34 percent in 1985. The growth of scrap-using EAFs has meant that ferrous scrap now accounts for more of U.S. steelmakers' metallics supply than blast-furnace iron.

BOFs accounted for 60 percent of steel production last year—virtually the same as in 1980. BOFs use on average 77-percent blast-furnace iron and 23-percent scrap. Much of the growth of the electric furnaces occurred at the expense of the open hearth, the now extinct process once used by integrated plants and phased out completely in 1991.

**The future metallics supply**
The growth in blast-furnace productivity and in the output of scrap-based EAFs has helped U.S. steelmakers to have a viable metallics supply in recent years. But several trends do not bode well for the future supply of metallics feedstocks for American mills:

1) Secular trends in U.S. steel demand and production have shifted from decline to renewed growth. Increasing quantities of both iron and scrap will be needed to support steelmaking over the long term.

2) Recent levels of U.S. coke and iron demand already have been taxing the limits of coke-oven and blast-furnace capacity.

3) U.S. coke ovens are of advancing age. Although steelmakers have invested considerably in extending their useful lives, the stricter environmental regulations will make the coke ovens' future operation increasingly difficult and higher in cost.

4) U.S. steelmakers are depending more on imports of coke and semifinished steel. This ultimately raises the costs of finished-steel output and undermines the U.S. iron and steel industry's long-term competitiveness. In the past, U.S. mills have imported coke and slabs mainly to alleviate temporary shortfalls in domestic coke, iron, and steel production.

5) Despite advances in scrap-based steelmaking and in the substitution of scrap for iron, electric-furnace melting alone is incapable of meeting U.S. steel demand. Minimills are limited by the availability and cost of high-quality, low-residual scrap and purchased electricity as well as by restrictions on the types and qualities of steel it can produce without access to virgin iron units at an economical cost.

For these reasons steelmakers are investigating new, direct methods of producing iron, both in solid form as a high-quality complement to scrap and in molten form as an alternative to iron from the blast furnace. However, at least for the next ten years, U.S. mills will implement such ironmaking alternatives on a relatively small scale in comparison to U.S. blast-furnace capacity.

**Saving 350 pounds of coke per ton of iron**
U.S. steelmakers currently are operating 40 blast furnaces with a combined annual ironmaking capacity of 61.2 million tons. In addition, three furnaces are designated as "standby" but are unlikely to operate again; these have a combined capacity rating of 2.7 million tons. This brings the total blast-furnace population to 43 units. (All tons in this article are net.)

U.S. steelmakers have eliminated 27 blast furnaces since mid-1990. In June 1990, there were 70 U.S. blast furnaces with a combined capacity of 75.3 million tons.

Most of the blast furnaces shut down in recent years were idled before shutdown. The number of idle furnaces has fallen from 35 in 1986 to three now. The active furnace population declined from 48 in 1986 to 40 in 1996; the total blast-furnace population declined from 83 to 43 during this period (see Table 2).

Despite the shutdown of 27 furnaces since June 1990, the ironmaking capacity of U.S. blast furnaces dropped during that period by just 11.4 million tons—half the capacity represented by the 27 abandoned furnaces. The difference was made up by major productivity gains at the blast furnaces that continue to operate.

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 88 of 250

While closing the least efficient furnaces, steelmakers now are concentrating ironmaking output at the fewer, more productive blast furnaces. The overall productivity of today's active furnaces is more than one-fourth higher than it was a decade ago. Daily output over the past decade has risen, on average, from 5.5 to nearly 7.0 tons per 100 cubic feet of working volume.

From 1975 to 1995, ironmaking coke needs were cut by more than one-fourth, saving some 350 pounds of coke per ton of iron. The quantity of coke required to smelt one ton of iron fell during this period from 1,222 pounds (0.611 ton) to 874 pounds (0.437 ton) (Table 3). Although the active blast-furnace population declined from 135 to 40 from 1975 to 1995, average yearly output per furnace increased from 590,000 to 1.4 million tons.

Much of the boost in productivity took place recently. It took some 150 pounds less coke to make a ton of iron in 1995 than it did in 1991.

One big reason for the higher productivity is that blast-furnace operators are injecting more supplemental fuels, primarily natural gas and pulverized coal. This not only has reduced coke consumption but also has increased iron output by making additional space available in the furnace to hold iron ore and other iron-bearing materials instead of the coke displaced. Steelmakers also are boosting iron output by:

- charging scrap metal, direct-reduced iron (DRI), and self-fluxing iron-ore pellets into the blast furnaces;
- optimizing such hot-blast conditions as temperature and contained oxygen; and
- using new repair and maintenance techniques, including refractory gunning and grouting, to reduce maintenance downtime and significantly extend furnace campaigns between major relines, obviating the need for standby capacity.

The combined result of these advances has been not only to sharply reduce the coke rate since 1991 but also to boost the aggregate capacity of today's 40 still-active furnaces by some 10 million annual tons.

**Leading blast furnaces**

Acme, AK, National, and U.S. Steel are among the leaders in boosting blast-furnace productivities. Acme's A blast furnace at South Chicago has raised its ironmaking capacity by one-third to a current level of 3,200 tons/day. Acme did this by injecting natural gas at a rate of 250 pounds/ton of iron, by using self-fluxing pellets, and by raising the hot-blast temperature some 100 degrees F to 1,910 degrees F. Acme uses the stoves and hot-blast system of the B furnace to enhance the hot blast on A; this is a primary reason Acme maintains B as standby capacity.

Acme operators eventually plan to raise throughput on the A furnace to more than 4,000 tons/day by injecting additional natural gas and adding scrap to

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 89 of 250

the furnace charge. The increased iron output realized to date has been accompanied by a decline in the coke rate from just above 0.500 to a low of 0.365 ton of coke input per ton of iron output.

AK Steel's two remaining blast furnaces, Amanda at Ashland, Ky., and No. 3 at Middletown, Ohio, also have made major productivity gains in the past few years. Employees at Amanda have increased the blast-furnace capacity by 49 percent by using pulverized-coal injection (PCI) at a rate of 200 pounds/ton of iron and by adding BOF slag and scrap to the iron-ore pellets charged.

Operators at the No. 3 furnace in Middletown have boosted capacity by 54 percent to a current level of 6,000 tons/day partly by injecting natural gas at a rate of 215 pounds/ton and using an enhanced burden that contains some 350 pounds/ton of hot-briquetted iron (HBI). The coke input rates have declined from 0.425 ton per ton of iron output at both blast furnaces a few years ago to 0.388 at Amanda in Ashland and 0.353 at No. 3 in Middletown.

A recent reline and upgrading of National's B furnace at Granite City, Ill., boosted its ironmaking capacity by 50 percent from 2,800 to 4,200 tons/day. Improvements included a new furnace top, a newly designed hearth, increased cooling and advanced process controls at the furnace, and a revamp of the stoves to raise the wind rate and hot-blast temperature.

U.S. Steel's four remaining blast furnaces at Gary, Ind., have raised their ironmaking throughput by an average of 30 percent while their combined input coke rate has fallen to 0.340 ton per ton of iron output. The productivity gains largely are due to the use of PCI in all four furnaces at injection rates that, averaged, currently lead the industry.

### PCI vs. natural gas

Although they have used supplemental fuel injection for decades, U.S. ironmakers in recent years have aggressively increased their injection rates of natural gas and, more recently, pulverized coal. All 40 active blast furnaces today inject either one or a combination of fuels, including natural gas, pulverized coal, oil, tar, and coke-oven gas. Twenty-five furnaces inject natural gas at rates of up to 250 pounds per ton of iron produced; 12 furnaces use PCI at rates of up to 375 pounds/ton.

The volume of natural gas consumed by U.S. blast furnaces has increased nearly 90 percent since 1990, from 56.7 million to 106.5 million cubic feet annually. The acceptance of natural gas stems from its ready availability, its relatively low price in recent years, and its adaptability to injection without major capital or startup costs. Assuming a starting coke input rate of 0.500 ton per ton of iron output (or 1,000 pounds/ton), natural-gas injection has been proven by some mills to be capable of displacing about 25 percent of coke requirements—and maybe more, depending on the outcome of current tests sponsored by the Gas Research Institute.

Case 1:08-cv-01360-ESH   Document 8-2   Filed 02/13/2007   Page 90 of 250

Although 250 pounds/ton is the highest natural-gas injection rate currently employed, the average rate is a much lower 125 pounds/ton. At most blast furnaces, injection is limited to between 100 and 200 pounds, because higher volumes unfavorably lower flame temperatures and furnace productivity.

Higher gas-injection rates require increased oxygen enrichment and higher hot-blast temperatures; this is not attainable at some blast furnaces because of limitations in oxygen processing and the capabilities of their hot-blast systems. In such cases, injecting more natural gas would require significant investments to upgrade stoves and other hot-blast components and to make more oxygen available.

Compared to natural gas, PCI has a much less significant impact on process temperatures and affords a greater opportunity for lowering the coke rate. Steel mills have proven that PCI can replace 40 percent of a 1,000-pound coke requirement and can use lower-cost, lower-grade coals in place of the high-grade metallurgical coal needed for cokemaking.

The disadvantage of PCI is that, unlike natural-gas injection, it requires an initial investment of $40-50 million, approximately two-thirds of which can be required for coal preparation. Some blast-furnace operators already injecting 150 pounds or more of natural gas consider this too high a price to pay for increasing injection rates an additional 200 pounds or so by switching to PCI. However, most operators recognize that a commitment to natural gas leaves them vulnerable to a repeat of past run-ups in gas prices.

A number of steel companies with PCI projects have benefited from creative arrangements to reduce or avoid the financial costs of coal preparation. PCI at Inland, for example, is supported by a coal-preparation facility jointly funded by Inland and Northern Indiana Public Service Company. National will obtain pulverized coal for its Ecorse, Mich., blast furnaces from Detroit Edison Company.

Likewise, U.S. Steel reduced its PCI investment at Fairfield, Ala., by obtaining injectable coal from a company-owned mine some five miles away; the coal is transported in specially designed hopper cars to ensure it remains dry. USS/Kobe's PCI unit uses coal pulverizers provided by Ohio Edison.

PCI was developed in the early 1960s by AK Steel's forerunner, Armco. The company first used the new technology commercially at the Ashland plant's now abandoned Bellefonte blast furnace in 1963—the same year Armco completed construction of the Amanda furnace there. Ten years later, Armco installed PCI at Amanda and used it intermittently at varying injection rates until establishing in recent years an average rate of 200 pounds/ton.

Twelve blast furnaces in the U.S. now are equipped for PCI (Table 4). Their injection rates range from 120 to 375 pounds/ton and average 254 pounds;

blast furnaces can inject as much as 400 pounds/ton, industry managers say. Raising PCI rates will help blast furnaces face future constraints on cokemaking capacity.

Next year Gulf States and National Steel at Ecorse plan to install PCI. LTV is considering using PCI at its Cleveland and Indiana Harbor, Ind., plants, although it has not yet made a final decision.

**Startups from 1909 to 1980**
In the past few years, steelmakers have made some of their largest productivity gains at some of the oldest blast furnaces. U.S. Steel's Gary No. 8 furnace was built in 1909; rebuilt in 1943; disabled in April 1995 by an explosion near the top of its stack; and returned to service in Aug. 1995 after repairs and an unscheduled reline. No. 8 now produces 40 percent more iron than it did a few years ago. Equipped to use PCI at a rate of some 235 pounds/ton, the No. 8 blast furnace has seen its coke rate decline to the 0.390 level, which makes it more efficient at using coke than some of its counterparts built 60-70 years later.

Roughly 75 percent of the active furnace population is under 30 years of age, and 25 percent over (see Table 1). Startup dates of current U.S. blast furnaces range from the first decade of the century to 1980.

Clearly, blast furnaces that have been rebuilt and retrofitted to take advantage of technological improvements over the years have proven capable of operating indefinitely, and doing so very effectively. As the furnace population has been rationalized and the least efficient units removed from service, age has become a less relevant indicator of useful furnace life. Rather, the most significant influence on future decisions to maintain or discontinue blast-furnace ironmaking will derive from environmental regulations that result in additional cuts in U.S. cokemaking capacity. ❑

*Father William Hogan of the Society of Jesus has been a leading authority on the steel industry for the past 45 years. His numerous books include* Productivity in the Blast Furnace, The Development of Heavy Industry in the Twentieth Century, Economic History of the Iron and Steel Industry in the United States *(a five-volume work), and, most recently,* Steel in the 21st Century: Competition Forges a New World Order *(1994). The International Iron and Steel Institute has named only two honorary members since its founding in 1967: Fr. Hogan and Herbert Gienow.*

*Frank Koelble has worked as a steel economist and consultant for the past 30 years. His books include* Purchased Ferrous Scrap, An Analysis of the U.S. Metallurgical Coke Industry, *and* Direct Reduction as an Ironmaking Alternative in the United States. *Hogan is director and Koelble associate director of the Industrial Economics Research Institute of Fordham University (Bronx, N.Y.).*

New Steel, November 1996: Fewer blast furnaces, but higher productivity          Page 8 of 11

- Select another article.
- Return to New Steel home page.

## The 43 blast furnaces in the U.S. today (table 1)

| Co. & capacity Capacity (mil. net tpy)[1] | Plant | Furnace | Dia.[2] | Coke rate[3] | Year[4] | (net tpd)[5] |
|---|---|---|---|---|---|---|
| Acme (1.17) | S. Chicago, Ill. | A | 25'0" | 0.365 | 1964R | 3,200 |
| | | B | 19'8" | - - | 1970R | (1,200) (S) |
| AK Steel (4.12) | Ashland, Ky. | Amanda | 33'5" | 0.388 | 1963B | 5,300 |
| | Middletown, Ohio | 3 | 29'4" | 0.353 | 1984R | 6,000 |
| Bethlehem (8.53) | Burns Harbor, Ind. | C | 38'3" | 0.359 | 1972B | 7,030 |
| | | D | 35'9" | 0.397 | 1969B | 6,590 |
| | Sparrows Pt., Md. | L | 44'3" | 0.430 | 1977B | 9,750 |
| Geneva (2.45) | Geneva, Utah | 1 | 26'6" | 0.448 | 1963R | 2,275 |
| | | 2 | 26'6" | 0.450 | 1963R | 2,250 |
| | | 3 | 26'6" | 0.455 | 1963R | 2,180 |
| Gulf States (1.08) | Gadsden, Ala. | 2 | 26'0" | 0.490 | 1966R | 2,965 |
| Inland (5.24) | E. Chicago, Ind. | 5 | 26'6" | 0.393 | 1974R | 2,500 |
| | | 6 | 26'6" | 0.448 | 1976R | 2,450 |
| | | 7 | 45'0" | 0.330 | 1980B | 9,400 |
| LTV (7.68) | Cleveland, Ohio | C1 | 27'6" | 0.413 | 1972R | 3,440 |
| | | C5 | 29'6" | 0.407 | 1990R | 4,150 |
| | | C6 | 29'6" | 0.412 | 1989R | 4,350 |
| | Ind. Harbor, Ind. | H3 | 29'6" | 0.400 | 1988R | 3,950 |
| | | H4 | 32'9" | 0.421 | 1987R | 5,150 |
| McLouth[6] (1.24) | Trenton, Mich. | 1 | 28'6" | - - | 1956B | (3,000)(S) |
| | | 2 | 28'6" | 0.475 | 1958B | 3,400 |
| National (6.46) | Ecorse, Mich. | A | 30'6" | 0.470 | 1954B | 3,450 |
| | | B | 29'0" | 0.463 | 1951B | 3,350 |
| | | D | 28'10" | 0.440 | 1952B | 2,800 |
| | Granite City, Ill. | A | 27'3" | 0.378 | 1956B | 3,900 |
| | | B | 27'3" | 0.380 | 1961B | 4,200 |
| Rouge (2.62) | Dearborn, Mich. | B | 20'0" | 0.375 | 1958R | 2,275 |
| | | C | 29'0" | 0.385 | 1959R | 4,900 |
| | Fairfield, Ala. | 8 | 32'0" | 0.420 | 1978B | 6,000 |
| | Gary, Ind. | 4 | 28'10" | 0.368 | 1950R | 3,700 |
| U.S. Steel (12.00) | | 6 | 28'0" | 0.388 | 1947R | 3,750 |
| | | 8 | 28'0" | 0.390 | 1943R | 3,800 |
| | | 13 | 36'6 | 0.290 | 1974R | 9,425 |
| | Mon Valley, Pa. | 1 | 28'10" | 0.448 | 1943R | 3,230 |
| | | 3 | 25'3" | 0.443 | 1930R | 2,975 |
| USS/Kobe (2.30) | Lorain, Ohio | 3 | 28'6" | 0.355 | 1959R | 3,600 |
| | | 4 | 29'0" | 0.453 | 1962R | 2,700 |
| WCI (1.50) | Warren, Ohio | 1 | 28'0" | 0.470 | 1980R | 4,100 |
| Weirton (2.54) | Weirton, W.V. | 1 | 27'0" | 0.403 | 1984R | 3,770 |
| | | 3 | 26'3" | 0.418 | 1983R | 3,200 |
| | | 4 | 27'0" | - - | 1977R | (3,100)(S) |

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 93 of 250

| Wheel.-Pitt. (2.30) | Steubenville, Ohio | 1N | 25'0" | 0.405 | 1991R | 2,900 |
| | | 5S | 23'10" | 0.430 | 1995R | 3,400 |

[1] Capacity of active blast furnaces, representing potential maximum productive capability.

[2] Hearth diameter of furnace.

[3] Coke rate at full ironmaking capacity is expressed as the net tons of coke input per net ton of iron output.

[4] Years are designated B for the year built and R for the year in which a major rebuild was last completed. Relinings are not considered rebuilds.

[5] ( ) indicates idle capacity; (S) indicates standby furnaces.

[6] Plant temporarily idled in March 1996; company has been sold to Hamlin Holdings Inc., with operations scheduled to restart in early 1997.

## Reducing the number of U.S. blast furnaces (Table 2)

| Date[1] | Active | Idle | Total |
|---------|--------|------|-------|
| 2/86 | 48 | 35 | 83 |
| 5/87 | 45 | 32 | 77 |
| 9/88 | 47 | 25 | 72 |
| 10/89 | 45 | 25 | 70 |
| 6/90 | 46 | 24 | 70 |
| 8/91 | 38 | 19 | 57 |
| 8/92 | 40 | 11 | 51 |
| 8/93 | 40 | 10 | 50 |
| 8/94 | 40 | 9 | 49 |
| 9/95 | 41 | 4 | 45 |
| 7/96 | 40 | 3 | 43 |

[1] Dates of surveys conducted by Industrial Economics Research Institute, Fordham University

## Lowering the coke rate (Table 3)
### (million of net tons)

| Year | U.S. blast-furnace production | Coke consumed | Coke rate[1] |
|------|------------------------------|---------------|--------------|
| 1975 | 79.9 | 48.8 | 0.611 |
| 1976 | 86.9 | 51.6 | 0.594 |
| 1977 | 81.3 | 48.5 | 0.597 |
| 1978 | 87.7 | 51.3 | 0.585 |
| 1979 | 87.0 | 50 .0 | 0.574 |
| 1980 | 68.7 | 39.1 | 0.569 |
| 1981 | 73.6 | 40.5 | 0.55 |
| 1982 | 43.3 | 23.3 | 0.538 |
| 1983 | 48.7 | 26.3 | 0.540 |
| 1984 | 51.9 | 27.4 | 0.528 |

| 1985 | 50.4 | 25.6 | 0.508 |
| 1986 | 44.0 | 22.3 | 0.507 |
| 1987 | 48.4 | 25.5 | 0.527 |
| 1988 | 55.7 | 29.4 | 0.528 |
| 1989 | 55.9 | 29.2 | 0.522 |
| 1990 | 54.8 | 27.5 | 0.502 |
| 1991 | 48.6 | 24.8 | 0.510 |
| 1992 | 52.2 | 25.0 | 0.479 |
| 1993 | 53.1 | 23.7 | 0.446 |
| 1994 | 54.4 | 24.2 | 0.445 |
| 1995 | 56.1 | 24.5 | 0.437 |

[1] Data are from American Iron and Steel Institute; coke rate indicates the tons of coke consumed per ton of blast-furnace iron produced.

## Pulverized-coal injection (Table 4)

| Company | Plant | Furnace | Year started up | Rate (lbs./ton)[1] |
|---|---|---|---|---|
| AK Steel | Ashland | Amanda | 1973 | 200 |
| Bethlehem | Burns Harbor[2] | C | 1994 | 180 |
| | | D | 1994 | 260 |
| Gulf States | Gadsden | 2 | 1997 | -- |
| Inland | E. Chicago | 5 | 1993 | 245 |
| | | 6 | 1993 | 120 |
| | | 7 | 1993 | 320 |
| National | Ecorse | A | 1997 | 350P |
| | | B | 1997 | 250P |
| | | D | 1997 | 250P |
| U.S. Steel | Fairfield2 | 8 | 1995 | 270 |
| | Gary | 4 | 1993 | 295 |
| | | 6 | 1993 | 235 |
| | | 8 | 1993 | 235 |
| | | 13 | 1993 | 375 |
| USS/Kobe | Lorain | 3 | 1994 | 315 |

1 Injection rate; P is projected; all others are average rates during 1995.
2 Plant based on granular-coal injection.

9

1262697.1

# Attachment 9
## *See How a Blast Furnace Works,* AISI



# steelworks

the online resource for steel

**American Iron and Steel Institute**

About AISI | Media Center | AISI Events | Learning Center | Shop AISI

>> Log in/Logout | New Guest? Start Here

**Advanced Search**

**Steel Markets**
- Automotive
- Construction
- Cans & Containers
- Other Markets

**Steel Industry**
- Statistics
- Public Policy
- Manufacturing
- Environment

**Consumer Resources**
- Steel in Your Life
- Steel Recycling
- Steel Q&A

**Members Only**

Home    Steelworks Home

## HOW A BLAST FURNACE WORKS

The purpose of a blast furnace is to chemically reduce and physically convert iron oxides into liquid iron called "hot metal". The blast furnace is a huge, steel stack lined with refractory brick, where iron ore, coke and limestone are dumped into the top, and preheated air is blown into the bottom. The raw materials require 6 to 8 hours to descend to the bottom of the furnace where they become the final product of liquid slag and liquid iron. These liquid products are drained from the furnace at regular intervals. The hot air that was blown into the bottom of the furnace ascends to the top in 6 to 8 seconds after going through numerous chemical reactions. Once a blast furnace is started it will continuously run for four to ten years with only short stops to perform planned maintenance.



**Blast Furnace**
Produces molten pig iron from iron ore.

**The Process**

# the process





Iron oxides can come to the blast furnace plant in the form of raw ore, pellets or sinter. The raw ore is removed from the earth and sized into pieces that range from 0.5 to 1.5 inches. This ore is either Hematite ($Fe_2O_3$) or Magnetite

($Fe_3O_4$) and the iron ore content ranges from 50% to 70%. This iron rich ore can be charged directly into a blast furnace without any further processing. Iron ore that contains a lower iron content must be processed or beneficiated to increase its iron content. Pellets are produced from this lower iron content ore. This ore is crushed and ground into a powder so the waste material called gangue can be removed. The remaining iron-rich powder is rolled into balls and fired in a furnace to produce strong, marble-sized pellets that contain 60% to 65% iron. Sinter is produced from fine raw ore, small coke, sand-sized limestone and numerous other steel plant waste materials that contain some iron. These fine materials are proportioned to obtain a desired product chemistry then mixed together. This raw material mix is then placed on a sintering strand, which is similar to a steel conveyor belt, where it is ignited by gas fired furnace and fused by the heat from the coke fines into larger size pieces that are from 0.5 to 2.0 inches. The iron ore, pellets and sinter then become the liquid iron produced in the blast furnace with any of their remaining impurities going to the liquid slag.

The coke is produced from a mixture of coals. The coal is crushed and ground into a powder and then charged into an oven. As the oven is heated the coal is cooked so most of the volatile matter such as oil and tar are removed. The cooked coal, called coke, is removed from the oven after 18 to 24 hours of reaction time. The coke is cooled and screened into pieces ranging from one inch to four inches. The coke contains 90 to 93% carbon, some ash and sulfur but compared to raw coal is very strong. The strong pieces of coke with a high energy value provide permeability, heat and gases which are required to reduce and melt the iron ore, pellets and sinter.

The final raw material in the ironmaking process in limestone. The limestone is removed from the earth by blasting with explosives. It is then crushed and screened to a size that ranges from 0.5 inch to 1.5 inch to become blast furnace flux . This flux can be pure high calcium limestone, dolomitic limestone containing magnesia or a blend of the two types of limestone.

Since the limestone is melted to become the slag which removes sulfur and other impurities, the blast furnace operator may blend the different stones to produce the desired slag chemistry and create optimum slag properties such as low melting point and a high fluidity.

All of the raw materials are stored in an ore field and transferred to the stockhouse before charging. Once these materials are charged into the furnace top, they go through numerous chemical and physical reactions while descending to the bottom of the furnace.

The iron ore, pellets and sinter are reduced which simply means the oxygen in the iron oxides is removed by a series of chemical reactions. These reactions occur as follows:

1) $3 Fe_2O_3 + CO = CO_2 + 2 Fe_3O_4$          Begins at 850° F

2) $Fe_3O_4 + CO = CO_2 + 3 FeO$          Begins at 1100° F

3) $FeO + CO = CO_2 + Fe$          Begins at 1300° F
   or
   $FeO + C = CO + Fe$

At the same time the iron oxides are going through these purifying reactions, they are also beginning to soften then melt and finally trickle as liquid iron through the coke to the bottom of the furnace.

The coke descends to the bottom of the furnace to the level where the preheated air or hot blast enters the blast furnace. The coke is ignited by this hot blast and immediately reacts to generate heat as follows:

$C + O_2 = CO_2 + Heat$

Since the reaction takes place in the presence of excess carbon at a high temperature the carbon dioxide is reduced to carbon monoxide as follows:

$$CO_2 + C = 2CO$$

The product of this reaction, carbon monoxide, is necessary to reduce the iron ore as seen in the previous iron oxide reactions.

The limestone descends in the blast furnace and remains a solid while going through its first reaction as follows:

$$CaCO_3 = CaO + CO_2$$

This reaction requires energy and starts at about 1600°F. The CaO formed from this reaction is used to remove sulfur from the iron which is necessary before the hot metal becomes steel. This sulfur removing reaction is:

$$FeS + CaO + C = CaS + FeO + CO$$

The CaS becomes part of the slag. The slag is also formed from any remaining Silica ($SiO_2$), Alumina ($Al_2O_3$), Magnesia (MgO) or Calcia (CaO) that entered with the iron ore, pellets, sinter or coke. The liquid slag then trickles through the coke bed to the bottom of the furnace where it floats on top of the liquid iron since it is less dense.

Another product of the ironmaking process, in addition to molten iron and slag, is hot dirty gases. These gases exit the top of the blast furnace and proceed through gas cleaning equipment where particulate matter is removed from the gas and the gas is cooled. This gas has a considerable energy value so it is burned as a fuel in the "hot blast stoves" which are used to preheat the air entering the blast furnace to become "hot blast". Any of the gas not burned in the stoves is sent to the boiler house and is used to generate steam which turns a turbo blower that generates the compressed air known as "cold blast" that comes to the stoves.

In summary, the blast furnace is a counter-current realtor where solids descend and gases ascend. In this reactor there are numerous chemical and physical reactions that produce the desired final product which is hot metal. A typical hot metal chemistry follows:

| | |
|---|---|
| Iron (Fe) | = 93.5 - 95.0% |
| Silicon (Si) | = 0.30 - 0.90% |
| Sulfur (S) | = 0.025 - 0.050% |
| Manganese (Mn) | = 0.55 - 0.75% |
| Phosphorus (P) | = 0.03 - 0.09% |
| Titanium (Ti) | = 0.02 - 0.06% |
| Carbon (C) | = 4.1 - 4.4% |

**The Blast Furnace Plant**

# the blast furnace plant



Now that we have completed a description of the ironmaking process, let's review the physical equipment comprising the blast furnace plant.

There is an ore storage yard that can also be an ore dock where boats and barges are unloaded. The raw materials stored in the ore yard are raw ore, several types of pellets, sinter, limestone or flux blend and possibly coke. These materials are transferred to the "stockhouse/hiline" (17) complex by ore bridges equipped with grab buckets or by conveyor belts. Materials can also be brought to the stockhouse/hiline in rail hoppers or transferred from ore bridges to self-propelled rail cars called "ore transfer cars". Each type of ore, pellet, sinter, coke and limestone is dumped into separate "storage bins" (18). The various raw materials are weighed according to a certain recipe designed to yield the desired hot metal and slag chemistry. This material weighing is done under the storage bins by a rail mounted scale car or computer controlled weigh hoppers that feed a conveyor belt. The weighed materials are then dumped into a "skip" car (19) which rides on rails up the "inclined skip bridge" to the "receiving hopper" (6) at the top of the furnace. The cables lifting the skip cars are powered from large winches located in the "hoist house" (20). Some modern blast furnace accomplish the same job with an automated conveyor stretching from the stockhouse to the furnace top.

At the top of the furnace the materials are held until a "charge" usually consisting of some type of metallic (ore, pellets or

sinter), coke and flux (limestone) have accumulated. The precise filling order is developed by the blast furnace operators to carefully control gas flow and chemical reactions inside the furnace. The materials are charged into the blast furnace through two stages of conical "bells" (5) which seal in the gases and distribute the raw materials evenly around the circumference of the furnace "throat". Some modern furnaces do not have bells but instead have 2 or 3 airlock type hoppers that discharge raw materials onto a rotating chute which can change angles allowing more flexibility in precise material placement inside the furnace.

Also at the top of the blast furnace are four "uptakes" (10) where the hot, dirty gas exits the furnace dome. The gas flows up to where two uptakes merge into an "offtake" (9). The two offtakes then merge into the "downcomer" (7). At the extreme top of the uptakes there are "bleeder valves" (8) which may release gas and protect the top of the furnace from sudden gas pressure surges. The gas descends in the downcomer to the "dustcatcher", where coarse particles settle out, accumulate and are dumped into a railroad car or truck for disposal. The gas then flows through a "Venturi Scrubber" (4) which removes the finer particles and finally into a "gas cooler" (2) where water sprays reduce the temperature of the hot but clean gas. Some modern furnaces are equipped with a combined scrubber and cooling unit. The cleaned and cooled gas is now ready for burning.

The clean gas pipeline is directed to the hot blast "stove" (12). There are usually 3 or 4 cylindrical shaped stoves in a line adjacent to the blast furnace. The gas is burned in the bottom of a stove and the heat rises and transfers to refractory brick inside the stove. The products of combustion flow through passages in these bricks, out of the stove into a high "stack" (11) which is shared by all of the stoves.

Large volumes of air, from 80,000 ft³/min to 230,000 ft³/min, are generated from a turbo blower and flow through the "cold blast main" (14) up to the stoves. This cold blast then enters the stove that has been previously heated and the heat stored in the refractory brick inside the stove is transferred to the "cold blast" to form "hot blast". The hot blast temperature can be from 1600°F to 2300°F depending on the stove design and condition. This heated air then exits the stove into the "hot blast main" (13) which runs up to the furnace. There is a "mixer line" (15) connecting the cold blast main to the hot blast main that is equipped with a valve used to control the blast temperature and keep it constant. The hot blast main enters into a doughnut shaped pipe that encircles the furnace, called the "bustle pipe" (13). From the bustle pipe, the hot blast is directed into the furnace through nozzles called "tuyeres" (30) (pronounced "twears"). These tuyeres are equally spaced around the circumference of the furnace. There may be fourteen tuyeres on a small blast furnace and forty tuyeres on a large blast furnace. These tuyeres are made of copper and are water cooled since the temperature directly in front of the them may be 3600°F to 4200°F. Oil, tar, natural gas, powdered coal and oxygen can also be injected into the furnace at tuyere level to combine with the coke to release additional energy which is necessary to increase productivity. The molten iron and slag drip past the tuyeres on the way to the furnace hearth which starts immediately below tuyere level.

Around the bottom half of the blast furnace the "casthouse" (1) encloses the bustle pipe, tuyeres and the equipment for "casting" the liquid iron and slag. The opening in the furnace hearth for casting or draining the furnace is called the "iron notch" (22). A large drill mounted on a pivoting base called the "taphole drill" (23) swings up to the iron notch and drills a hole through the refractory clay plug into the liquid iron. Another opening on the furnace called the "cinder notch" (21) is used to draw off slag or iron in emergency situations. Once the taphole is drilled open, liquid iron and slag flow down a deep trench called a "trough" (28). Set across and into the trough is a block of refractory, called a "skimmer", which has a small opening underneath it. The hot metal flows through this skimmer opening, over the "iron dam" and down the "iron runners" (27). Since the slag is less dense than iron, it floats on top of the iron, down the trough, hits the skimmer and is diverted into the "slag runners" (24). The liquid slag flows into "slag pots" (25) or into slag pits (not shown) and the liquid iron flows into refractory lined "ladles" (26), known as torpedo cars or sub cars due to their shape. When the liquids in the furnace are drained down to taphole level, some of the blast from the tuyeres causes the taphole to spit. This signals the end of the cast, so the "mudgun" (20) is swung into the iron notch. The mudgun cylinder, which was previously filled with refractory clay, is actuated and the cylinder ram pushes clay into the iron notch stopping the flow of liquids. When the cast is complete, the iron ladles are taken to the steel shops for processing into steel and the slag is taken to the slag dump where it is processed into roadfill or railroad ballast. The casthouse is then cleaned and readied for the next cast which may occur in 45 minutes to 2 hours. Modern, larger blast furnaces may have as many as four tapholes and two casthouses. It is important to cast the furnace at the same rate that raw materials are charged and iron/slag produced so liquid levels can be maintained in the hearth and below the tuyeres. Liquid levels above the tuyeres can burn the tuyeres and damage the furnace lining.

**CONCLUSION**

The blast furnace is the first step in producing steel from iron oxides. The first blast furnaces appeared in the 14th Century and produced one ton per day. Blast furnace equipment is in continuous evolution and modern, giant furnaces produce 13,000 tons per day. Even though equipment is improved and higher production rates can be achieved, the processes inside the blast furnace remain the same. Blast furnaces will survive into the next millenium because the larger, efficient furnaces can produce hot metal at costs competitive with other iron making technologies.

**NOTE:**

This article was prepared by John A. Ricketts, Ispat Inland, Inc. The illustrations "the process" and "the blast furnace plant" are provided courtesy of ATSI Engineering Services from their publication "An Introduction to Blast Furnace Technology".

About | Search | Site Map | Contact | Shop | Privacy Policy
Copyright 2005, American Iron and Steel Institute



The New Steel

10

**Attachment 10**
*Ironmaking Process Alternative Screening Study --*
*Volume I, Summary Report*, Lockwood Greene study for
the Department of Energy (Oct. 2000)



# Ironmaking Process Alternatives Screening Study

## *Volume I:  Summary Report*



October 2000

LG Job No. 010529.01

**LOCKWOOD GREENE**

**LOCKWOOD GREENE**

# Section 1:  Executive Summary

## 1-1:        General Discussion

Iron in the United States is largely produced from iron ore mined in the United States or imported from Canada or South America.  The iron ore is typically smelted in Blast Furnaces that use primarily iron ore, iron concentrate pellets metallurgical coke, limestone and lime as the raw materials.   Under current operating scenarios, the iron produced from these Blast Furnaces is relatively inexpensive as compared to current alternative iron sources, e.g. direct iron reduction, imported pig iron, etc.

The primary problem the Blast Furnace Ironmaking approach is that many of these Blast furnaces are relatively small, as compared to the newer, larger Blast Furnaces; thus are relatively costly and inefficient to operate.    An additional problem is also that supplies of high-grade metallurgical grade coke are becoming increasingly in short supply and costs are also increasing. In part this is due to the short supply and costs of high-grade metallurgical coals, but also this is due to the increasing necessity for environmental controls for coke production.

After year 2003 new regulations for coke product environmental requirement will likely be promulgated.   It is likely that this also will either increase the cost of high-quality coke production or will reduce the available domestic U.S. supply.   Therefore, iron production in the United States utilizing the current, predominant Blast Furnace process will be more costly and would likely be curtailed due to a coke shortage.

Therefore, there is a significant need to develop or extend the economic viability of Alternate Ironmaking Processes to at least partially replace current and declining blast furnace iron sources and to provide incentives for new capacity expansion.

11

1262697.1

**Attachment 11**

***ISG To Repair, Restart Second Blast Furnace at Weirton Unit,*** **American Metal Market (July 12, 2004)**



**AMERICAN METAL MARKET**

\*

# ISG to repair, restart second blast furnace at Weirton unit

By John E. Sacco

*Jul-12-2004 1:26AM*

PITTSBURGH -- Responding to increased demand, International Steel Group Inc. (ISG) will repair and restart a second blast furnace at its recently acquired plant in Weirton, W.Va., resulting in about 50 employees being called back to work.

ISG plans to invest about $2.5 million in repairs to ISG Weirton's No. 4 blast furnace and upgrades to the plant's continuous slab caster. The furnace is expected to resume operation by the end of the month, boosting iron production by about 2,200 tons per day.

ISG said Friday that after the recall it would have 1,900 workers at the former Weirton Steel Corp. complex. The Cleveland-based company said it planned to ultimately employ 2,100 of the 3,000 people who worked at Weirton Steel before ISG bought the company in May for $253 million (AMM, May 20).

"This is positive news for the employees, the company and the community," said Mark Glyptis, president of the Independent Steelworkers Union. "ISG said it was going to invest in the facility and we're very pleased that they are keeping their word."

Meanwhile, ISG said its Richfield, Ohio,-based Riverdale Inc. subsidiary restarted operations July 2, ahead of schedule, and was returning to normal operations. The company said June 25 that a failure of a portion of the base of the cooling tower section of its basic oxygen furnace off-gas cooling system caused an unscheduled outage at Riverdale.

A new cooling tower, currently under construction, is expected to be in place later this month without further operational interruption.

The company has reallocated orders to other divisions to minimize the impact on customers. It previously said the outage would not have a significant impact on second-quarter financial results.

Riverdale produces mid-carbon, high-carbon and alloy hot-rolled sheet.

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.
AMM Events

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.
AMM Events

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.
AMM Research

**International Scrap Directory**
Discover hundreds of new leads in the global scrap market.
MB Directory

**MB International Aluminum**
The must-attend global aluminum event.
MB Events

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

12

1262697.1

**Attachment 12**

*Mittal Steel USA Works to Restore Furnace at Sparrows Point,* PRNewswire (July 14, 2006)



Get Quote:                    Find symbol        Search:

Advanced s

**NEWS & COMMENTARY**  |  **MARKETS**  |  **MUTUAL FUNDS & ETFS**  |  **PERSONAL FINANCE**  |  **TOOLS & RESEAR(**

+ **MY STORIES(0)**

# Mittal Steel USA Works to Restore Furnace at Sparrows Point

*Last Update: 12:18 PM ET Jul 14, 2006*

CHICAGO, July 14, 2006 /PRNewswire-FirstCall via COMTEX/ -- Efforts to restore ironmaking capability at the L Blast Furnace at Mittal Steel USA's Sparrows Point, Md. facility are progressing toward an expected return to full operations before the end of July.

The furnace, which is the second-largest in North America, has faced severe production issues since losing power for several hours when lightning struck an electrical substation during a storm on June 23.

"We have had a recovery team working around the clock to minimize the outage, and we are now confident that we will be back to essentially full operation by July 21," said Bill Brake, executive vice president, operations, Mittal Steel USA.

"Returning such a large furnace to full capability after an extended power failure is a highly complex, demanding process," he said. "We are working closely with customers to make sure that we respond to their needs as we begin filling orders again and that we compensate as much as possible for the production shortfalls related to this incident."

The June 23 electrical failure resulted in an emergency shutdown of the furnace, which in turn caused the furnace to cool and created problems with the distribution of materials within the furnace. On June 24, this resulted in a breakout of hot metal from one of the tuyeres (hot blast nozzles), which required extensive cleanup and careful recommissioning of the furnace. No one was injured as a result of the incident.

L Blast Furnace is capable of producing about 270,000 tons of iron monthly and is expected to lose approximately 250,000 tons of ironmaking as a result of the incident.

The company expects the financial damage and losses associated with the disruption to be covered by insurance.

Downstream operations at the plant also were affected by the lack of primary production during this outage. As a result, about 150 of the plant's 3,000 employees have rescheduled vacations or taken voluntary layoffs for the brief period these operations are expected to be idled.

About Mittal Steel USA

Mittal Steel USA, with its affiliates, is the largest steel producer in North America and the largest integrated steel producer in the United States. It serves a broad U.S. manufacturing base. The company was formed in April 2005 and consists of the former Ispat Inland Inc. and the former International Steel Group. It has operations in 12 states of the United States.

About Mittal Steel

Mittal Steel Company (MT ) is the world's largest and most global steel company. The company has operations in 16 countries, on four continents. Mittal Steel encompasses all aspects of modern steelmaking, to produce a comprehensive portfolio of both flat and long steel products to meet a wide range of customer needs. It serves all the major steel consuming sectors, including automotive, appliance, machinery and construction.

For 2005, Mittal Steel had revenues of US $28.1 billion and steel shipments of 49.2 million tons. The company trades on the New York Stock Exchange and the Euronext Amsterdam under the ticker symbol "MT."

13

1262697.1

**Attachment 13**
***Ispat Inland Accelerates Maintenance Outages,* Ispat
Inland Press Release (March 7, 2005)**



7 March 2005

# Ispat Inland accelerates maintenance outages

Ispat Inland Inc. is moving up maintenance outages for two key facilities at its Indiana Harbor Works in East Chicago.

No. 6 blast furnace, which typically produces iron at the rate of 2,500 tons a day, has been "blown down" and cooled so that the furnace can be gunned with additional refractory material to extend the life of its refractory lining.

The company continues to operate the like-sized No. 5 blast furnace and the 11,000-ton-a-day No. 7 blast furnace during the outage.

Beginning this week, Ispat Inland also will accelerate planned maintenance that was scheduled for later this year at the 80-inch hot strip mill through a series of staged shutdowns. This will temporarily reduce production capability, but will prepare the line for greater production later in the year when demand is expected to be stronger.

"While the economy remains strong, there is currently excess inventory in the system," said Michael G. Rippey, executive vice president, commercial, and chief financial officer.

"Considering both current demand and likely demand later in the year, we decided it was better to do this work now," he said.

## About Ispat Inland Inc.

Ispat Inland Inc. is a subsidiary of Mittal Steel Company N.V., the world's most global steel company. Formed from the combination of Ispat International N.V. and LNM Holdings N.V., Mittal Steel has steelmaking operations in 14 countries, on four continents. For the 12 months that ended Dec. 31, 2004, Mittal Steel had revenues of approximately $22 billion and steel shipments of 42 million tons. Mittal Steel encompasses all aspects of modern steelmaking to produce a comprehensive portfolio of both flat and long steel products to meet a wide range of customer needs. It serves all the major steel-consuming sectors, including the automotive, appliance, machinery and construction sectors.

**Source:** Press Release

14

1262697.1

**Attachment 14**
***Weirton Workers Buyout*** **from Online NewsHour,**
**September 23, 1983;**
**http://www.pbs.org/newshour/bb/business/july-**
**dec83/steel_9-23-83.html**





a Newshour with Jim Lehrer Transcript

ONLINE FOCUS

# WEIRTON WORKERS BUYOUT

September 23, 1983



Workers in Weirton, W.Va., are weighing whether to buy one of the country's largest steel plants, the state's largest private employer, National Steel.

Click here to listen to this segment in RealAudio

**NewsHour Links**

*Online Special:*
The NewsHour's
30th Anniversary

*Oct. 20, 2000:*
MacNeil and
Lehrer mark the
program's 25th
anniversary.

*Oct. 20, 1995:*
Robert MacNeil
leaves the
NewsHour

*Factsheet:*
The History of the
NewsHour

JIM LEHRER: There was another election today, in Weirton, W.Va., one that also involved steelworkers. They're the 8,000 employees at the large Weirton steel plant now owned by National Steel, or as it's presently called, the National Intergroup Corporation.

National has offered to sell the plant to the workers, which would make it the largest worker-owned company in the nation. Deciding yes or no was what the workers were voting on today. Charlayne Hunter-Gault was in Weirton earlier this week, and here is her report.

## The employee takeover plan

CHARLAYNE HUNTER-GAULT: A positive vote would make Weirton Steel one of the country's 10 largest steel companies. The Weirton works today employs more than 7,000 workers; another 2,500 are on the recall list. The plant



is West Virginia's largest private employer, its largest user of electric power, and the overwhelming presence in this company town of 26,000 people. Downtown Weirton is just a thin strip of shops, churches and community buildings along the rim of the plant. A mill closing would probably end just about everything in this valley.

Everyone here agrees that the employee takeover plan is going to be approved by the majority of the union

membership. What's not clear is whether the workers can make a go of it once the plant belongs to them.

The key feature of the deal is a 32% cut in labor costs. In exchange, the workers become stockholders who share in any future profits. The concessions would topple Weirton workers from their position as the highest-paid steelworkers in the country. Weirton workers have always belonged to their own independent union, unaffiliated with the United Steelworkers. The union president is Walter Bish.

Was it, in effect, this plan or nothing?

 WALTER BISH, union president: Well, National more or less gave us an alternative on March the 2nd, back in 1982, either to -- they would probably take us down to a finishing mill employing approximately 1,200 to 1,500 people, or we could check into what is known as an ESOP, an employee stock ownership plan. Of course we have done that. We have checked into it and we think that it's something that will work for the people here in Weirton.

CHARLAYNE HUNTER-GAULT: Well, why is it that you think the employees can make it work when National Steel couldn't make it work?

WALTER BISH: Well, under an ESOP there are several tax advantage, tax shelters an employee-owned company can get. Also there are the concessions, the concessions that the employees would be willing to give to a corporation that they would own, as opposed to giving concessions back to a corporation where the profits go out to shareholders and stockholders other than the employees.

## Prospects for success

CHARLAYNE HUNTER-GAULT: Since National Steel first suggested the idea of employee ownership 18 months ago, the Weirton community has mobilized itself to buy the plant. There 

have been telethons, bake sales and parades to raise more than $2 million to pay for feasibility studies, corporate lawyers and investment bankers. This week I talked with a group of workers who support the purchase plan.

You feel pretty excited about taking it over?

FIRST STEEL WORKER: I think it's the chance of a lifetime for us. We're going to be owners and we have profit sharing coming back. We'll have stock. One of the biggest things that I like about it too is we're used to National dictating to us what we can and can't do. We want to put capital improvements here, a coke plant, strip steel -- whatever -- we have to get their approval. Now on our own we can do that and do what we want to do.



SECOND STEEL WORKER: I think it's exciting, but if I had a choice, I wish nothing would have happened at all, you know. I mean, this may be the better deal in the long run, but it's still a little risky.

CHARLAYNE HUNTER-GAULT: Can an employee-owned Weirton Steel make a go of it? Experts disagree. I first talked with steel analyst Charles Bradford of Merrill Lynch.

Mr. Bradford, as a Wall Street analyst, what chances do you think the Weirton employee-ownership plan has of succeeding?

CHARLES BRADFORD, Merrill Lynch: Over the near term they should do quite well. We're looking for a pretty substantial pickup in the steel business over the next two, maybe three or four years before we have another recession. And they should be quite competitive compared to other domestic steelworkers because of the wage reduction.

CHARLAYNE HUNTER-GAULT: You said "in the near term."

CHARLES BRADFORD: Well, long-term there are



some problems. Weirton needs to spend hundreds of millions of dollars on modernization, and can an employee-owned company raise that kind of money, is the big question. Will banks, insurance companies or whatever be willing to lend to a company where you don't have a long-term record of its financial expertise and profitability?

CHARLAYNE HUNTER-GAULT: What would be your best guess?

CHARLES BRADFORD: It's going to be difficult.

CHARLAYNE HUNTER-GAULT: Mr. Rosen, do you think the Weirton employee-ownership plan is a good one?

 COREY ROSEN, executive director, National Center for Employee Ownership: I do. I think it's well thought out and provides for a good role for the employees and the company, and I think the company has good prospects for success.

CHARLAYNE HUNTER-GAULT: So the prognosis is good?

COREY ROSEN: I think so, and history is on their side. There have been about 65 employee buyouts since 1971. Weirton is the largest, but 90% of those have succeeded, which is a remarkable track record.

CHARLAYNE HUNTER-GAULT: The new company is going to have to come up with about $1 billion for modernizing the plant. Is that going to be a problem?

COREY ROSEN: They got a very good financial deal from National Steel, and if they are reasonably profitable, I can't see any difficulty in their raising that money. Banks and other sources of commercial private capital have been  much more willing to make assistance available to

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 122 of 250

employee ownership companies in the last few years, largely because studies have consistently shown now that these companies are substantially more profitable, productive and job-creating than comparable conventional companies.

## Will outdated technology hurt the plant?

CHARLAYNE HUNTER-GAULT: Joel Hirschorn studies the steel industry for the Congressional Office of Technology Assessment.

Mr. Hirschorn, from your perspective, what shape is the Weirton plant in today?



JOEL HIRSCHORN, Congressional Office of Technology Assessment: Well, the longer term prospects for plants like Weirton are really not quite positive because the technology that they're using is really very old technology. People don't seem to understand that the technology to make iron and make steel is changing, very rapidly, actually. And, for example, the Weirton plant is based on three blast furnaces to make two million tons of steel a year. A new steel industry plant could make four to five times that amount of steel in one blast furnace. Technologically, the plant is one of the better older integrated plants in the country, but it still will have a tough time competing in the world steel market.



CHARLAYNE HUNTER-GAULT: The voter turnout was heavy in Weirton today. Most of the 8,000 eligible steelworkers already had voted by early this evening. The final results won't be known until late tonight.

The vote, however, won't settle all the outstanding issues. Lawsuits have been filed by several hundred older workers who claim their pension benefits have been unfairly reduced as a result of the buyout plan. They say National Steel is violating a provision of its current contract with the union that calls for $400 a month in supplemental benefits to be paid workers should the plant shut down. National argues that they

are not shutting the plant down, but merely
transferring ownership. Therefore, the workers are not
entitled to the additional benefit. The workers will not
be able to assume ownership of the plant until the
lawsuits are settled, and nobody is quite sure just
when that will be.

REGIONS  |  TOPICS  |  RECENT PROGRAMS  |  ABOUT US  |  FEEDBACK  |  SUBSCRIPTIONS / FEEDS:      Search

Funded, in part, by                                      

Support the kind of journalism done by the NewsHour...Become a member of your local PBS station.

PBS Online Privacy Policy

Copyright ©1996-2006 MacNeil/Lehrer Productions. All Rights Reserved.

15

1262697.1

**Attachment 15**
*High Production Costs Hamper AK Steel's Middletown Works,* Steel Business Briefing (Aug. 10, 2006)

**High production costs hamper AK Steel's Middletown works**

**Thursday, 10 August 2006**

AK Steel, trying to lower its labour costs, is pointing to a year-old analyst's report that says slab-making costs at its flagship Middletown, Ohio works are nearly the highest on the globe, **Steel Business Briefing** has learned.

In a communiqué sent out earlier this week, AK says a report authored by World Steel Dynamics' Peter Marcus rates Middletown 147th out of 151 slab mills in terms of cost per ton of slab. The steelmaker is attempting to illustrate that its labour costs have to come down in order for the plant to be competitive, not only in North America but throughout the globe.

An AK spokesman tells SBB, however, "We're not saying all of that is employment" costs. He declined to discuss what the works' per-ton slab production costs are.

Steel industry analyst Charles Bradford says AK likely has a cost disadvantage on iron ore alone of about $30/short ton. He says the steelmaker also probably has a cost penalty on coal, too. "Even if they could get competitive raw materials, they would have a freight penalty," he adds. But Bradford notes that care has to be taken in such an analysis because there is a cost difference to produce commodity hot-rolled coil versus an interstitial-free HR coil.

In addition to AK, other North American steelmakers at the bottom of the Marcus list include Mittal Steel USA's Weirton, West Virginia works, which has since shut its hot end, as the world's most costly slab producer. Severstal North America's River Rouge works was found to be the next highest cost producer in the June 2005 report.

16

1262697.1

# Attachment 16
### *Dofasco Seals $251m Purchase of Canadian Iron Ore Miner QCM,* American Metal Market (July 26, 2005)

**Look**Smart

FindArticles > American Metal Market > July 26, 2005 > Article > Print friendly

**Dofasco seals $251m purchase of Canadian iron ore miner QCM**

Maria Guzzo

PITTSBURGH -- Dofasco Inc., Hamilton, Ontario, has completed the acquisition of Quebec Cartier Mining Co. (QCM) following regulatory approval.

QCM mines iron ore in Quebec, with executive offices in Montreal. The planned purchase was announced June 9.

Dofasco acquired the company, from which it buys much of its iron ore for its steelmaking operations, by purchasing all of the preferred shares of QCM owned by Brazil's Caemi Mineracao e Metalurgia SA and Investissement Quebec for Canadian $306 million ($251 million). Dofasco already owned one third of the preferred shares.

Effective July 22, all of the outstanding preferred shares of QCM have been converted into common shares, resulting in Dofasco holding approximately 98.7 percent of the common shares.

"The completion of this acquisition will provide significant value for Dofasco shareholders," Don Pether, Dofasco's president and chief executive officer, said. "Dofasco continues to work toward its goal of monetizing the value of QCM through an offering of QCM securities in the public markets."

Dofasco makes hot-rolled, cold-rolled, galvanized, tin-plate flat-rolled steels and tubular and other products for the automotive, construction, energy, manufacturing, pipe and tube, appliance, packaging and steel distribution industries.

Maria Guzzo

mguzzo@amm.com

COPYRIGHT 2005 American Metal Market LLC is a division of Metal Bulletin plc.
COPYRIGHT 2005 Gale Group

17

1262697.1

**Attachment 17**
*Force Majeure Clobbers Coke-Short Steelmakerrs:*
*Weirton Eyes Option, Blast Furnace Closure,* **American**
**Metal Market (Jan. 9, 2004)**

# LookSmart

**Force majeure clobbers coke-short steelmakers: Weirton eyes options, blast furnace closure**

Scott Robertson

PITTSBURGH -- Weirton Steel Corp., Weirton, W.Va., is reviewing its options--including curtailing some operations--in the face of raw materials supply problems

The company, which filed for Chapter 11 bankruptcy protection May 19, is facing a coke shortage due largely to a recent fire at the Pinnacle coal mine in West Virginia. The fire touched off a string of events that leaves Weirton Steel short on coke and considering reducing production on and potentially shutting down one of its two blast furnaces. The company also is considering a number of other options, sources said, including curtailing or halting production of galvanized sheet steel.

A Weirton spokesman told AMM Thursday that no decisions had been made, but given the raw materials shortage and the company's financial constraints, various options were being considered.

A spokesman for the Independent Steelworkers Union (ISU), which represents about 3,000 of Weirton Steel's 3,200 employees, said the union was monitoring the situation. "We know the company is having a number of problems and we are trying to work with them," the union spokesman said Thursday. "That's all we have to say today."

The current coke problems spring from the fire at the Pinnacle Mine operated by PinnOak Resources LLC. The mine declared force majeure on coking coal supplies to U.S. Steel Corp., Pittsburgh, saying it could not provide coal as required under its contract with U.S. Steel as a result of the fire.

In turn, U.S. Steel declared force majeure on coke supplies to its contract customers, including Weirton Steel, saying it had been forced to reduce coke production at its Clairton (Pa.) Works and it couldn't guarantee the supply of coke to its customers.

Weirton's situation is further hampered by the financial constraints of its bankruptcy. One source told AMM that the company couldn't afford to buy coke even if ample supplies were available, leading to speculation that a blast furnace will be shut down.

Any decisions to curtail operations would be related strictly to the raw materials situation, the Weirton spokesman said.

The company and the ISU, meanwhile, continue to negotiate a new labor contract. Weirton has been approved to participate in the federal Emergency Steel Loan Guarantee program and was given the go-ahead to pursue a $145-million loan under the program. It must have a new labor agreement, however, in order to secure the loan.

The company has received an extension of the period under which to file a plan of reorganization in U.S. Bankruptcy Court in Wheeling, W.Va., where its bankruptcy case is being heard.

Scott Robertson

srobertson@amm.com

COPYRIGHT 2004 Reed Business Information
COPYRIGHT 2004 Gale Group

18

1262697.1

**Attachment 18**
*Heat Back on Steel Makers,* **The Plain Dealer**
**(February 26, 2004)**





with News & Classifieds From: **THE PLAIN**



**Everything Cleveland**

Day, Evening and Weekend
Classes Available

NEWSPAPER SEARCH   Enter Keyword(s)   GO!   |   FIND A BUSINESS   Enter Keyword

| Home | News | Local | Sports | Business | Forums | Living & Travel | Entertainment | Marke |

## STEEL

An IN-DEPTH REPORT
With THE PLAIN DEALER

# THE PLAIN DEALER

Click here
to subscribe!

**Steel**
» Steel Home
» Photo Gallery
» In-Depth
» Business
» News

## Heat back on steel makers

02/26/04

**Peter Krouse**
Plain Dealer Reporter

Up until a few months ago, the planets were aligned for the U.S. steel industry.

Demand and prices were going up. A weak dollar was keeping steel imports at bay. Restructured companies such as International Steel Group Inc. were primed to take advantage of an economic recovery.

Now a shortage of raw materials threatens to disrupt the harmonic convergence while adding to the costs of manufacturers and consumers.

For minimill producers such as Nucor Corp. that use electric arc furnaces, the big expense has been the rising cost of steel scrap, the main ingredient in their finished product. The minimill industry and some of its customers may ask the U.S. Department of Commerce to limit scrap exports from the United States, in an attempt to keep the domestic supply high and reduce prices.

For ISG and the other integrated steel makers those who produce steel from scratch a lack of coke is a greater worry.

"We have an unprecedented world shortage of coke," said Mike Locker, an industry analyst with Locker Associates. "And the price has gone to unprecedented levels."

What U.S. steel makers paid about $110 a ton for a year ago now commands $350 to $400 a ton, Locker said. To protect their profits, the companies have tacked steep surcharges onto their finished steel, passing on the pain to their customers.

And some of those customers - manufacturers - are trying to pass the added costs along to their customers. An early February study by the Precision Metalforming Association, a group of steel users, said 31

» SEND THIS PAGE

SPEAK UP!
» Share your memories
of steel in Cleveland
» More Forums

NEWSLETTERS
» Sign up for daily News
Updates
» More Newsletters

Get The B

Jobs | Autos

All Classified:

**Shop C**

• A Complete S
• Grocery Co

» Search for a new b



»Business Checking
»Credit And Debit Car
»Loans, Lines, and Le
»Merchant Services

**WANT THE BUSINESS SOLUTION TO REACH LARGEST LOCAL MAR**

The B

**FROM OUR A**

>> Register for your
towards your dream
makeover!
>> Super Deals on M
>> Best Price Best Se
Forgiveness CHEVYC

» Advertise

percent of its 1,200 members were trying to recover steel surcharges. And PMA President Bill Gaskin said a third of that group have been passing along 75 percent to 100 percent of the added cost.

Contributing to the coke shortage: Several coke batteries have closed in recent years, victims of a depressed steel industry, said Andrew Aloe, president of Shenango Inc., an independent coke producer that owns a battery on Neville Island in the Ohio River near Pittsburgh. Aloe said the U.S. capacity for coke production has gone down about 15 percent since 2002.

Exports, especially from China, have helped make up the difference. But with Chinese steel production surging, those exports have declined considerably, from 15.2 million metric tons in 2000 to 13.3 million in 2003 and an estimated 8.7 million in 2004, according to research and consulting firm World Steel Dynamics.

Closer to home, a mine fire in West Virginia shut a major source of coking coal used by U.S. Steel Corp. at its Clairton coke batteries near Pittsburgh. U.S. Steel sells a considerable amount of coke to other steel producers, including Weirton Steel Corp. in Weirton, W.Va., Rouge Steel Co. in Dearborn, Mich., and WCI Steel Inc. in Warren.

U.S. Steel told its customers to expect diminished shipments as a result of the mine fire. Weirton and Rouge curtailed steel production as a result, while WCI has used natural gas to fill the gap.

Coke is made from coal that is heated at extremely high temperatures to burn off certain compounds and form a dense material that's more than 90 percent carbon. At integrated mills, the grey, lava-like coke lumps are added to iron ore and other ingredients in a blast furnace to produce molten iron. The coke serves as fuel and as a means to extract impurities from the iron ore. It also provides a sturdy but porous base inside the oven, so air can freely pass through to feed the fire.

The liquid iron the blast furnace produces is poured, along with scrap (although much less scrap than a minimill uses), into a basic oxygen furnace to make steel.

The rising cost of coke has cut into the advantage integrated mills enjoyed while steel scrap prices were on the way up.

They could get that advantage back - the coke shortage could resolve itself as fast as it arrived, if China slows its economic expansion.

If not, solutions are harder. The industry can't easily build new plants; they are expensive and must meet strict environmental guidelines. Sun Coke Co. of Knoxville, Tenn., is building a plant along the Ohio River in Haverhill, Ohio, but the technology differs from traditional coke ovens. Besides making coke, the plant will burn off residual gases and use the excess heat to create steam for a neighboring plant.

"This will be the cleanest, highest-performing coke plant in the world," said Mike Dingus, Sun president.

Environmental concerns could haunt the industry for some time, said Chuck Bradford, an analyst with Bradford Research/Soleil Securities. Coke reacts with oxygen in the blast furnace of an integrated mill to emit

three times as much carbon dioxide as the minimills, according to Bradford.

"It puts sort of a cloud over investment," he said.

The Haverhill plant should start making coke in little more than a year. The first phase of 550,000 net tons is already under contract to ISG, which also gets coke from another Sun plant in southwest Virginia.

ISG has said its steel production has not been curtailed because of a lack of coke. The company has its own batteries in Warren and Burns Harbor, Ind., and gets more coke through contracts of a year or more, but it also must buy some on the open market.

ISG Treasurer Brian Kurtz declined to comment specifically on the company's coke situation, but said it will likely be a topic of discussion today when ISG meets with stock analysts to discuss the company's first earnings report since it became a publicly traded company late last year.

The one U.S. steel company least affected by the shortage is U.S. Steel, because it can make all the coke it needs. Even so, it buys coke for logistical reasons to supply a distant plant in Alabama.

To reach this Plain Dealer reporter:

pkrouse@plaind.com, 216-999-4834

© 2001 The Plain Dealer. Used with permission.

**The Best Local Classifieds:** Jobs | Autos | Real Estate | Place An Ad

**THE PLAIN DEALER**
MISS A DAY. MISS A LOT.

Receive 2 weeks FREE delivery of The Plain Dealer for complete Browns coverage! Sign up now!

About Us | Help/Feedback | Advertise With Us



Use of this site constitutes acceptance of our User Agreement (REVISED 07/27/06) and Privacy Policy (REVISED 07/27/06)
©2006 Cleveland Live, Inc.. All Rights Reserved.



19

1262697.1

**Attachment 19**
*Furnace Will Stay Idle at Weirton Steel Mill,* **Associated Press (Dec. 2, 2005)**

Furnace will stay idle at Weirton steel mill

Page 1 of 2



**Print this article | Go back**

Friday, December 2, 2005

# Furnace will stay idle at Weirton steel mill

Bad site, high costs and age are cited

**By Vicki Smith**
Associated Press

Historically high production costs, an inconvenient location and old, inefficient facilities have apparently doomed hopes of revitalizing a West Virginia steel mill that once employed 13,000 people and now has just 1,300 union workers.

Mittal Steel, the world's largest steelmaker, idled the blast furnace at its Weirton division this summer, laying off some 750 workers for what the Independent Steelworkers Union hoped would be a temporary wait for business to pick up. But late Tuesday, Mittal told the union that the furnace will remain cold, and as many as 800 jobs will be permanently lost.

"This was a very difficult decision, since the Independent Steelworkers Union and all employees have worked so hard to beat the odds trying to maintain steelmaking at Weirton," said Louis Schorsch, chief executive of Mittal Steel USA. "However, the structural disadvantages of Weirton for these processes entail costs that are too high to support competitive downstream facilities."

Analyst Michael Locker, president of Locker Associates in New York, said the small blast furnace and the steelmaking Mittal has elsewhere combined to seal Weirton's fate.

He said, "The negative of the consolidation process is that you have a comparison going on of plants ... within the Mittal family. If they come out on the short end of the stick, they can't justify standing alone -- even with all the hopes of cost reduction and efforts by the union, which were mighty.

"You have good finishing facilities at Weirton that are going to survive, but the source of the steel is going to be elsewhere."

Analyst Charles Bradford of Bradford Research-Soleil Securities in New York, sees Mittal's flexibility as a benefit of the industry's global consolidation.

"When there is softness in the market, you close the high-cost ones first. Mittal, just within North America, has more than a dozen blast furnaces, so they have the ability to cut one or two and moderate their business."

Mittal, a Netherlands company, took control of Weirton in April through a $4.5 billion purchase of former owner International Steel Group of Richfield, Ohio. ISG had won a bidding war for Weirton, the nation's No. 2 tin producer, in bankruptcy court in 2004.

Weirton's steel-production costs have been among the highest at Mittal, which has other mills capable of producing enough steel to meet demand through 2006.

Furnace will stay idle at Weirton steel mill

Union spokesman David Gossett said raw materials are at the root of Weirton's problem. Weirton does not have a coke plant and must buy it at a high cost on the open market.

Weirton also must buy iron ore and have it shipped by rail. Mittal's Cleveland mill can get it shipped in cheaper on Lake Erie.

Weirton is also struggling with high gas prices in a mill that Gossett said doesn't use fuel as efficiently as it could.

Bradford predicts Weirton's blast furnace will only be restarted if and when every other Mittal furnace is at capacity.

But ISU President Mark Glyptis said he believes Mittal is committed to maintaining an operation in Weirton, and that the mill is a key part of its strategy to sell tin.

Schorsch acknowledged in a statement that Mittal wants to reconfigure the Weirton plant around tinplate.

**Print this article | Go back**

20

1262697.1

**Attachment 20**
*The shipping news & forecast:  District ports face many competitive challenges, but whether they sink or swim over the long term will likely depend on infrastructure improvements,* **Minneapolis Federal Reserve fedgazette (January 2003)**

Federal Reserve Bank of Minneapolis

CLICK TO PRINT   RETURN TO ARTICLE

# fedgazette

<u>January 2003</u>

# The shipping news & forecast

## District ports face many competitive challenges, but whether they sink or swim over the long term will likely depend on infrastructure improvements

**Marcia Jedd**
Contributing Writer

It's not often that the shipping industry grabs headlines. Ships are things that glide peacefully in the water—a picture of serenity amid the hectic hubbub around them.

Tankers glide out of the port of Duluth-Superior with a few telltale horn blasts before being swallowed by Lake Superior. In the Twin Cities, while commerce speeds along freeways in countless semitrailers, barges move quietly into and out of ports in St. Paul and Minneapolis, much of their cargo ending up on those very same semitrailers. To many, district ports along the Great Lakes and Mississippi River are often out of sight, out of mind.

The dockworkers' strike on the West Coast changed that, at least temporarily, and heightened the nation's understanding of the role that shipping plays in the nation's economy. Moving into the Christmas season (when this article went to press), volatile contract negotiations for 10,000 longshoremen in 29 West Coast ports had kept many billions of dollars in imports and exports either floating offshore or sitting in railcars and trucks.

Half a country away, shipping ports in the Midwest are an important part of the regional economy. "In many communities, water transport is quite significant to move raw materials. It doesn't get attention, but it's an important transportation mode that can complete other modes as well as compete with them," said Ellen Fisher, chief of harbors and waterways for the Wisconsin Department of Transportation.

The district has about a dozen commercial ports located mostly on the Mississippi River and Lake Superior. Today, these ports face challenges—though different and more subtle than their West Coast peers—that will affect the long-term competitiveness of some exporting industries in the district and the economic well-being of their host cities.

Shipping remains a highly efficient means of transporting bulk cargo, but growth over the last decade or so has been slow and even stagnant in some cases, thanks to the turns of national and global trade, shifts in specific cargoes and commodities, and even the weather. Longer term, the viability of Mississippi River and Great Lakes shipping might depend more on infrastructure improvements that promise to make the waterways more efficient for the shipping industry. But such improvements are years, if not decades, away.

## Importing local benefits

Cities fortunate enough to be sited on a major river or Great Lake often reap welcome commerce benefits. The port of La Crosse, Wis., employs nearly 90 with an annual payroll of better than $3 million and contributes about a half-million dollars in local taxes as $150 million in freight chugs through the port. Minnesota's inland water transportation industry—mainly five ports on the Minnesota and Mississippi rivers—employs about 500.

River ports in the district are particularly vital to agricultural trade. "Without river shipping, for [the] agricultural community in South Dakota, a bit in North Dakota and for Wisconsin, the closest ports are the Pacific or Atlantic. [The Mississippi River] is the closest avenue we have for global markets," said Steve Hardie, vice president of riverfront development for the St. Paul Port Authority. Minnesota farmers send 60 percent of all agricultural exports down the Mississippi, according to the state Department of Transportation.

The "Ole Miss" has district ports in Minneapolis, St. Paul, Winona, Red Wing (all in Minnesota), and La Crosse. (Within the district, the Missouri River is also used for freight transport through the Dakotas, but cargoes are comparatively much smaller.) Among these river ports, St. Paul was the tonnage leader with more than 5 million tons handled (outbound and inbound) in 2001. Combined, the ports of St. Paul, Winona and Savage (the lone port on the Minnesota River) handle the majority of the district's river trade at more than 11 million tons.

But the heavyweight of district ports is Duluth-Superior. Better than 1,200 were employed this year to move some $2 billion in cargo—mostly coal, taconite and grain. Handling some 40 million tons of freight (mostly outbound), Duluth-Superior is among the nation's top 20 in tonnage and the leader in grain volumes among the 150 ports that make up the massive Great Lakes/St. Lawrence Seaway system.

"The port is the conduit for direct overseas business, especially for grain and ag exports, and importers of certain types of cargo. In recent years, imported wood is coming in from Germany," said Davis Helberg, executive director of the Duluth Seaway Port Authority. Duluth's leading imports are limestone, cement, road salt and aggregate stone.

There are a few basic differences between river and Great Lakes ports in the district: Cumulatively, about one-third of river tonnages are for incoming cargo, compared with only about 10 percent or less for Duluth and other district ports on the Great Lakes. Also, a greater portion of river cargo is in higher-value commodities. For example, soybean and corn exports from Mississippi ports have considerably greater value by weight than taconite and coal exports from Duluth-Superior.

## Rolling (cheaply) down the river

While floating lumber, coal or corn down the river might seem a bit Twain-ian in the day of overnight delivery and just-in-time inventory management, waterborne transport remains a very competitive mode compared with intermodal highway and rail.

In fact, it is the most efficient way to move dry or liquid commodities like grain and petroleum or general cargo such as fertilizer or coal that isn't time sensitive or of extremely high value. According to a 2000 state report, in Minnesota 21 percent of all freight tonnage, but only 3 percent of the freight value, went by water—indicative of the commodity freight handled in ports.

Nonetheless, water transport via inland ports is estimated to be at least five times more efficient than rail and trucks at delivering similar cargo on a fuel cost-per-gallon basis. U.S. inland waterways move about 15 percent of interstate commerce for bulk commodities at only 2 percent of the cost, according to Dick Lambert, director of ports and waterways for the Minnesota DOT.

One might think that ports compete for cargo with other ports, as well as with other modes of

transport. But in reality, the type and amount of freight handled by a port is in large part a function of its geographic proximity to producers and traders, and its integration with other transportation modes. "[Minnesota's] access to waterways, truck and rail freight gives us an advantage over states that don't have all three modes," said Lambert.

"It becomes a logistical war [of] who can get ... closest to their customer" by water, said Ken Anderson, sales manager at River Services Inc., the contractor that runs the Minneapolis port for the Minneapolis Community Development Agency (MCDA). Even a few extra miles by water can make a small difference. For example, a company taking road salt to a Minneapolis suburb benefits by moving loads by barge to Minneapolis, and then to the suburb by truck, as opposed to offloading at the St. Paul port for truck transfer across the metro. There is minimal extra cost for the additional shipping, and trucks encounter less congestion to the final destination.

### COMPARING BARGE, TRAIN AND TRUCK TRANSPORT

| 1 = | 225 = | 870 |
|---|---|---|
| 15-Barge Tow | Jumbo Hopper Rail Cars | Large Semis |

**CARGO CAPACITY**

| | |
|---|---|
| **ONE BARGE** | 1,500 ton<br>52,000 bushels<br>453,600 gallons |
| **ONE 15-BARGE-TOW** | 22,500 ton<br>787,500 bushels<br>6,804,000 gallons |
| **ONE JUMBO HOPPER CAR** | 100 ton<br>3,500 bushels<br>30,240 gallons |
| **100-CAR-TRAIN** | 10,000 ton<br>350,000 bushels<br>3,024,000 gallons |
| **ONE LARGE SEMI** | 26 ton<br>910 bushels<br>7,865 gallons |

**EQUIVALENT UNITS**

| One barge = | 15 Jumbo Hopper Cars = | 58 Large Semis |
|---|---|---|
| | | |

**EQUIVALENT LENGTHS**

| .25 MILE<br>(One 15-Barge Tow) | 2.75 miles<br>(225 Jumbo Hopper Cars) | 11.5 miles<br>(bumper to bumper)<br>(870 Large Semis) |
|---|---|---|

Source: Iowa Department of Transportation

## Slow sinking feeling

But despite some inherent cost advantages, freight tonnages have been up and down over the last decade. River tonnage in Minnesota grew from 1994 to 1999 but was still below peak levels reached in 1992, and then declined two consecutive years.

Trends in the port of Duluth depend on whether you believe the ship is half full or half empty. The floor fell out of Duluth shipping exports when the steel and taconite industry struck its proverbial iceberg in the 1970s and 1980s. Tonnage dropped from 70 million tons in 1953—the heyday of taconite exports for humming steel factories located along the Great Lakes—to 25 million tons in 1985. After that the industry—and the port—found calmer waters and things started rebounding. Thanks also to increased coal shipments, the port saw generally growing tonnage through 1995, when it hit 40 million tons. But tonnage levels slipped, and while Duluth looks like it will post a net gain for 2002, it is likely to be a couple of million tons short of 1995 levels.

While the health of the industries that produce water-borne cargo—agriculture, steel, coal—are responsible for much of the tonnage fluctuations, other factors also come into play. For example, low water levels in the Great Lakes for the past two or three years have meant ships leave dock without a full load, which cuts into the cost efficiency of carrying bulk cargo by water. Erratic water levels on rivers can hinder activity or completely halt it for weeks at a time. Flooding forced intermittent shutdowns of at least one-half of the Upper Mississippi early in the 2001 season—one reason why overall tonnage declined in 2001, compared with the robust volumes of the two previous years.

Shifts in delivery systems have also taken their toll. Lambert from the Minnesota DOT noted that petroleum imports via waterways have decreased over the last 20 years, sparked by new point-to-point pipelines and stringent penalties for accidents imposed by the Oil Pollution Act of 1990.

Shifts in products can have a big impact on cargo flows. Lambert said that Minnesota "used to receive 3 to 4 million tons of high-sulfur coal from Illinois, Kentucky and West Virginia via the river," but now receives only about 10 percent of that volume. Instead, most coal comes from Wyoming and Montana, delivered directly to power plants by 100-car trains. But the geographic shift in coal production has benefited Duluth, with coal shipments there hitting 15 million tons, an all-time high, according to data from the local port authority.

Political actions—like tariffs recently imposed on steel imports—also influence tonnage flows. A couple of Lake Superior ports were established solely for the purpose of exporting taconite. In the face of a weak domestic steel market, one such port—the aptly named Taconite Harbor in Minnesota—was shut down after steel giant LTV went bankrupt last year and closed a taconite mine.

Thanks to the tariffs, higher-priced imported steel means domestic steel is more competitive again, which ultimately boosts taconite production, almost all of which runs through Lake Superior ports. Mike Valentine, executive director of the Two Harbors (Minn.) Development Commission, said he's noticed a rebound in the taconite market. That's good news, given that taconite is the sole export out of the Two Harbors port.

But the tariffs have also cut into some backhaul capacity. "With steel [imports] dramatically down in the Great Lakes because of the tariffs, fewer ships are coming into the Duluth port. Because steel is down, it's more difficult to get grain shipments outbound," said Helberg of the Duluth Seaway Port Authority.

Ports also have to anticipate changes to commodity demand, which can often be subtle. The freight mix changes as new markets develop, said Jim Forsythe, project manager with the MCDA. The Upper Midwest is demanding more sand, gravel and other aggregates as construction increases, as well as fertilizer for crops. "Fifteen years ago, we saw a need for fertilizer storage [at the Minneapolis port] and built facilities for that. It's still thriving," Forsythe said.

## Locked system

Short-term cargo fluctuations aside, one of the biggest obstacles to the future growth of ports is the existing lock and dam infrastructure, most of which is 50 to 75 years old and in need of modernization. This means that shipping on the Great Lakes, for example, has not been able to adapt to the ocean-faring vessels because the locks and dams cannot accommodate these city-size ships.

Some locks on the Mississippi River can fit only several barges at a time, while efficiencies dictate that barges transit in groups of 12 to 15, running some 1,200 feet in length. Large hauls can go only as far north as St. Paul before having to be "fleeted" or broken down to transit on to Minneapolis or Savage. Fees and extra time are involved.
As a result, the port of St. Paul is akin to a hub airport, where barges must stop. This means considerable freight terminates at the port, which is served by Burlington Northern, Canadian Pacific and Union Pacific. "Many commodities come in by barge, are offloaded by rail and then delivered. Most of the grain comes in from growing areas by truck," according to Hardie of the St. Paul Port Authority.

That might be good for the St. Paul port but not for the shipping industry in general. Cenex Harvest States (CHS) Cooperatives is a major grain shipper at Duluth-Superior as well as the river ports. "We have a severe concern that when market opportunities present themselves, we won't be able to execute them to the levels necessary for the producers that own us, the farmers," said Al Anderson, vice president of government and public affairs for CHS.

Anderson said improvements will result in more efficient transport so the cooperative can react quickly to world markets. Case in point: Corn sells for about $2.50 per bushel currently vs. $1.50 per bushel 18 months ago. "If we access the market more readily and increase volumes for short periods of time, it benefits the producer," Anderson said.

Some improvements are already being made. All eight Great Lakes states and the federal government have aligned to build a second lock at the Soo Locks in Sault Ste. Marie, Mich., as a backup to its only long lock. The lock will replace two smaller ones, with construction likely beginning next year on the five-year project, according to Steve Thorp, program manager at the Great Lakes Commission.

But that's just one lock in the water bucket. Wholesale revamping of the lock-and-dam systems on both the Mississippi River and the Great Lakes/St. Lawrence Seaway are currently being studied by the U.S. Army Corps of Engineers, which owns and operates all locks and dams on the Mississippi and those that lie in U.S. territory of the Great Lakes system.

Improvements will likely be seen first along the Upper Mississippi from St. Paul south to St. Louis, where all 29 locks and dams on the river are located. (There is no commercial navigation above St. Paul; below St. Louis, the Mississippi is naturally deep enough so that locks and dams are unnecessary, and in any case the deep silt of the lower river would make navigation very difficult.)

Following several years of delay, results of a comprehensive Upper Mississippi River Navigational Study are expected to by published by the Corps next year. Then Congress will debate an improvement plan. Insiders suggest it may be several years before renovation and construction of new locks are seen.

The price tag for improvements is expected to be about $1.5 billion. Shippers and port authorities in the region fully support the study, and they point out that improvements would last 50 to 100 years, and fuel taxes for commercial waterway carriers (in place since 1980) would pay for 40 percent or more of the costs.

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 149 of 250

In the Great Lakes/St. Lawrence Seaway system, enhancements to current locks and new, larger locks would accommodate larger vessels. Earlier this year, the Corps completed a two-year reconnaissance study of the system. The Corps has since received approval for a five-year, $20 million feasibility study to examine deeper channels, upgrading and building new locks and dams, and related environmental issues, according to Thorp.

"They'll recommend replacing locks, if not modifying (them), for wider and longer boats," Thorp said. Some have suggested that some day containerized freight might gain appeal for transit on the Great Lakes.
Should these massive infrastructure projects go forward, local and state governments will likely also need to find ways to make additional improvements to port facilities and intermodal (railroad, highway) access. But private entities will also be involved in streamlining access to some rail lines, terminals, grain elevators and warehouses. For example, the Duluth-Superior port is working with Burlington Northern, Cargill and Peavey/ConAgra to ensure shuttle train service gets modernized.

The Canadian government and its Minister of Transport are weighing Canada's role in any wholesale infrastructure upgrade in the Great Lakes/St. Lawrence Seaway, as it owns 13 of the 15 locks within the St. Lawrence Seaway.

They'll have time to think about it, given that results of the Corps study won't be completed until around 2007, which means actual improvements for the shipping industry are even farther out.

*Editor Ron Wirtz contributed to this article.*

Top of document

21

1262697.1

**Attachment 21**
*Weirton Files for Ch. 11; 1,000 Ohio Jobs Affected,*
**Associated Press (May 20, 2003)**



NKY.COM | ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes | Jol

**THE ENQUIRER**
ONLINE EDITION OF THE
REGION'S #1 NEWSPAPER

30-Year Mortgage Rates are Still Low! Up to 5 refinance quotes FREE in just minutes!
CLICK YOUR STATE

7

| HOME | NEWS | ENTERTAINMENT | SPORTS | REDS | BENGALS | LOCAL GUIDE | MULTIMEDIA | ARCHIV |

**Tuesday, May 20, 2003**



**TODAY'S ENQUIRER**
Front Page
Local News
Sports
► Business
Editorials
Tempo
Home Style
Travel
Health
Technology
Weather
Back Issues
Search
Subscribe

**SPORTS**
Bearcats
Bengals
High School
Reds
Xavier

**VIEWPOINTS**
Jim Borgman
Columnists
Readers' views

**ENTERTAINMENT**
Movies
Dining
Horoscopes
Lottery Results
Local Events
Video Games

**CINCINNATI.COM**
Giveaways
Maps/Directions
Send an E-Postcard
Coupons
Visitor's Guide
Web Directory

**CLASSIFIEDS**
Jobs
Cars
Homes
General
Place an ad

# Weirton Steel files for Ch. 11

## 1,100 Ohio jobs affected

**By Vicki Smith**
**The Associated Press**

**WEIRTON, W.Va.** - Weirton Steel Corp., the nation's sixth-largest integrated steel maker and No. 2 producer of tin, filed for Chapter 11 bankruptcy protection Monday.

The employee-owned company located across the Ohio River from Steubenville, Ohio, held on while an import crisis took down dozens of competitors, but racked up more than $700 million in losses over five years.

Weirton Steel employs 1,100 Ohioans.

President and CEO John Walker said the company has obtained a $225 million financing package that will allow it to keep operating while it reorganizes.

Walker had been in the middle of a plan to cut costs by $120 million when Weirton Steel's board of directors voted Monday to file for bankruptcy.

"In the past year, we did everything we could do outside the bankruptcy venue before taking this necessary step," Walker said. "Our previous initiatives strengthened the company, but it became increasingly evident in the current industry climate that Chapter 11 reorganization is the only remaining solution to address our liability issues."

In its bankruptcy filing, Weirton Steel said it had about $654.5 million in assets and about $1.41 billion in debts as of March 31. The company expects to file a reorganization plan within about six months.

Walker said the recent U.S. Steel-National Steel and International Steel Group-Bethlehem Steel mergers, along with a federal $250 million loan package awarded to Wheeling-Pittsburgh Steel, left his company with no options for expansion.

Weirton's survival strategy had centered on having the

Latest
Updated E
**BUSINESS NEWS**
• GM, Ford Could Merg
  Alliance
• Revlon's Stahl Resign
  President, CEO
• Crude Oil Prices Rise
• Shrine Auditorium to
  Rights
• Wall Street Looks to I
  Tone

HELP
Feedback
Subscribe
Search
Newsroom Directory

nation's largest tin mill. Only U.S. Steel produces more tin-plated steel than Weirton, where tin accounts for 38 percent of production and 50 percent of revenues.

Monday's filing surprised a steel analyst who said Weirton Steel had seemed to "be bumping along."

But the company was squeezed by rising energy and material costs and declining prices for tin products, said Michael Locker, president of Locker Associates Inc. and author of the Steel Industry Update Newsletter.

The Independent Steelworkers Union had helped Walker trim $38 million, approving a one-year contract that cut pay 5 percent, canceled a planned raise and froze accrued pension benefits. The company planned to cut an additional $34 million by asking the 3,600 active employees and 4,600 retirees and dependents for health-care givebacks.

Retirees, however, had been slow to embrace the request, which asked that they help cover the cost of health insurance with a $200 monthly deduction from their pension checks. They also faced higher co-payments for prescription drugs and doctor visits. Weirton Steel is seeking court approval to create a committee of retirees to address the pension issues.

ISU president Mark Glyptis, who sits on the board of directors, opposed the bankruptcy filing.

"Today, our senior management effectively gave up and conceded defeat," he said. "But the working people of Weirton Steel will never surrender. We will not give up."

---

**LOCAL BUSINESS NEWS**
Group takes on predatory lenders
What's the Buzz?
Tristate Summary
Morning Memo: Hot tips & news to start your business day

**U.S.-WORLD BUSINESS NEWS**
Music buy revives Napster name
Index portends slow growth
Euro worth $1.17, near all-time high
Weirton Steel files for Ch. 11
Business Digest





Enquirer · Post · 9WCPO · Cin Weekly

Search our site by keyword:          [    ] Go

Search also: **News** | **Jobs** | **Homes** | **Cars** | **Classifieds** | **Obits** | **Coupons** | **Events** | **Dining**
**Movies/DVDs** | **Video Games** | **Hotels** | **Golf** | **Visitor's Guide** | **Maps/Directions** | **Yellow Pa**

CINCINNATI.COM | NKY.COM | ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes |

Search | Questions/help | News tips | Letters to the editors | Subscribe

22

1262697.1

**Attachment 22**
**Testimony of Bill Stephans, Division Manager for TMP**
**at Mittal Steel USA's Weirton Facility from *Hearing***
***Transcript, In the Matter Of:  Tin and Chromium Coated***
***Steel Sheet from Japan,* Inv. No. 731-TA-860 (Review)**
**(April 27, 2006)**

THE UNITED STATES INTERNATIONAL TRADE COMMISSION

In the Matter of:

TIN- AND CHROMIUM-COATED STEEL SHEET FROM JAPAN

Investigation No.: 731-TA-860 (Review)

REVISED AND CORRECTED VERSION

Pages: 1 through 373

Place: Washington, D.C.

Date: April 27, 2006

MR. STEPHANS: Good morning, Mr. Chairman and Commissioners. My name is Bill Stephans, division manager for tin mill products at Mittal Steel USA's facility in Weirton, West Virginia.

Commissioner Lane, Commissioner Pearson, it's nice to see you again. I'm glad you were able to come and see our operation earlier this month, and I appreciate the opportunity to testify before you here today.

I started in the steel industry in 1970 and worked at LTV Steel for over 30 years. Most of that time, about 27 years, I worked in the tin plate business. I was the operations manager at LTV's Aliquippa plant from 1981 to 1999. Then I went to the Indiana Harbor plant and took on responsibility for both of LTV's tin mills. I went to work at ISG in 2004 at about the time that ISG acquired Weirton Steel. Under Mittal, I am now responsible for the tin mill operations at the Weirton plant.

Allow me to give you some background about the Weirton plant, its history, and what we expect its future to look like. The first plant at Weirton was established in 1909. Weirton Steel was originally started as a tin mill operation. Eventually, it became a fully integrated steel plant with 2.4 million tons of raw steel-making capacity. Weirton made the entire range of flat-steel products, from slabs to hot rolled, cold rolled, galvanized, and tin- and chromium-coated steel products.

Late last year, Mittal decided to take the Weirton plant back to its roots and return it to being a world-class, tin mill products specialist. This has meant idling the blast furnaces, steel-making, and hot-dipped galvanized lines. Now, rather than producing raw steel at the plant as a fully integrated operation, the Weirton facility instead sources slabs from Mittal's Sparrows

Point and Cleveland facilities. We then hot roll the slabs into coils in the hot-strip mill and further cold roll, anneal, temper, and ultimately plate the steel with a tin or chromium coating.

With this configuration, Mittal seeks to maximize the efficient use of all of the facilities that have been brought together under one multinational company. With the consolidation, we now have the ability to move resources within the company between facilities that were previously owned and operated by separate owners, and it isn't just slabs that we are moving between facilities. We're also moving some equipment intra-company.

At Weirton, in connection with the plant's return to a focus on tin mill products, we are evaluating capital improvements and investments to further enhance the operation.

One significant improvement we are working on is our side-trimming capability. All tin mill products must be side trimmed; that is, the edges must be trimmed to the width specified by the customer before the product is shipped. Right now, we have off-line trimmers that do this. This is less efficient than using in-line trimmers because the coils must be uncoiled and recoiled, which reduces yield and increases cost.

Installing in-line side trimming on our plating lines avoids that step in the process. In fact, the equipment for the chrome line project is coming from a chrome line at Sparrows Point that was shut down about a year ago. This will improve quality, cost, efficiency, and yield. This is a significant project, which we expect will result in a significant improvement in our operations.

Another project that we are working on is adding an in-line tension leveler, which will help improve the flatness of the product. The tin sheet has to be as flat as possible so that when you cut a sheet of tin plate and lay it on the table, you would not see any ripples or waves whatsoever. It would be just as flat as the table top. That is our aim, and that is what many of our customers are expecting.

This tension leveler will give us the capability to do that. It is a quality-improvement project which is not necessarily one that could be justified purely in economic terms. We're doing it to improve quality for our customers.

These are major projects that require significant capital investment, millions of dollars. The tin plate industry, like all sectors of the steel industry, is highly capital intensive. These trimmers and tension levelers, as well as all of the other equipment required to make tin plate, are expensive to purchase and maintain.

Mittal is investing in its tin mill operations because we expect that this market will continue to be viable and can be a profitable business for the company. At the same time, however, we have seen softening demand for tin mill products, and we are seeing more and more substitute materials in the packaging industry. We would like to see the antidumping order on Japanese tin mill products remain in place because there is no room in the market for dumped material.

We have a lot at stake in terms of investments that we've already made and are about to make to improve our business. We don't want to see these investments jeopardized by

falling prices and lost sales due to dumped imports.  This is an important part of Mittal's business, and we want to see it continue to be an important part of the business for years to come.

Thank you very much for permitting me to appear today and testify before the Commission.

23

1262697.1

**Attachment 23**
*ISU Irked by Mittal Steel's Plan To Shut Weirton*
*Galvanizing Line,* **American Metal Market**
**(Feb. 3, 2006)**



**AMERICAN METAL MARKET**

## Top Stories

# ISU irked by Mittal Steel's plan to shut Weirton galvanizing line

*Feb-3-2006 6:33PM*

By Sam Kusic

PITTSBURGH -- Mittal Steel USA Inc. plans to shut down the galvanizing line at its Weirton, W.Va., plant, eliminating 25 to 40 jobs, and refocus the facility entirely on tinplate products.

The move comes two months after the company sent official notices to workers that the plant's blast furnace, idle for much of last year, would be closed permanently.

"The (galvanizing) line does not fit into the plans," a Mittal Steel USA spokesman said, adding that the Weirton line costs more to operate than other comparable facilities it owns.

But Mark Glyptis, president of the Independent Steelworkers Union (ISU) at Weirton, said the union had been working toward lowering the line's operating costs. "It's a good line and one that ought to be running in this organization," he said. "We did a great deal of work to keep that line in operation."

The closure, set to take place in two to three months, follows the layoff of about 450 people when the Chicago-based company decided to indefinitely close its iron and steelmaking operations there in November. The hot end previously had been temporarily idled since May, when steel prices were falling due to bloated inventories nationwide.

The closure ends nearly 100 years of steelmaking at the plant, which was a founding piece of Weirton Steel Corp. in 1909. In 1984, its employees bought the plant, at the time making it the world's largest wholly employee-owned company. In 2003, International Steel Group Inc. (ISG) purchased the business, and Mittal bought ISG in a multibillion-dollar deal in April 2005.

With the closures, only the plant's hot- and cold-rolled mills and its tinplating operations remain intact. If there is good news, Glyptis said, it's that the union was able to work with the company to keep the hot-roll mill open, saving about 200 jobs.

Mittal had been reviewing whether to shutter the hot-roll mill, but ultimately decided against it. "It's one of the better hot mills in operation," Glyptis said, adding that as the plant increases its tinplating operations, jobs are being added. "It's kind of a roller coaster of good news and not-so-good news."

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.
AMM Events

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.
AMM Events

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.
AMM Research

**International Scrap Directory**
Discover hundreds of new leads in the global scrap market.
MB Directory

**MB International Aluminum**
The must-attend global aluminum event.
MB Events

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

24

1262697.1

**Attachment 24**
**Excerpts of Testimony from *Hearing Transcript, In the Matter Of: Tin and Chromium Coated Steel Sheet from Japan,* Inv. No. 731-TA-860 (F) (June 29, 2000)**

# UNITED STATES
# INTERNATIONAL TRADE COMMISSION

In the Matter of:                          )
                                           )    Investigation No.:
TIN- AND CHROMIUM-COATED STEEL SHEET       )    731-TA-860 (F)
FROM JAPAN                                 )
                                           )

Pages:     1 through 326

Place:     Washington, D.C.

Date: June 29, 2000

## HERITAGE REPORTING CORPORATION
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
(202) 628-4888

15002.1

98

1    union workers that we be able to increase our production of

2    tin- and chrome-coated steel.

3         At the Commission conference last November, I

4    heard comments from some of our customers criticizing our

5    delivery performance.  These problems stem directly from the

6    difficulties of running Weirton Steel with a one blast

7    furnace operation being supplemented by slab purchases.

8         After a very successful start up of the second

9    blast furnace in December, our on time delivery performance

10   has been better than 90 percent throughout 2000, and we

11   continue to aim for 100 percent on time delivery, yet our

12   domestic shipments in the first quarter of this year were

13   lower than they were last year as our customers continue to

14   buy dumped Japanese imports.

15        I would also like to make a comment from the

16   union's perspective on the issue of contracts for our tin

17   mill products.  As Mr. Scott testified earlier today, the

18   contracts we have with customers are obviously not very

19   enforceable.  For example, one of our customers who has a

20   plant on site has a contract with us that forbids the use of

21   imported tin mill products without Weirton's consent.

22        The company has a witness here today that in spite

23   of this contract provision and without obtaining permission

24   from Weirton, I watched as Japanese template was unloaded in

I15002.1

145

1  import slabs in 1999.  That was the same transcript at page

2  96.  Was this the case?  And if so, why?

3          MR. RIEDERER:  That was, as I reference in my

4  testimony, we had, because of the massive amount of imports

5  of all steel products, not just of tin plate, starting in

6  1998, we ended up making a decision at the end of 1998 to

7  shut down one of our blast furnaces.  That blast furnace

8  supplied approximately 800,000 to 900,000 tons of slabs,

9  which we ended up through two mechanisms, either importing

10  slabs in order to replace those slabs, or cutting back our

11  production, which is what we ended up having to do in some

12  major cases, especially on the sheet side of our business,

13  not so much on the tin plate side of our business.

14          That all occurred at the end of 1998.

15          So you're absolutely right, in 1999 we did import

16  slabs to meet some of our production requirements.

17          CHAIRMAN KOPLAN:  Thank you, Mr. Riederer.

18          I see my time has expired.

19          Commissioner Bragg?

20          COMMISSIONER BRAGG:  Thank you.

21          What impact, if any, have the buyer purchasing

22  cooperatives had on domestic tin prices over the period of

23  investigation?  Have they had an impact?  Are there buyer

24  cooperatives?

115002.1

201

1   to and with each of the mills that they did business with.
2   End of story.  That's it.

3           In summary, the prices we have been able to obtain
4   for our key raw material have been driven by our growth and
5   our membership in the purchasing alliance.  Our decision to
6   purchase foreign tin plate was made strategically to broaden
7   our portfolio of suppliers due to the quality and delivery
8   problems we had experienced, and to supply our
9   geographically diverse operations.

10          I want to thank you for the opportunity to provide
11  a customer's perspective on this very serious issue.  I hope
12  my comments have been helpful, and I will be pleased to
13  answer any questions you may have.

14          CHAIRMAN KOPLAN:  Thank you, Mr. Rourke.

15          Mr. Yurco?

16          MR. YURCO:  Thank you.  My name is Tom Yurco, I'm
17  the Vice President, Materials Management and Logistics for
18  U.S. Can Company, a position I've held for the last 18 years
19  and altogether I've been in the business of buying tin mill
20  products for the last 33 years.

21          I testified in the first hearing on this case
22  which was held last November, but I'm here today because
23  you're about to make a very important decision affecting an
24  industry to which I've devoted most of my professional life.

115002.1

206

1    testimony, that their deliveries were late more than half

2    the time.

3            I provided details that that were cited.  In 1999

4    that problem became worse.  They started relying more on

5    import slabs, and when they began experiencing logistical

6    problems with these, their on-time performance eroded even

7    further.  It wasn't just Weirton, however.  Bethlehem Steel

8    had their problems starting in 1999.  They had a planned

9    mill outage in the spring, they also had an unplanned mill

10   outage in the fall.  These two events mean that they

11   actually limited orders and had some customers on what we

12   would call allocation.  Wheeling-Pitt had on-time problems

13   in 1999.  They had a fire in their temper line.  They too,

14   had to turn down orders.

15           As a customer we found it extremely difficult and

16   frustrating dealing with these problems, and our customers,

17   the ones who fill the cans that we make, demand prompt, on-

18   time delivery of products.  If we can't get our tin mill

19   products on time, it's a huge, huge problem for us and our

20   customers.

21           I hope you now better understand the situation we

22   faced as we made our purchasing decisions for 1999.  We had

23   a reliable Japanese and other foreign supplier base that

24   were willing to work with us on a global basis, and we had

115002.1

25

1262697.1

**Attachment 25**
*Brazil Slab Hits $555/T In Tight Export Market,*
**American Metal Market (June 5, 2006)**



**AMERICAN METAL MARKET**

## Top Stories

# Brazil slab hits $555/T in tight export market

*Jun-5-2006 11:14AM*

By Diana Kinch

VITORIA, Brazil -- Export prices for steel slab have risen to $555 a tonne f.o.b. Brazil and could continue to rise due to tight world supplies, Cia. Siderúrgica de Tubarão (CST) said late Thursday.

The slab producer, majority owned by Luxembourg-based steelmaker Arcelor SA, said it had just closed a deal to sell slab to a U.S. buyer at $555 a tonne, although the tonnage was not disclosed.

"Pressure continues on prices following the Chinese pulling out of the slab export market due to China's charging of export taxes," a CST source said.

(In fact, China apparently has delayed implementation of higher export taxes on steel products until at least July 1. But Chinese exporters reduced slab and billet offers in May in anticipation of the anticipated 5- to 10-percent tax, and as yet there is no sign of any rebound in slab exports, according to reports out of China.)

The other major factor influencing Brazilian export prices is the loss of the No. 3 blast furnace at Cia. Siderúrgica Nacional (CSN) in January in what was described at the time as a minor accident involving a dust collection system. The furnace, responsible for 60 percent of CSN's raw steel output of 6 million tonnes per year, was expected to return to service in June, but now sources said they don't expect it to restart until next month at the earliest.

CSN reportedly has ordered 1 million tonnes of slab to replace the lost production but so far has received only 300,000 tonnes because of the market tightness, sources said.

CST did not confirm whether it sees the delay in bringing on-stream its new No. 3 blast furnace as a market factor. The new 2.5-million-tonne-per-year furnace, which is now more than 90 percent complete, will probably be inaugurated in early 2007 because of the impact of a recent construction workers' strike at the site, a source close to the furnace project said *(see story, page 6).*

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.
AMM Events

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.
AMM Events

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.
AMM Research

**International Scrap Directory**
Discover hundreds of new leads in the global scrap market.
MB Directory

**MB International Aluminum**
The must-attend global aluminum event.
MB Events

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

26

1262697.1

**Attachment 26**
*Wheeling-Pittsburg Makes Loss, Despite Rising Market,*
**Steel Business Briefing (May 11, 2006)**

**Wheeling-Pittsburgh makes loss, despite rising market**

**Thursday, 11 May 2006**

Wheeling-Pittsburgh Corp, the holding company of Wheeling-Pittsburgh Steel, is reporting a $2.1m net loss for the first quarter, compared with $8m in earnings in the first quarter of 2005. The sheet steel producer had a $49m cost increase, **Steel Business Briefing** understands.

Wheeling-Pittsburgh, in talks with Brazil's CSN to form a slab rolling alliance, shipped 681,000 short tons in Q1, up substantially from 523,000 s. t shipped in Q1 2005 when the company suffered an equipment failure. However, sales were made at an average of $739/s.t a year ago, declining to $680/s.t in the most recently competed quarter.

CSN is interested in having its slabs rolled by Wheeling-Pittsburgh, which has about 600,000 s.t/year of excess hot-rolling capacity. CSN is also discussing taking a minority stake in the West Virginia steelmaker.

"While our first quarter loss represented an improvement from the fourth quarter of 2005, it was a disappointment given current demand for our products," says company CEO James Bradley.

27

1262697.1

**Attachment 27**
***Esmark To Shut Wheeling-Pitt BF If Bid Succeeds,* Steel**
**Business Briefing (Aug. 23, 2006)**

**Esmark to shut Wheeling-Pitt BF if bid succeeds**

**Wednesday, 23 August 2006**

Esmark, the US service centre consolidator in a proxy fight for control of Wheeling-Pittsburgh Steel, plans to shutter the sheet producer's Mingo Junction, Ohio blast furnace and rely solely on its new electric furnace, in addition to purchased slabs, **Steel Business Briefing** understands.

In a television interview with a Wheeling, West Virginia television station, brothers James and Craig Bouchard of Esmark say they plan to shut the BF because it is not cost-effective. SBB could not reach the Bouchards for further comment. Esmark has not filed documents with regulators detailing its plans.

The interview preceded Wheeling-Pittsburgh's response to a United Steelworkers assertion that the steelmaker violated its labour contract by not giving the union the same amount of time to make a competing bid for the company that Brazilian suitor CSN was given.

In a 21 August letter to USW officials, Wheeling-Pittsburgh CEO James Bradley notes the union has known about the potential hook-up with CSN since early July and that the USW "has no compelling basis" to request more time given its support of the Esmark proposal. He also again criticises the Esmark bid as inferior to CSN's proposal.

28

1262697.1

**Attachment 28**
*Arcelor Brasil Sets Sights On New Slab Plant,* American
Metal Market (March 22, 2006)



**AMERICAN METAL MARKET**

## Steel

# Arcelor Brasil sets sights on new slab plant

By Diana Kinch

*May-1-2006 8:17PM*

VITORIA, Brazil -- Arcelor Brasil SA is studying the possibility of building a 3.5-million-tonne-a-year steel slab-for-export plant, probably in conjunction with Cia. Vale do Rio Doce (CVRD), at Anchieta in Espirito Santo state.

The plant would be about 60 kilometers (37 miles) from the existing Cia. Siderúrgica de Tubarão (CST)-Arcelor Brasil slabmaking and hot-rolled coil plant, company executives said during a press conference.

CVRD announced a month ago that it was seeking partners for a new slabmaking venture at Anchieta, in which it would like to hold a minority participation. According to the CVRD announcement, the final capacity of such a plant would be around 5 million tonnes a year.

"We would probably start off with 3 million to 3.5 million tonnes per year," a spokesman said.

Usinas Siderúrgicas de Minas Gerais SA (Usiminas), based in Belo Horizonte, which also is considering building new slabmaking capacity in Brazil, reportedly isn't involved in the Anchieta project talks.

CST-Arcelor Brasil is expected to expand its own steelmaking capacity to 9 million tonnes a year by 2012, after which its current site at Tubarão will be saturated, the spokesman said.

CST-Arcelor Brasil later this year will bring on-stream its third blast furnace, boosting its annual steelmaking capacity from 5 million tonnes currently to 7.5 million tonnes, of which some 5 million tonnes will be used for merchant slab production.

The steelmaker currently produces some 2.5 million tonnes of hot-rolled coil a year and is expected to double its hot-rolled coil mill capacity by 2008 in what should be a relatively economic investment.

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

29

1262697.1

**Attachment 29**
*CST to Hike Slab Sales to Dofasco,* **American Metal Market (March 22, 2006)**



**AMERICAN METAL MARKET**

## Steel

# CST to hike slab sales to Dofasco

*Mar-22-2006 6:45PM*

By Diana Kinch

RIO DE JANEIRO -- Brazil's Cia. Siderúrgica de Tubarão (CST) expects to significantly increase slab sales to Dofasco Inc., Hamilton, Ontario, once Arcelor SA completes its purchase of the Canadian steelmaker.

"For the last five years Dofasco has been buying 400,000 tonnes of slab per year from CST out of a total of 750,000 tonnes purchased from various suppliers to minimize supplier risk," said José Armando de Figueiredo Campos, president of Arcelor Brasil. "Obviously, with the two companies within the same family the risk should fall, so Dofasco should buy more from CST."

CST, located in Espirito Santo state, was acquired by Luxembourg-based Arcelor and folded into newly created holding company Arcelor Brasil in 2005.

CST currently is expanding its annual raw steelmaking capacity to 7.5 million tonnes from 5 million tonnes with the addition of a third blast furnace due on-stream in late 2006.

Leonardo Horta, Arcelor Brasil's investor relations director, said that slab prices are expected to continue to rise to $390 a tonne f.o.b. in the second half of this year.

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

30

1262697.1

**Attachment 30**
*Gerdau Acominas Charging Into Slab Mart,* American
Metal Market (June 30, 2006)



**AMERICAN METAL MARKET**

Steel

# Gerdau Açominas charging into slab mart

*Jun-30-2006 6:56PM*

By Diana Kinch

OURO BRANCO, Brazil -- Gerdau AÃ§ominas SA will step up production of merchant slab, particularly of special grades, by installing its first continuous slab caster.

The 3-million-tonne-per-year slab caster will operate initially at a rate of 1.5 million tonnes annually when it starts up in two years, with output directed at the export market, Jorge Gerdau Johannpeter, Gerdau SA chairman and president, announced Wednesday.

Currently, Gerdau AÃ§ominas, located at Ouro Branco, Minas Gerais state, produces less than 200,000 tonnes of merchant slab per year. Most of its current 3 million tonnes of annual raw steel output is sold as billet, bloom, wire rod and sections.

"The move into slab is in response to market demand," Gerdau AÃ§ominas sales director Alberto Huallem said, adding that talks have already taken place with possible clients abroad.

The move into large-scale slab export will bring Gerdau AÃ§ominas into direct competition with both Cia. SiderÃºrgica de Tubarao and Cia. SiderÃºrgica Nacional, Huallem said. "But the market is big enough for everyone," he added.

The plant is working to boost its raw steel output to 4.5 million tonnes per year beginning in the second half of 2007, when its No. 2 blast furnace using Chinese technology, currently under construction, is due on-stream as part of a $1.5-billion investment.

The extra capacity will be used initially to produce more billet, and later slab for export once the slab caster comes on-stream in 2008, Gerdau AÃ§ominas industrial director Manoel Vitor de MendonÃ§a said.

"The slab caster is a new development, recently approved by the board, and will cost $275 million," Gerdau Johannpeter said. Proposals from potential suppliers are still being considered and the supplier should be confirmed by the end of this year.

Luiz AndrÃ© Rico Vicente, Gerdau AÃ§ominas president, said that the caster will make only high-value grades. "Our company trend is to steer away from commodity grades. We want to produce API and interstitial-free grades because the market is hungry for these products," he said.

Currently, Gerdau AÃ§ominas sells 70 percent of its products for export, billet being its principal product. But its relatively new sections rolling mill is aimed principally at the domestic construction industry.

Gerdau Johannpeter indicated that the installation of a 3-million-tonne slab caster is to prepare for possible future expansions of the Gerdau AÃ§ominas works, which was envisioned as a 10-million-tonne-per-year steelmaker when it was originally set up 20 years ago by the Brazilian state.

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

of 2

"We are already studying the possibility of a further expansion to 6 million or 6.5 million tonnes of crude steel capacity,"
Rico Vicente said. "We are being advised by (Japan's JFE Steel Corp.) on these studies, which should be completed
by the end of this year."

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

31

1262697.1

**Attachment 31**
*CSA Steel Project Receives License,* **American Metal Market (July 6, 2006)**

32

1262697.1

**Attachment 32**
*North America at Top of TK's Agenda,* **American Metal Market (August 11, 2006)**



AMERICAN METAL MARKET

## Steel

# North America at top of TK's agenda

*Aug-11-2006 10:01PM*

By Scott Robertson

PITTSBURGH -- ThyssenKrupp AG, Düsseldorf, Germany, is sharpening its focus on North America, with plans to take a significant share of the U.S. carbon and stainless steel markets.

The company said Friday it had approved a project development budget of $50 million, in effect a feasibility study into building a $2.9-billion carbon and stainless steel mill in the southern United States.

ThyssenKrupp executives termed the proposal to build a mill a "backup plan" in case the company's deal to acquire Dofasco Inc., Hamilton, Ontario, from Arcelor SA-Mittal Steel Co. NV falls through. But it seems likely the project will move forward, given the protective measures Arcelor took to secure Dofasco as it attempted to fight off a Mittal takeover in early negotiations.

"Our first priority is the acquisition of Dofasco," Ekkehard D. Schulz, executive board chairman of ThyssenKrupp, said. "But in case that is not possible, we have to look for opportunities to develop our (North American) strategy."

That would appear to make building a mill the likely option, especially given that ThyssenKrupp's announcement comes less than a week after Gonzalo Urquijo, senior executive vice president and chief financial officer of Arcelor, said it appears "impossible" for Dofasco to be sold given its control by a "Dutch trust."

ThyssenKrupp has been looking to increase its position in North America for years and reportedly had eyed the purchase of AK Steel Corp., Middletown, Ohio, or some form of tie-up with U.S. Steel Corp., Pittsburgh. The company also reportedly looked at acquiring the Sparrows Point, Md., plant of Mittal Steel USA Inc. if the Dofasco deal fell through.

ADVERTISER LINKS

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

Now it has turned its focus to a greenfield project that would comprise carbon and stainless steel manufacturing. The plan contemplates the construction of a hot strip mill by ThyssenKrupp Steel AG that would be used to process slab from ThyssenKrupp's new Cia. Siderurgica do Atlantico (CSA) steel mill in Brazil. The new U.S. plant also would feature cold-rolling and hot-dip galvanizing capacity for carbon flat products. The 1.8-billion-euros ($2.3-billion) carbon plant would produce about 4.5 million tonnes of steel per year.

At the same time, ThyssenKrupp Stainless AG would spend around 500 million euros ($636 million) to build a melt shop with an annual capacity of up to 1 million tonnes of slab, which would be processed on the hot strip mill. A cold-rolling facility also would be included, which in its initial phase would be designed to produce 325,000 tons of cold strip and 100,000 tons of pickled hot strip. In addition, ThyssenKrupp Mexinox would be supplied with hot strip from the United States as starting material.

ThyssenKrupp said sites in Alabama, Arkansas and Louisiana are under consideration for the project, but gave no timetable as to when construction might begin. Locating in that region would place the company in a geographic position to supply steel to automotive transplant companies throughout the Southeast. It also would place the proposed

mill in direct competition with SeverCorr LLC, a carbon steel mini-mill now under construction in Columbus, Miss., that plans to supply the automotive transplants. SeverCorr is on track to begin production in late 2007.

ThyssenKrupp executives stressed that negotiations aimed at acquiring Dofasco would continue over the next few days and that the mill project would be undertaken only if those negotiations fail.

"Dofasco is our top priority," said A. Stefan Kirsten, chief financial officer and a member of the executive board of ThyssenKrupp. "The greenfield strategy is a backup strategy. We need a Nafta strategy. If there is any chance that we do not get Dofasco, we do not want to be unprepared. We do not want to put our steel strategy into the hands of a third party. What we have done is fund a feasibility study. We have not agreed to build a steel plant in the U.S. This is a prudent company."

ThyssenKrupp has been prudent enough, Kirsten said, to review what adding such capacity would mean to the U.S. market. He said the U.S. steel industry does not produce all the steel the country needs and relies on imports to provide anywhere from 8 million to 12 million tons per year to make up the difference. ThyssenKrupp's plan, he said, is to displace those imports.

The entire plan could be scrapped, Kirsten said, if ThyssenKrupp gets Dofasco. "If we get Dofasco, we will revisit our strategy," he said. "We already have achieved a strong position in stainless (in the Nafta region) with our Mexican plant. This strategy (to build a new mill) is something we would be sure to revisit when the moment comes."

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

33

1262697.1

**Attachment 33**
*Groundwork Laid For Brazil's Ceara Slab Project,*
**American Metal Market (September 1, 2006)**



AMERICAN METAL MARKET

## Steel

## Groundwork laid for Brazil's Ceara slab project

*Dec-16-2005 1:53PM*

By Diana Kinch

RIO DE JANEIRO -- The foundation was laid Thursday for construction of Ceara Steel, a 1.5-million-tonne-a-year steel slab-for-export project in northeast Brazil.

The project is a joint venture between Dongkuk Steel Mill Co. Ltd., Seoul, South Korea, which holds a 34-percent stake; Danieli & C. SpA, Buttrio, Italy, with 17 percent; Cia. Vale do Rio Doce (CVRD), Rio de Janeiro, 9 percent; and BNDESPar, an arm of Brazilian development bank Banco Nacional de Desenvolvimento Economico e Social (BNDES), which holds 40 percent.

Total investment in the new mill, which until recently was being called Usina Siderúrgica do Ceara, has been estimated at $750 million, to be financed by BNDES and other Brazilian and Italian banks. The direct-reduced iron (DRI)-based works, located near the rapidly expanding port of Pecem in Ceara state, is due to begin production in 2009.

Ceara Steel recently signed long-term supply accords with Brazilian natural gas and electricity energy suppliers.

Dongkuk is expected to take at least 50 percent of the slab produced by Ceara Steel. Danieli will be in charge of the supply of equipment to the works, including a Danieli Danarex DRI plant, one electric-arc furnace and one slab caster. CVRD, which has been actively promoting the project, will supply Ceara Steel's total iron ore requirement in the form of pellets. CVRD said its involvement in Ceara Steel forms part of its strategy to help develop new iron ore-consuming steel plants in Brazil.

The works will be able to produce interstitial-free, low-carbon and high-alloy slab grades for heavy construction, including shipbuilding, Danieli said, adding that this is the first time the Danarex technology will be in commercial use.

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

34

1262697.1

**Attachment 34**
***CSN May Lift Slab Capacity Of Two Projects,*** **American Metal Market (September 1, 2006)**


AMERICAN METAL MARKET

Steel

# CSN may lift slab capacity of two projects

*Sep-1-2006 4:44PM*

By Diana Kinch

RIO DE JANEIRO -- The board of Cia. Siderurgica Nacional (CSN), Rio de Janeiro, has decided that the capacity of the two steel slab projects it is planning should be raised to 4.5 million tonnes per year each, up from 3 million tonnes previously, a CSN spokeswoman said Friday.

The two projects both remain at the feasibility study stage. One would be sited on a 900-hectare site already owned by CSN at Itaguai, Rio de Janeiro state, and is being studied as a joint-venture project with Chinese steelmaker Shanghai Baosteel Group Corp. The studies on this project should be finished by the end of 2006, according to CSN.

The second project might be set up either in Minas Gerais or Rio de Janeiro state. A decision on the site for this project also is expected by the end of 2006, the spokeswoman said.

The two slab projects would cost about $3.5 billion under the revised plan. The investment will be competitive due to the planned use of Chinese machinery for the projects, she indicated.

The tentative start-up date for the two slabmaking projects would be 2011, she said.

The slab produced would be directed partly at Baosteel if it is confirmed as a partner, as well as at CSN's rolling operations abroad.

These include cold-rolled and galvanized producers CSN LLC in Terre Haute, Ind., and Lusosider in Portugal, and could in the future include Wheeling-Pittsburgh Steel Corp., Wheeling, W.Va., where a decision is due Nov. 17 on a tie-up with CSN.

The new slab plants would join CSN's existing 5.8 million tonnes per year of raw steel capacity at Volta Redonda, Rio de Janeiro state and a new 500,000-tonne-per-year long products plant, also to be set up at Volta Redonda.

This plant is already under construction and should start up in 18 months, the spokeswoman said.

ADVERTISER LINKS

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

35

1262697.1

**Attachment 35**
*Brasil's Usiminas Casts Sights Abroad For New Slab Project Partner,* American Metal Market (August 29, 2006)



**AMERICAN METAL MARKET**

## Steel

# Brazil's Usiminas casts sights abroad for new slab project partner

*Aug-29-2006 7:14PM*

By Diana Kinch

RIO DE JANEIRO -- Brazilian steelmaker Usinas Siderúrgicas de Minas Gerais SA (Usiminas), Belo Horizonte, is seeking a partner for its planned 5-million-tonne-a-year slab project among companies that already have, or plan to set up, rolling capacity abroad.

"We are not interested in the slab spot market," a company spokesman said. "We wish to have a partner abroad who will guarantee to take slab produced for a rolling mill installation."

The company is holding talks with potential partners globally, the spokesman added. "By 2007, this project should be fully defined. It should probably start up between 2010 and 2012."

According to the basic project approved and announced by Usiminas' board in December 2005, the company will likely take a 51-percent stake in the $3-billion slab project. Iron ore miner Cia. Vale do Rio Doce (CVRD), Rio de Janeiro, is expected to take a direct stake of around 10 percent, in addition to its indirect participation in the project via its existing shareholding in Usiminas.

CVRD also will provide the iron ore for the new slab plant, the spokesman said.

CVRD holds 23 percent of Usiminas' ordinary capital outside the steelmaker's controlling shareholders' group. However, it is negotiating to switch part of this capital to a holding in the control group, which according to press reports represents around 10 percent. A share in the control group would give the mining company far greater influence over strategic decisions made by the steelmaker, such as those regarding the new slab plant.

The location of the planned plant hasn't yet been decided, except that it will be in southeast Brazil, where there is more infrastructure than in other parts of the country.

Talks are under way on the project with local governments in Rio de Janeiro, São Paulo, Espirito Santo and Minas Gerais states, the spokesman said. The Cubatão, São Paulo state, site of Usiminas flat products subsidiary Cia. Siderúrgica Paulista (Cosipa), São Paulo, could be "an interesting site for the new plant," he added.

Usiminas has definitely decided against installing a new blast furnace at its Ipatinga site in Minas Gerais state, which has crude steel capacity of 4.7 million tonnes a year, the spokesman confirmed.

Meanwhile, Usiminas recently gained the final environmental license to install a new 750,000-tonne-a-year coke plant at a total investment of around $200 million, with startup envisaged for 2009.

"This new installation will make Usiminas self sufficient in coke and less vulnerable to changes in the coke market," the spokesman said. The company imports around 15 percent of its coke requirement from China.

---

**ADVERTISER LINKS**

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.

Another development will be the construction of a new thermoelectric power plant, which should ensure 53-percent electrical energy self-sufficiency for the Ipatinga plant. The company has already contracted the building work for the project, the spokesman said.

Usiminas' steelmaking capacity totals around 10 million tonnes a year, including Ipatinga and Cubatão in Brazil and participation in steelmakers abroad, including Ternium SA.

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

36

1262697.1

**Attachment 36**
*Russia's Severstal Wants to Ship More Steel to U.S.,*
**Reuters (February 2, 2004)**

Forbes.com: Russia's Severstal wants to ship more steel to U.S.
Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 207 of 250
Page 1 of 4



StreetTalk with Bob Lenzner





Jump | Free Trial Issue     Search | Advanced Search
Select Section                                          [ ] Go
U.S. | EUROPE | ASIA     HOME PAGE FOR THE WORLD'S BUSINESS LEADERS



HOME  BUSINESS  TECHNOLOGY  MARKETS  WORK  LISTS  PERSONAL FINANCE  LIFESTYLE

Home > Breaking News

[x] REUTERS

# Russia's Severstal wants to ship more steel to U.S.

Reuters, 02.02.04, 7:56 AM ET

**Related quotes**

| F | 14.54 | + 0.00 |
| SWC | 11.46 | + 0.00 |

1/30/04 4:02:00 PM ET

[ get quotes ]



MOSCOW, Feb 2 (Reuters) - Russian steel giant Severstal <CHMF.RTS> <CHMF.RTS>, fresh from its first acquisition in the United States, said on Monday it would ask the U.S. Commerce Department to allow it to ship more steel to the United States.

Last Friday, Severstal completed the acquisition of bankrupt U.S. firm Rouge Industries Inc, one of the largest suppliers of steel to car giants such as Ford Motor (nyse: F - news - people) Co.

The purchase, likely to increase Severstal's presence in the global car market, was the second move by a major Russian metals company into the U.S. market after Norilsk Nickel <GMKN.RTS> <GMKN.RTS> took over U.S.-based platinum firm Stillwater Mining (nyse: SWC - news - people) Co.

"We would like to present Rouge Industries (nyse: ROU - news - people) with a plan for its financial revitalisation by this spring," said Severstal spokeswoman Olga Yezhova.

ADVERTISEMENT




Balance

Business class is different on British Air



BRITISH AIRW

**E-Mail Alerts**

Get stories by e-mail on this topic.

**Companies**
[ ] F          [ ] ROU
[ ] SWC

**Topics**
[ ] International Trade   [ ] Metals - nc
[ ] Metals - Steel       [ ] Domestic F

"As part of this plan we intend to ask the U.S. Commerce Department to allow us to supply more steel slab there."

Severstal, one of Russia's biggest exporters of steel, had previously said foreign firms with U.S. assets tended to obtain such permission. The company shipped a mere 2,000 tonnes of steel and products to the United States last year.

But Washington's recent decision to abolish three-year steel import duties that the United States slapped on countries including Russia, is likely to trigger major export growth from Russia.

Dmitry Goroshkov, Severstal's sales director, said in a recent media interview that Severstal could sell "hundreds of thousands of tonnes of steel" to the United States this year as a result.

Yezhova said Severstal had never supplied slab to Rouge before. Severstal plans to invest up to $45 million a year in its U.S. partner.

A U.S. bankruptcy court has allowed the sale of Rouge to Severstal for about $285.5 million. Through its U.S. vehicle, Severstal has also bought Rouge's 50 percent stake in Double Eagle Steel Coating Company -- the world's largest electro-galvanising line that produces galvanised sheet steel for cars. Severstal North America has also acquired Rouge's 48 percent stake in Spartan Steel Coating, a hot dip galvanizing firm.

Copyright 2004, Reuters News Service

Enter E-Mail Address:                    FAQ | Priv

Sign Me Up!

WIRELESS          DESK
(•))—ALERTS       ALERT

Mortgage Services from Homebound Mor

Apply For A Mortgage
Today's Mortgage Rates
Home Equity
Mortgage Calculator
Free Credit Report
FHA & VA Mortgage Loans
Buyers Calculator
How Much Can You Borrow?
Should I Refinance?
Low Home Equity Rates



Subscribe to Forbes
FREE Trial Issue

Please enter your name and email to

Name:                    Email:

Continue

Click 'Continue' to complete your subscription c

eLibrary @ Forbes.com
Research topics related to this story in the e
news and magazine archives.

International Trade          Metals - non-fe

Metals - Steel               Domestic Politi

37

1262697.1

**Attachment 37**
***Tin and Chromium Coated Steel Sheet from Japan,*** **Inv.
No. 731-TA-860 (Review), USITC Pub. 3860 (June
2006) at V-8**

# U.S. International Trade Commission

Washington, DC 20436
*www.usitc.gov*

# Tin-and Chromium-Coated Steel Sheet From Japan

Investigation No. 731-TA-860 (Review)



**Publication 3860**                                                      **Juue 2006**

Table V-3
TCCSS:  Weighted-average f.o.b. prices and quantities of domestic product 1[1] by quarters,
January 2000-December 2005

| Period | United States | | Japan | | |
| | Price (per short ton) | Quantity (short tons) | Price (per short ton) | Quantity (short tons) | Margin |
|---|---|---|---|---|---|
| **2000:** Jan.-Mar. | $631.88 | 83,895 | $*** | *** | *** |
| Apr.-June | 622.97 | 101,332 | *** | *** | *** |
| July-Sept. | 577.49 | 115,636 | *** | *** | *** |
| Oct.-Dec. | 635.10 | 100,474 | | - | - |
| **2001:** Jan.-Mar. | 610.57 | 97,586 | - | - | - |
| Apr.-June | 619.44 | 105,200 | - | - | - |
| July-Sept. | 607.56 | 119,018 | - | - | - |
| Oct.-Dec. | 610.98 | 107,240 | - | - | - |
| **2002:** Jan.-Mar. | 601.54 | 114,456 | - | - | - |
| Apr.-June | 599.01 | 114,770 | - | - | - |
| July-Sept. | 598.53 | 129,480 | - | - | - |
| Oct.-Dec. | 602.05 | 142,997 | - | - | - |
| **2003:** Jan.-Mar. | 608.72 | 130,142 | - | - | - |
| Apr.-June | 608.37 | 123,799 | - | - | - |
| July-Sept. | 610.32 | 133,672 | - | - | - |
| Oct.-Dec. | 595.36 | 155,435 | - | - | - |
| **2004:** Jan.-Mar. | 622.75 | 166,192 | - | - | - |
| Apr.-June | 661.91 | 126,730 | - | - | - |
| July-Sept. | 677.89 | 136,606 | - | - | - |
| Oct.-Dec. | 676.80 | 163,447 | - | - | - |
| **2005:** Jan.-Mar. | 743.99 | 140,014 | - | - | - |
| Apr.-June | 761.35 | 140,923 | - | - | - |
| July-Sept. | 744.65 | 120,683 | - | - | - |
| Oct.-Dec. | 717.93 | 113,276 | - | - | - |

[1] Single reduced, electrolytic tin plate with base box weights of 75 lbs.-95 lbs. inclusive, in coils.

Source:  Compiled from data submitted in response to Commission questionnaires.

V-8

38

1262697.1

**Attachment 38**
***Tin and Chromium Coated Steel Sheet from Japan,*** **Inv.
No. 731-TA-860 (Review), USITC Pub. 3860 (June
2006) at Table III-8**

# U.S. International Trade Commission

Washington, DC 20436
*www.usitc.gov*

# Tin-and Chromium-Coated Steel Sheet From Japan

Investigation No. 731-TA-860 (Review)



**Publication 3860**

**Juue 2006**

Table III-8
TCCSS: Results of producers on their operations,[1] fiscal years 2000-05

| Item | Fiscal year | | | | | |
|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| | Quantity (*short tons*) | | | | | |
| Net sales | 3,358,878 | 2,940,949 | 3,132,312 | 2,936,145 | 3,048,847 | 2,695,138 |
| | Value (*1,000 dollars*) | | | | | |
| Net sales | 1,975,725 | 1,740,481 | 1,872,924 | 1,778,843 | 2,016,042 | 2,016,252 |
| Cost of goods sold: | | | | | | |
|   Raw materials | 789,685 | 689,177 | 719,888 | 732,165 | 1,046,238 | 973,472 |
|   Direct labor | 347,663 | 339,030 | 338,532 | 348,520 | 321,014 | 327,012 |
|   Other factory costs | 820,709 | 704,021 | 746,999 | 541,837 | 556,285 | 620,266 |
|   Total cost of goods sold | 1,958,057 | 1,732,228 | 1,805,419 | 1,622,522 | 1,923,537 | 1,920,750 |
| Gross profit | 17,668 | 8,253 | 67,505 | 156,321 | 92,505 | 95,502 |
| SG&A expenses | 97,321 | 81,965 | 79,271 | 133,678 | 110,965 | 110,244 |
| Operating income/(loss) | (79,653) | (73,712) | (11,766) | 22,643 | (18,460) | (14,742) |
| Other expense/(income), net | 42,556 | 135,615 | 34,447 | 302,831 | 18,288 | 6,979 |
| Net income/(loss) before taxes | (122,209) | (209,327) | (46,213) | (280,188) | (36,748) | (21,721) |
| Depreciation/amortization | 115,251 | 111,843 | 90,390 | 73,878 | 54,261 | 45,744 |
| Cash flow | (6,958) | (97,484) | 44,177 | (206,310) | 17,513 | 24,023 |
| | Ratio to net sales (percent) | | | | | |
| Cost of goods sold: | | | | | | |
|   Raw materials | 40.0 | 39.6 | 38.4 | 41.2 | 51.9 | 48.3 |
|   Direct labor | 17.6 | 19.5 | 18.1 | 19.6 | 15.9 | 16.2 |
|   Other factory costs | 41.5 | 40.5 | 39.9 | 30.5 | 27.6 | 30.8 |
|   Total cost of goods sold | 99.1 | 99.5 | 96.4 | 91.2 | 95.4 | 95.3 |
| Gross profit | 0.9 | 0.5 | 3.6 | 8.8 | 4.6 | 4.7 |
| SG&A expenses | 4.9 | 4.7 | 4.2 | 7.5 | 5.5 | 5.5 |
| Operating income/(loss) | (4.0) | (4.2) | (0.6) | 1.3 | (0.9) | (0.7) |
| Net income/(loss) | (6.2) | (12.0) | (2.5) | (15.8) | (1.8) | (1.1) |
| | Number of firms reporting | | | | | |
| Operating losses | 2 | 4 | 1 | 2 | 2 | 2 |
| Data | 5 | 5 | 4 | 4 | 4 | 4 |

Table continued on next page

Table III-8--*Continued*
TCCSS:  Results of producers on their operations,[1] fiscal years 2000-05

| Item | Fiscal year | | | | | |
|------|------|------|------|------|------|------|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| | Unit value (*dollars per short ton*) | | | | | |
| Net sales values | 588 | 592 | 598 | 606 | 661 | 748 |
| Cost of goods sold: | | | | | | |
| Raw materials | 235 | 234 | 230 | 249 | 343 | 361 |
| Direct labor | 104 | 115 | 108 | 119 | 105 | 121 |
| Other factory costs | 244 | 239 | 238 | 185 | 182 | 230 |
| Total cost of goods sold | 583 | 589 | 576 | 553 | 631 | 713 |
| Gross profit | 5 | 3 | 22 | 53 | 30 | 35 |
| SG&A expenses | 29 | 28 | 25 | 46 | 36 | 41 |
| Operating income/(loss) | (24) | (25) | (4) | 8 | (6) | (5) |

[1] The producers are LTV, Mittal, Ohio Coatings, U.S. Steel, and USS-POSCO.  LTV exited the industry in 2001.

Source: Compiled from data submitted in response to Commission questionnaires.

From 2000 to 2003, unit sales values and unit operating costs (cost of goods sold and selling, general, and administrative (SG&A) expenses combined) both hovered at approximately $600 per ton, with unit sales values gradually increasing and unit operating costs gradually decreasing.  Within the individual cost components, there were moderate increases in raw materials cost (mostly in 2003) and direct labor cost (mostly in 2001 and 2003), a more pronounced increase in SG&A expenses (in 2003), and a distinct decrease in other factory costs in 2003.

While increases in unit direct labor costs were reported by three of the four producers operating continuously from 2000 to 2003 (LTV ceased operations in 2001), the sharp drop in unit other factory costs is *** attributed the decline to the cost savings following the *** operations, the removal of the ***, and a change in its internal accounting that resulted in the movement in certain costs (***) from *** expenses.[25]  Finally, the *** is ***, largely because of the shift in costs from ***, but also (in 2003) because of a ***.[26]

Unit sales values as well as the individual costs components of cost of goods sold all increased from 2003 to 2005.  The large increase in raw materials ($112 per ton) was the result of price increases in scrap and other raw material inputs, while the increase in other factory costs ($45 per ton) was largely the combination of decreased production and increased utility costs.

The domestic industry reported large other expenses in 2001 and 2003.  In both years, the expenses were due to increases in *** pension and post retirement health care liabilities, which in turn were the result of work force reductions and restructuring.  *** incurred charges of *** in 2001 (with *** allocated to TCCSS), and another *** in 2003 (with *** allocated to TCCSS).  In addition to these non-operating expenses, *** also incurred *** in operating expenses related to shutdown and buy-out expenses in 2005.

Selected company-by-company data are presented in table III-9.  The data illustrate the operational and cost differences between the different producers.  In particular, the raw material costs for

[25] March 15, 2006 *** submission at 2 and *** posthearing brief, p 14.

[26] In support of its claim that certain costs were moved from *** expenses, *** points out that the *** expenses in 2003 (*** per ton) are far less than the *** costs (*** per ton).  *** posthearing brief, p. 15.

39

1262697.1

**Attachment 39**
*Mittal Shows Little Interest in Weirton Furnace Sale,*
**American Metal Market (May 5, 2006)**

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 220 of 250
AMM:Mittal shows little interest in Weirton furnace sale
Page 1 of 2



**AMERICAN METAL MARKET**

## Top Stories

# Mittal shows little interest in Weirton furnace sale

*May-5-2006 12:49PM*

By Scott Robertson

PITTSBURGH -- Mitchell A. Hecht, former chief financial officer at International Steel Group Inc., wants to buy and restart two idle blast furnaces in Weirton, W.Va. Standing in his way, he says, is the inattention of the furnaces' current owner, Mittal Steel Co NV., the world's largest steelmaker.

"I know right now they have bigger fish to fry," Hecht said about Mittal Steel's efforts to acquire Arcelor SA, the world's second-largest steel producer. "But I think once they can focus on this, they'll find it's a win-win-win situation" for Mittal, for Hecht's recently formed Hampshire Steel Investments and for as many as 200 unemployed steelworkers in West Virginia.

Hecht confirmed Thursday that he has made an offer to buy the former Weirton Steel Corp. blast furnaces from Mittal Steel USA Inc. Those furnaces were idled a year ago when Mittal decided to reduce steel production to better align it with demand at the time. The company never brought back the furnaces-among the highest cost in Mittal's arsenal-instead redirecting efforts on the Weirton plant's tinplate business.

Hecht envisions starting a new company around the furnaces with an initial investment of about $10 million, including the purchase price. Additional working capital would be needed as well.

Employees of the new company would receive an unspecified ownership interest. Hecht said employee involvement would not be on the order of an employee stock ownership plan (ESOP), the likes of which once operated at Weirton Steel. "It's not going to be an ESOP. But I want the employees to be involved," he said.

"The furnaces are in good shape," Hecht said. "They would require some prep work to bring them back. We're not talking about major dollars initially. Long-term, I think we are looking at investment on the level of several tens of millions of dollars."

His plan is to sell pig iron produced on-site and invest further in alternative methods of ironmaking.

"We think it is a win for all parties," he said. "It's a win for the (Independent Steelworkers Union) in that it would bring people back to work. It's a win for Mittal because it would allow them to enhance their good standing with the union, in the community and in the region. And it would be a win for us because we think we can make money selling pig and trying to invest in alternate methods of ironmaking. I have become intrigued over the past year with advances in alternative ironmaking that are being made in other countries. I think there are some positive things that can be done in that area."

The ISU, which represents hourly workers at what is now known as Mittal Steel-Weirton, expects 80 jobs would be created by restarting one furnace and as many as 200 jobs if both furnaces are operating,

ADVERTISER LINKS

**AMM Auto Steel and Metals**
A new AMM conference focusing on the changing face of the auto market and how its consumption of metals will be impacted.
AMM Events

**AMM Moving Metals**
Join us as we examine transport and logistics in the metals industry.
AMM Events

**North American Steel Markets Monthly**
Detailed market analysis from the raw materials sector through to the markets for finished steel products.
AMM Research

**International Scrap Directory**
Discover hundreds of new leads in the global scrap market.
MB Directory

**MB International Aluminum**
The must-attend global aluminum event.
MB Events

Case 1:06-cv-01360-ESH    Document 8-2    Filed 02/13/2007    Page 221 of 250

according to Mark Glyptis, president of the ISU. About 1,000 union jobs have been eliminated at Mittal Steel-Weirton since the furnaces were idled.

Glyptis indicated that Mittal Steel appeared unwilling to part with the assets.

Hecht expressed a more positive view. "I have made an offer to them and they have responded to that offer with some questions," he said. "I have responded to their questions and we are moving the process forward. Frankly, they are thinly staffed at this point and their attention is diverted to what they are doing with Arcelor. I think once they get through (dealing with Arcelor) and have a chance to focus on this offer, they'll see it as something positive."

Hecht said he has not heard anything negative from Mittal with regard to his offer. "We are going through the process. Mittal Steel USA is a relatively small part, about 10 percent, of the global company. Right now (the parent company) has their attention elsewhere. I am confident that once they turn their attention and get focused on this offer, we'll be able to get something done."

Hecht's Hampshire Steel Investments is a private hedge fund that aims to invest in steel equities. Before becoming involved with International Steel Group, which was acquired by steel mogul Lakshmi N. Mittal last year and merged with his other U.S. holdings to form Mittal Steel USA, Hecht spent time with Bankers Investment, PaineWebber Inc. and as an independent consultant.

DISCLAIMER/COPYRIGHT © 2006 AMERICAN METAL MARKET LLC.

40

1262697.1

**Attachment 40**
*Mittal Plans to Sell Dofasco, Hecht Waits for Weirton,*
**Steel Business Briefing (August 16, 2006)**

**Mittal still plans to sell Dofasco, Hecht waits for Weirton**

**Wednesday, 16 August 2006**

Whilst the Arcelor side of the Arcelor Mittal merger maintains that Dofasco cannot be sold to ThyssenKrupp, there still appears to be a differing opinion coming from the Mittal camp. In fact, that opinion seems strong enough that Mittal Steel USA declines to say if one of its other tinplate plants will be sold to satisfy regulators' concerns.

A Mittal Steel USA spokesman tells **Steel Business Briefing** that no decision is forthcoming shortly on whether the Sparrows Point, Maryland works or the Weirton, West Virginia works will be sold to comply with US Justice Department concerns over a controlling interest in the US tin mill products market place.

He says that's because European management – at least those from the Mittal side of the equation – still believe Dofasco can be sold to TK under an agreement the two sides forged in January.

Meanwhile, Mitch Hecht, the former ISG executive who has expressed an interest in Weirton's now-shuttered hot end, tells SBB he's still interested in the slab making operation and that he is also willing to partner with the works' independent union to purchase the rolling operations as well if Mittal is keen to sell them.

Saying the Weirton hot strip mill "is a very attractive asset," Hecht says he will bring in financial partners to again combine the rolling and finishing operations with the hot end to make the works profitable.

He adds, however, "We're sitting here waiting to see which way Mittal will go" with the sale of one of the properties.

41

1262697.1

# Attachment 41
## "HHI Impact of Alternative Divestiture Scenarios"

# Arcelor-Mittal Merger – Competitive Impact for U.S. Tin Consumers

## HHI Impact of Alternative Divestiture Scenarios

We calculate the HHI for the U.S. tin market using market shares reported in the DOJ Competitive Impact Statement. Market shares for the two foreign suppliers (Rasselstein and Corus) were estimated using U.S. import statistics.

Prior to the Mittal-Arcelor merger we estimate the market shares as follows:

|                    | Market Share |
|--------------------|--------------|
| USS                | 44%          |
| Mittal             | 31%          |
| Ohio Coatings      | 8%           |
| Dofasco-Arcelor-EU | 6%           |
|                    |              |
| Rasselstein        | 5%           |
| Corus              | 6%           |

Mittal's market share (31%) can be divided into Weirton (18.6%) and Sparrows Point (12.4%). Arcelor's market share can be divided into Dofasco (4.0%) and Arcelor-EU (2.0%).

In the following pages we present a separate HHI calculation for each potential divestiture. Given that certain options involve the high likelihood that a U.S. firm will fail, we are forced to make an assumption about how the surviving firms' market share will be reallocated. For simplicity we assume that the surviving firms' market share will grow in proportion to their current share.

For instance, if Weirton is divested by Mittal-Arcelor but subsequently fails, 18.6% of the tin market will disappear and 81.4% survives. We assume that the surviving firms' market share will remain in proportion to their current shares. That is, USS's current market share is 44%; our assumption implies that USS's market share following the failure of Weirton would be

$$44\%/(81.4\%) = 54.05\%$$

We stress that our assumption is very optimistic (i.e., pro-competitive) as it implies the foreign suppliers' market share also increases. Given the U.S. tin industry's protectionist history, such market share increases could easily result in an antidumping petition against foreign suppliers. As exemplified

by the 2000 tin case against Japan antidumping actions often result in the
foreign country exiting the U.S. market. This prospect makes it even more
imperative that the DOJ pursue a divestiture that maximizes that chance
that all U.S. production will remain viable.

*Prepared by WFG*                                        *Competitive Impact Analysis: Alternative Remedies*

## HHI Tin Market - Summary Tabulation
Eastern U.S. Regional Market

|  | HHI | Loss of Mkt Size (%) |
|---|---|---|
| Market Condition (Pre-merger) | 3,058 | |
| Market Condition (Post-merger) - No Divestiture | 3,446 | |
| *Change in HHI* | *388* | |

**Market Condition (Post-merger) - Weirton Divested (independent)**

|  | HHI | Loss of Mkt Size (%) |
|---|---|---|
| Weirton Survives (highly unlikely) | 2,761 | |
| Weirton Fails (very likely) | 3,645 | 18.6% |

**Market Condition (Post-merger) - Sparrows Point Divested (independent)**

|  | HHI | Loss of Mkt Size (%) |
|---|---|---|
| Weirton Survives (unlikely beyond the very short term) | 2,836 | |
| Weirton Fails (likely within a few years) | 3,421 | 18.6% |

**Market Condition (Post-merger) - Sparrows Point Divested (independent)**

|  | HHI | Loss of Mkt Size (%) |
|---|---|---|
| S-Point TMP Operations Survive | 2,836 | |
| S-Point TMP Operations Shuttered | 3,495 | 12.4% |

**Market Condition (Post-merger) - Sparrows Point Divested (to USS)**

|  | HHI | Loss of Mkt Size (%) |
|---|---|---|
| S-Point TMP Operations Survive | 3,927 | |
| S-Point TMP Operations Shuttered | 3,495 | 12.4% |

**Market Condition (Post-merger) - Dofasco Divested (independent)**

|  | HHI | |
|---|---|---|
|  | 3,182 | |

**Market Condition (Post-merger) - Dofasco Divested to TK**

|  | HHI | |
|---|---|---|
|  | 3,222 | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

*Prepared by WFG*                                    *Competitive Impact Analysis: Alternative Remedies*

## HHI Tin Market
Eastern U.S. Regional Market

| Market Condition (Pre-merger) | | |
|---|---|---|
| | Mkt Share | MShr-Sqr |
| USS | 44% | 0.19360 |
| Mittal | 31% | 0.09610 |
| Ohio Coatings | 8% | 0.00640 |
| Dofasco-Arcelor-EU | 6% | 0.00360 |
| | | |
| Rasselstein | 5% | 0.00245 |
| Corus | 6% | 0.00366 |
| | | |
| HHI | 3,058 | |

| Key Market Shares | |
|---|---|
| Weirton | 18.6% |
| Sparrows Point | 12.4% |
| Dofasco | 4.0% |
| Arcelor-EU | 2.0% |

| Market Condition (Post-merger) - No Divestiture | | |
|---|---|---|
| | Mkt Share | MShr-Sqr |
| USS | 44% | 0.19360 |
| Mittal-Arcelor | 37% | 0.13690 |
| Ohio Coatings | 8% | 0.00640 |
| Rasselstein | 5% | 0.00245 |
| Corus | 6% | 0.00366 |
| | | |
| | 100% | |
| HHI | 3,430 | |

| Market Condition (Post-merger) - Weirton Divested (independent) | | | | |
|---|---|---|---|---|
| | Weirton Survives | | Weirton Fails | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 44.0% | 0.19360 | 54% | 0.29218 |
| Mittal-Arcelor | 18.4% | 0.03386 | 23% | 0.05110 |
| Ohio Coatings | 8.0% | 0.00640 | 10% | 0.00966 |
| Weirton | 18.6% | 0.03460 | | |
| Rasselstein | 5% | 0.00245 | 6% | 0.00370 |
| Corus | 6% | 0.00366 | 7% | 0.00552 |
| | | | | |
| HHI | 2,746 | | 3,622 | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

## HHI Tin Market
Eastern U.S. Regional Market

| Market Condition (Post-merger) - Sparrows Point Divested (independent) | | | | |
|---|---|---|---|---|
| | **Weirton Survives** | | **Weirton Fails** | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 44.0% | 0.19360 | 54% | 0.29218 |
| Mittal-Arcelor | 24.6% | 0.06052 | 7.4% | 0.00543 |
| Ohio Coatings | 8.0% | 0.00640 | 10% | 0.00966 |
| Sparrows Point | 12.4% | 0.01538 | 15% | 0.02321 |
| Rasselstein | 5% | 0.00245 | 6% | 0.00370 |
| Corus | 6% | 0.00366 | 7% | 0.00552 |
| | | | | |
| **HHI** | **2,820** | | **3,397** | |

| Market Condition (Post-merger) - Sparrows Point Divested (independent) | | | | |
|---|---|---|---|---|
| | **S-Point TMP Operations Remain in Operation** | | **S-Point TMP Operations Shuttered** | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 44.0% | 0.19360 | 50% | 0.25229 |
| Mittal-Arcelor | 24.6% | 0.06052 | 28% | 0.07886 |
| Ohio Coatings | 8.0% | 0.00640 | 9% | 0.00834 |
| Sparrows Point | 12.4% | 0.01538 | | 0.00000 |
| Rasselstein | 5% | 0.00245 | 6% | 0.00319 |
| Corus | 6% | 0.00366 | 7% | 0.00477 |
| | | | | |
| **HHI** | **2,820** | | **3,475** | |

| Market Condition (Post-merger) - Sparrows Point Divested (to USS) | | | | |
|---|---|---|---|---|
| | **S-Point TMP Operations Remain in Operation** | | **S-Point TMP Operations Shuttered** | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 56.4% | 0.31810 | 50% | 0.25229 |
| Mittal-Arcelor | 24.6% | 0.06052 | 28% | 0.07886 |
| Ohio Coatings | 8.0% | 0.00640 | 9% | 0.00834 |
| | | | 0% | 0.00000 |
| Rasselstein | 5% | 0.00245 | 6% | 0.00319 |
| Corus | 6% | 0.00366 | 7% | 0.00477 |
| | | | | |
| **HHI** | **3,911** | | **3,475** | |

| Market Condition (Post-merger) - Dofasco Divested (independent) | | |
|---|---|---|
| | Mkt Share | MShr-Sqr |
| USS | 44% | 0.19360 |
| Mittal-Arcelor | 33% | 0.10890 |
| Ohio Coatings | 8% | 0.00640 |
| Rasselstein | 5% | 0.00245 |
| Corus | 6% | 0.00366 |
| Dofasco | 4% | 0.00160 |
| | | |
| **HHI** | **3,166** | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

# HHI Tin Market
Eastern U.S. Regional Market

| Market Condition (Post-merger) - Dofasco Divested to ThyssenKrupp | | |
|---|---|---|
| | Mkt Share | MShr-Sqr |
| USS | 44% | 0.19360 |
| Mittal-Arcelor | 33% | 0.10890 |
| Ohio Coatings | 8% | 0.00640 |
| Rasselstein-Dofasco (TK) | 9% | 0.00801 |
| Corus | 6% | 0.00366 |
| | | |
| HHI | 3,206 | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

*Prepared by WFG*                                                              *Competitive Impact Analysis: Alternative Remedies*

# HHI Tin Market
Eastern U.S. Regional Market

**Market Condition (Pre-merger)**

| | Mkt Share | MShr-Sqr |
|---|---|---|
| USS | 44% | 0.19360 |
| Mittal | 31% | 0.09610 |
| Ohio Coatings | 8% | 0.00640 |
| Dofasco-Arcelor-EU | 6% | 0.00360 |
| | | |
| Rasselstein | 5% | 0.00245 |
| Corus | 6% | 0.00366 |
| | | |
| **HHI** | **3,058** | |

| Key Market Shares | |
|---|---|
| Weirton | 18.6% |
| Sparrows Point | 12.4% |
| Dofasco | 4.0% |
| Arcelor-EU | 2.0% |

**Market Condition (Post-merger) - No Divestiture**

| | Mkt Share | MShr-Sqr |
|---|---|---|
| USS | 44% | 0.19360 |
| Mittal-Arcelor | 37% | 0.13690 |
| Ohio Coatings | 8% | 0.00640 |
| Rasselstein | 5% | 0.00245 |
| Corus | 6% | 0.00366 |
| | 100% | |
| **HHI** | **3,430** | |

**Market Condition (Post-merger) - Weirton Divested (independent)**

| | Weirton Survives | | Weirton Fails | |
|---|---|---|---|---|
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 44.0% | 0.19360 | 54% | 0.29218 |
| Mittal-Arcelor | 18.4% | 0.03386 | 23% | 0.05110 |
| Ohio Coatings | 8.0% | 0.00640 | 10% | 0.00966 |
| Weirton | 18.6% | 0.03460 | | |
| Rasselstein | 5% | 0.00245 | 6% | 0.00370 |
| Corus | 6% | 0.00366 | 7% | 0.00552 |
| **HHI** | **2,746** | | **3,622** | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

*Prepared by WFG*                                    *Competitive Impact Analysis: Alternative Remedies*

# HHI Tin Market
Eastern U.S. Regional Market

| Market Condition (Post-merger) - Sparrows Point Divested (independent) | | | | |
|---|---|---|---|---|
| | Weirton Survives | | Weirton Fails | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 44.0% | 0.19360 | 54% | 0.29218 |
| Mittal-Arcelor | 24.6% | 0.06052 | 7.4% | 0.00543 |
| Ohio Coatings | 8.0% | 0.00640 | 10% | 0.00966 |
| Sparrows Point | 12.4% | 0.01538 | 15% | 0.02321 |
| Rasselstein | 5% | 0.00245 | 6% | 0.00370 |
| Corus | 6% | 0.00366 | 7% | 0.00552 |
| **HHI** | **2,820** | | **3,397** | |

| Market Condition (Post-merger) - Sparrows Point Divested (independent) | | | | |
|---|---|---|---|---|
| | S-Point TMP Operations Remain in Operation | | S-Point TMP Operations Shuttered | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 44.0% | 0.19360 | 50% | 0.25229 |
| Mittal-Arcelor | 24.6% | 0.06052 | 28% | 0.07886 |
| Ohio Coatings | 8.0% | 0.00640 | 9% | 0.00834 |
| Sparrows Point | 12.4% | 0.01538 | | 0.00000 |
| Rasselstein | 5% | 0.00245 | 6% | 0.00319 |
| Corus | 6% | 0.00366 | 7% | 0.00477 |
| **HHI** | **2,820** | | **3,475** | |

| Market Condition (Post-merger) - Sparrows Point Divested (to USS) | | | | |
|---|---|---|---|---|
| | S-Point TMP Operations Remain in Operation | | S-Point TMP Operations Shuttered | |
| | Mkt Share | MShr-Sqr | Mkt Share | MShr-Sqr |
| USS | 56.4% | 0.31810 | 50% | 0.25229 |
| Mittal-Arcelor | 24.6% | 0.06052 | 28% | 0.07886 |
| Ohio Coatings | 8.0% | 0.00640 | 9% | 0.00834 |
| | | | 0% | 0.00000 |
| Rasselstein | 5% | 0.00245 | 6% | 0.00319 |
| Corus | 6% | 0.00366 | 7% | 0.00477 |
| **HHI** | **3,911** | | **3,475** | |

| Market Condition (Post-merger) - Dofasco Divested (independent) | | |
|---|---|---|
| | Mkt Share | MShr-Sqr |
| USS | 44% | 0.19360 |
| Mittal-Arcelor | 33% | 0.10890 |
| Ohio Coatings | 8% | 0.00640 |
| Rasselstein | 5% | 0.00245 |
| Corus | 6% | 0.00366 |
| Dofasco | 4% | 0.00160 |
| **HHI** | **3,166** | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

*Prepared by WFG*                                   *Competitive Impact Analysis: Alternative Remedies*

# HHI Tin Market
Eastern U.S. Regional Market

| Market Condition (Post-merger) - Dofasco Divested to ThyssenKrupp | | |
|---|---|---|
| | Mkt Share | MShr-Sqr |
| USS | 44% | 0.19360 |
| Mittal-Arcelor | 33% | 0.10890 |
| Ohio Coatings | 8% | 0.00640 |
| Rasselstein-Dofasco (TK) | 9% | 0.00801 |
| Corus | 6% | 0.00366 |
| | | |
| HHI | 3,206 | |

*(Calculations based on information contained in DOJ Competitive Impact Statement and import statistics)*

42

1262697.1

# Attachment 42
# "Probability that Divestiture Will Improve Competition"

# Arcelor-Mittal Merger – Competitive Impact for U.S. Tin Consumers

## Probability that Divestiture Will Improve Competition

Given that divesting a tin operation from the greater Mittal-Arcelor company may result in the failure of the divested facility, the DOJ should consider the likelihood that any proposed divestiture does not hurt the market.

To determine how likely a divestiture will <u>reduce</u> competition in the U.S. tin market, we can solve for the expected value of HHI given a divestiture

$$HHI_{expected} = P_{success}HHI_{success} + P_{failure}HHI_{fail}$$

where

| | |
|---|---|
| $HHI_{expected}$ | = expected value of HHI |
| $HHI_{success}$ | = HHI if divested mill is successful (i.e., does not exit the industry) |
| $HHI_{fail}$ | = HHI if divested mill fails (i.e., exits the industry) |
| $P_{success}$ | = Probability of success |
| $P_{fail}$ | = Probability of failure (= 1- $P_{success}$ ) |

The possibility that divestiture does not lower the HHI below its pre-merger level (i.e., make the market at least as competitive as prior to the approval of the Arcelor-Mittal merger) means that the expected HHI (post divestiture) is greater than the HHI prior to the Arcelor/Mittal merger.  This can be written as

---

**Divestiture Worsens Competitive Balance if**

$$HHI_{pre-merger} \leq HHI_{expected}$$

$$= P_{success}HHI_{success} + P_{failure}HHI_{fail}$$

$$= P_{success}HHI_{success} + (1 - P_{success})HHI_{fail}$$

---

Solving for P$_{success}$ yields

---

**Divestiture Worsens Competitive Balance if**

$$P_{success} \leq \frac{\left( HHI_{pre-merger} - HHI_{failure} \right)}{\left( HHI_{success} - HHI_{fail} \right)}$$

---

In English, this equation means that if the likelihood that the divested mill will succeed is too small (i.e., P$_{success}$ is too small), the divestiture will worsen the competitive situation in the U.S. tin market.

Using the HHI's calculated in Exhibit ▨ we can use the above equation and conclude

| Policy Option | Critical Value of P$_{success}$ | Interpretation |
|---|---|---|
| Divesting Weirton | 64.3% | Unless the probability that a stand-alone Weirton will succeed is at least 64.3%, the expected result of divesting Weirton is a worsening of the competitive situation in the U.S. tin market. |
| Divest Sparrows Point | 58.7% | The key issue is Weirton's viability within Mittal if Sparrows Point is divested. Without Sparrows Point's slab-making capacity there is considerable risk that Weirton will be starved due to lack of raw material

Unless the probability that Mittal can survive without Sparrows Point is at least 58.7%, the expected result of divesting Weirton is a worsening of the competitive situation in the U.S. tin market. |

43

**Attachment 43**

**ITC Prehearing Staff Report,** *Certain Carbon Steel Products from Australia, Belgium, Brazil, Canada, Finland, France, Germany, Japan, Korea, Mexico, Poland, Romania, Spain, Sweden, Taiwan, and the United Kingdom,* **Inv. Nos. AA1921-197 (Second Review); 701-TA-319, 320, 325-328, 348, and 350 (Second Review); and 731-TA-573, 574, 576, 578, 582-587, 612, and 614-618 (Second Review) (September 25, 2006) at Tables CORE-III-8 and CTL III-9**




### UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, DC

# CERTAIN CARBON STEEL PRODUCTS FROM AUSTRALIA, BELGIUM, BRAZIL, CANADA, FINLAND, FRANCE, GERMANY, JAPAN, KOREA, MEXICO, POLAND, ROMANIA, SPAIN, SWEDEN, TAIWAN, AND THE UNITED KINGDOM

Prehearing Report to the Commission on
Investigation Nos. AA1921-197 (Second Review); 701-TA-319, 320, 325-328, 348, and 350
(Second Review); and 731-TA-573, 574, 576, 578, 582-587, 612, and 614-618 (Second Review)

Staff assigned:
Elizabeth Haines, *Investigator* (205-3200)
Michael Szustakowski, *Investigator* (205-3188)
Gerald Houck, *Industry Analyst* (205-3392)
Heather Sykes, *Industry Analyst* (205-3436)
Kelly Clark, *Economist* (205-3166)
Mary Klir, *Accountant* (205-3247)
June Brown, *Attorney* (205-3042)
David Fishberg, *Attorney* (708-2614)
Douglas Corkran, *Supervisory Investigator* (205-3057)

Staff gratefully acknowledge the contributions of the following individuals:
Mara Alexander; Gabriel Ellenberger; Lita David-Harris; Carolyn Holmes;
Steven Hudgens; Susan Louie; Mark Rees; Fred Ruggles; Lemuel Shields; and Darlene Smith

September 25, 2006

in January-June 2006 than in January-June 2005. Ten of the 18 producers operating continuously from 2000 to 2003 reported better operating profits while the other eight producers reported a decline in operating profits. As discussed in table CORE-III-9, data for 2003 are impacted by limitations in information available to *** regarding the operations of ***.

**Table CORE-III-8**
**Corrosion-resistant steel: Results of operations of U.S. producers, 2000-05, January-June 2005, and January-June 2006**

| Item | Fiscal year | | | | | | January-June | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2005 | 2006 |
| **Quantity (short tons)** | | | | | | | | |
| Total net sales | 20,077,026 | 19,561,875 | 20,890,841 | 19,290,267 | 21,916,288 | 20,389,803 | 10,108,023 | 11,349,571 |
| **Value ($1,000)** | | | | | | | | |
| Total net sales | 11,060,117 | 9,766,640 | 10,955,956 | 10,324,538 | 14,847,617 | 14,495,023 | 7,428,201 | 8,258,842 |
| COGS | 10,487,543 | 9,843,595 | 10,699,028 | 9,711,362 | 12,768,311 | 13,267,367 | 6,587,267 | 7,606,927 |
| Gross profit (loss) | 572,574 | (76,955) | 256,928 | 613,176 | 2,079,306 | 1,227,656 | 840,934 | 651,915 |
| SG&A expenses | 424,888 | 412,539 | 435,110 | 459,562 | 456,432 | 448,921 | 215,626 | 224,073 |
| Operating income (loss) | 147,686 | (489,494) | (178,182) | 153,614 | 1,622,874 | 778,735 | 625,308 | 427,842 |
| Interest expense | 270,797 | 281,813 | 219,501 | 184,218 | 190,862 | 147,755 | 71,222 | 79,063 |
| CDSOA income | 0 | 8,240 | 5,125 | 14,416 | 17,235 | 6,593 | 0 | 0 |
| Other income/(expense) | 50,357 | 6,953 | 29,850 | (58,033) | (95,415) | (101,884) | (54,609) | (45,711) |
| Net income (loss) | (72,754) | (756,114) | (362,708) | (74,221) | 1,353,832 | 535,689 | 499,477 | 303,068 |
| Depreciation | 629,065 | 632,189 | 556,215 | 433,982 | 413,178 | 396,836 | 204,831 | 213,797 |
| Cash flow | 556,311 | (123,925) | 193,507 | 359,761 | 1,767,010 | 932,525 | 704,308 | 516,865 |
| **Ratio to net sales (percent)** | | | | | | | | |
| COGS: | | | | | | | | |
| Raw materials | 42.1 | 45.3 | 44.3 | 49.4 | 51.9 | 55.8 | 55.0 | 58.3 |
| Direct labor | 11.3 | 11.5 | 9.3 | 9.8 | 8.0 | 7.9 | 7.8 | 7.7 |
| Other factory costs | 41.5 | 44.0 | 44.0 | 34.9 | 26.0 | 27.9 | 25.9 | 26.1 |
| Total COGS | 94.8 | 100.8 | 97.7 | 94.1 | 86.0 | 91.5 | 88.7 | 92.1 |
| Gross profit (loss) | 5.2 | (0.8) | 2.3 | 5.9 | 14.0 | 8.5 | 11.3 | 7.9 |
| SG&A expenses | 3.8 | 4.2 | 4.0 | 4.5 | 3.1 | 3.1 | 2.9 | 2.7 |
| Operating income (loss) | 1.3 | (5.0) | (1.6) | 1.5 | 10.9 | 5.4 | 8.4 | 5.2 |
| Net income (loss) | (0.7) | (7.7) | (3.3) | (0.7) | 9.1 | 3.7 | 6.7 | 3.7 |

Table continued on next page.

**Table CORE-III-8--Continued**
**Corrosion-resistant steel:  Results of operations of U.S. producers, 2000-05, January-June 2005, and January-June 2006**

| Item | Fiscal year | | | | | | January-June | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2005 | 2006 |
| *Unit value (per short ton)* | | | | | | | | |
| Total net sales | $551 | $499 | $524 | $535 | $677 | $711 | $735 | $728 |
| COGS: | | | | | | | | |
| Raw materials | 232 | 226 | 233 | 264 | 352 | 396 | 404 | 424 |
| Direct labor | 62 | 58 | 49 | 52 | 54 | 56 | 57 | 56 |
| Other factory costs | 228 | 220 | 231 | 187 | 176 | 198 | 191 | 190 |
| Total COGS | 522 | 503 | 512 | 503 | 583 | 651 | 652 | 670 |
| Gross profit (loss) | 29 | (4) | 12 | 32 | 95 | 60 | 83 | 57 |
| SG&A expenses | 21 | 21 | 21 | 24 | 21 | 22 | 21 | 20 |
| Operating income (loss) | 7 | (25) | (9) | 8 | 74 | 38 | 62 | 38 |
| Net income (loss) | (4) | (39) | (17) | (4) | 62 | 26 | 49 | 27 |
| *Number of firms reporting* | | | | | | | | |
| Operating losses | 5 | 10 | 7 | 6 | 1 | 4 | 2 | 6 |
| Data | 18 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |

Source:  Compiled from data submitted in response to Commission questionnaires.

The industry-wide financial results improved sharply from 2003 to 2004.  Per-unit operating income substantially improved as the increase in per-unit net sales values ($142 per short ton) was greater than the combined effects of an increase in unit cost of goods sold ("COGS") ($79 per short ton) and a decline in selling, general, and administrative ("SG&A") expenses ($3 per short ton).  The 2003 to 2004 improvement in operating income was reflected in 18 of 19 reporting firms' financial data.

The domestic industry's total and per-unit operating income again declined from 2004 to 2005 and was lower in January-June 2006 than in January-June 2005; however, 2005 operating income was still higher than in 2000-03.  In 2005, the increase in per-unit net sales values ($33 per short ton) was smaller than the increase in COGS ($68 per short ton) and SG&A expenses ($1 per short ton).  The overall decline from 2004 to 2005 was experienced by the majority (17 of 19 producers) of the industry.

Per-unit net sales values were lower ($7 per short ton) while per-unit costs and expenses were higher ($17 per short ton) in January-June 2006 as compared to January-June 2005.  The overall decline

**Table CTL-III-9**
**CTL plate:  Results of operations of U.S. mills and processors, 2000-05, January-June 2005, and January-June 2006**

| Item | Fiscal year | | | | | | January-June | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2005 | 2006 |
| Quantity (*short tons*) | | | | | | | | |
| Total net sales | 4,747,122 | 4,308,921 | 4,769,611 | 5,263,108 | 5,691,810 | 5,762,736 | 2,859,260 | 3,389,491 |
| Value (*$1,000*) | | | | | | | | |
| Total net sales | 1,731,020 | 1,467,318 | 1,627,675 | 1,906,404 | 3,609,040 | 4,213,623 | 2,202,648 | 2,486,842 |
| COGS | 1,782,446 | 1,562,873 | 1,644,041 | 1,903,185 | 2,711,059 | 3,018,911 | 1,548,290 | 1,782,419 |
| Gross profit (loss) | (51,426) | (95,555) | (16,366) | 3,219 | 897,981 | 1,194,712 | 654,358 | 704,423 |
| SG&A expenses | 111,043 | 104,762 | 97,260 | 136,865 | 104,440 | 122,899 | 58,079 | 70,415 |
| Operating income (loss) | (162,469) | (200,317) | (113,626) | (133,646) | 793,541 | 1,071,813 | 596,279 | 634,009 |
| Interest expense | 40,553 | 50,098 | 43,096 | 44,338 | 43,747 | 45,283 | 18,184 | 15,062 |
| CDSOA income | 0 | 827 | 146 | 1,508 | 2,677 | 413 | 0 | 0 |
| Other income/(expense) | 5,466 | (1,824) | 19,237 | 18,185 | 17,809 | 23,559 | (382) | 10,989 |
| Net income (loss) | (197,556) | (251,412) | (137,339) | (158,291) | 770,281 | 1,050,502 | 577,713 | 629,935 |
| Depreciation | 109,461 | 114,677 | 127,946 | 121,969 | 116,779 | 116,072 | 58,565 | 60,141 |
| Cash flow | (88,095) | (136,735) | (9,393) | (36,322) | 887,060 | 1,166,574 | 636,278 | 690,077 |
| Ratio to net sales (*percent*) | | | | | | | | |
| COGS: | | | | | | | | |
|    Raw materials | 44.0 | 43.7 | 43.9 | 48.8 | 46.6 | 45.8 | 44.8 | 43.7 |
|    Direct labor | 14.7 | 14.4 | 12.2 | 11.8 | 5.5 | 5.0 | 4.4 | 5.2 |
|    Other factory costs | 44.2 | 48.4 | 44.9 | 39.3 | 23.0 | 20.8 | 21.1 | 22.8 |
|    Total COGS | 103.0 | 106.5 | 101.0 | 99.8 | 75.1 | 71.6 | 70.3 | 71.7 |
| Gross profit (loss) | (3.0) | (6.5) | (1.0) | 0.2 | 24.9 | 28.4 | 29.7 | 28.3 |
| SG&A expenses | 6.4 | 7.1 | 6.0 | 7.2 | 2.9 | 2.9 | 2.6 | 2.8 |
| Operating income (loss) | (9.4) | (13.7) | (7.0) | (7.0) | 22.0 | 25.4 | 27.1 | 25.5 |
| Net income (loss) | (11.4) | (17.1) | (8.4) | (8.3) | 21.3 | 24.9 | 26.2 | 25.3 |

Table continued on next page.

Table CTL-III-9--*Continued*
CTL plate:  Results of operations of U.S. mills and processors, 2000-05, January-June 2005, and January-June 2006

| Item | Fiscal year | | | | | | January-June | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2005 | 2006 |
| Unit value (*per short ton*) | | | | | | | | |
| Total net sales | $365 | $341 | $341 | $362 | $634 | $731 | $770 | $734 |
| COGS: | | | | | | | | |
|   Raw materials | 161 | 149 | 150 | 177 | 295 | 335 | 345 | 320 |
|   Direct labor | 54 | 49 | 41 | 43 | 35 | 37 | 34 | 38 |
|   Other factory costs | 161 | 165 | 153 | 142 | 146 | 152 | 162 | 167 |
|   Total COGS | 375 | 363 | 345 | 362 | 476 | 524 | 542 | 526 |
| Gross profit (loss) | (11) | (22) | (3) | 1 | 158 | 207 | 229 | 208 |
| SG&A expenses | 23 | 24 | 20 | 26 | 18 | 21 | 20 | 21 |
| Operating income (loss) | (34) | (46) | (24) | (25) | 139 | 186 | 209 | 187 |
| Net income (loss) | (42) | (58) | (29) | (30) | 135 | 182 | 202 | 186 |
| Number of firms reporting | | | | | | | | |
| Operating losses | 8 | 8 | 9 | 10 | 1 | 0 | 1 | 0 |
| Data | 14 | 13 | 14 | 14 | 16 | 15 | 15 | 15 |
| Source:  Compiled from data submitted in response to Commission questionnaires. | | | | | | | | |

The industry-wide financial decline reversed from 2003 to 2005.  Per-unit operating income substantially improved as the increase in per-unit net sales values ($369 per short ton) was much greater than the combined effects of an increase in unit cost of goods sold ("COGS") ($162 per short ton) and a decline in selling, general, and administrative ("SG&A") expenses ($5 per short ton).  While *** enjoyed some of the largest increases in operating profitability from 2003 to 2005, the 2003 to 2005 increase cut across the industry, as all mills (individually) and processors (collectively) operating continuously during this time frame reported increased operating profits or smaller losses.

The domestic industry's operating income was also higher in January-June 2006 than in January-June 2005 due to the increase in net sales quantity; however, on a per-unit basis, lower net sales values ($37 per short ton) were greater in magnitude than the net reduction in COGS (lower by $16 per short ton) and SG&A expenses (higher by $0.50 per short ton).  The higher operating income level in January-June 2006 was generally reflected across the industry, as a majority (10 of 15) of firms reported greater operating income than in January-June 2005.

44

1262697.1

**Attachment 44**
*Certain Hot-Rolled Flat-Rolled Carbon-Quality Steel*
*Products From Brazil, Japan, and Russia,* **Inv. Nos. 701-**
**TA-384 and 731-TA-806-808 (Review), USITC Pub.**
**3767 (April 2005) at Table III-11**

# U.S. International Trade Commission

Washington, DC 20436
*www.usitc.gov*

# Certain Hot-Rolled Flat-Rolled Carbon-Quality Steel Products From Brazil, Japan, and Russia

Investigations Nos. 701-TA-384 and 731-TA-806-808 (Review)



**Publication 3767**                                             **April 2005**

Table III-11
Hot-rolled steel:  Results of operations of U.S. producers, commercial sales only, fiscal years 1999-2004

| Item | Fiscal year | | | | | |
|------|------|------|------|------|------|------|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| | Quantity (*short tons*) | | | | | |
| Net sales | 22,880,021 | 22,781,901 | 22,611,931 | 23,509,586 | 26,025,513 | 26,308,253 |
| | Value (*$1,000*) | | | | | |
| Net sales | 6,627,317 | 7,066,449 | 6,122,962 | 7,124,820 | 7,825,029 | 13,804,000 |
| COGS | 6,661,106 | 6,823,619 | 6,792,765 | 6,295,678 | 7,638,210 | 10,125,599 |
| Gross profit (loss) | (33,789) | 242,830 | (669,803) | 829,142 | 186,819 | 3,678,401 |
| SG&A expenses | 382,127 | 354,261 | 553,391 | 530,443 | 582,191 | 625,355 |
| Operating income(loss) | (415,916) | (111,431) | (1,223,194) | 298,699 | (395,372) | 3,053,046 |
| Interest expense | 180,546 | 166,899 | 208,621 | 159,861 | 133,690 | 124,835 |
| Other expense | 21,953 | 20,631 | 81,627 | 94,339 | 47,764 | 112,247 |
| CDSOA funds received | 0 | 0 | 58 | 422 | 2,321 | 7,273 |
| Other income items | 76,463 | 68,286 | 76,705 | 41,995 | 30,453 | 45,854 |
| Net income (loss) | (541,952) | (230,675) | (1,436,679) | 86,916 | (544,052) | 2,869,091 |
| Depreciation | 432,366 | 412,030 | 380,537 | 320,775 | 325,057 | 306,395 |
| Cash flow | (109,586) | 181,355 | (1,056,142) | 407,691 | (218,995) | 3,175,486 |
| | Value (*per short ton*) | | | | | |
| Net sales | $290 | $310 | $271 | $303 | $301 | $525 |
| COGS | 291 | 300 | 300 | 268 | 293 | 385 |
| Gross profit (loss) | (1) | 11 | (30) | 35 | 7 | 140 |
| SG&A expenses | 17 | 16 | 24 | 23 | 22 | 24 |
| Operating income | (18) | (5) | (54) | 13 | (15) | 116 |
| | Ratio to net sales (*percent*) | | | | | |
| COGS | 100.5 | 96.6 | 110.9 | 88.4 | 97.6 | 73.4 |
| Gross profit (loss) | (0.5) | 3.4 | (10.9) | 11.6 | 2.4 | 26.6 |
| SG&A expenses | 5.8 | 5.0 | 9.0 | 7.4 | 7.4 | 4.5 |
| Operating income | (6.3) | (1.6) | (20.0) | 4.2 | (5.1) | 22.1 |
| | Number of firms reporting | | | | | |
| Operating losses | 14 | 7 | 13 | 4 | 12 | 1 |
| Data | 18 | 17 | 16 | 16 | 17 | 17 |

Source:  Compiled from data submitted in response to Commission questionnaires.

III-14