## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>v.<br><br>MITTAL STEEL COMPANY N.V.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:06CV01360 (ESH)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S CERTIFICATION PURSUANT TO 15 U.S.C. § 16(g)**

1. On August 1, 2006, the United States filed a complaint and, by stipulation among all the parties, a proposal for consent judgment in this case.

2. Pursuant to 15 U.S.C. § l6(g), Mittal Steel Company N.V. ("Mittal Steel") states that between November 1, 2006 and February 20, 2007, a Mittal Steel representative had routine oral communications with several Congressional staff members to discuss the consent judgment and the possible implications for Mittal Steel's Weirton, West Virginia steel mill.

3. Mittal Steel further states that, other than the contacts described above, there have been no written or oral communications by or on behalf of Mittal Steel with an officer or employee of the United States concerning or relevant to the proposal for consent judgment filed in this case, other than communications made by counsel of record alone with employees of the Department of Justice.

4.  Mittal Steel certifies to this Court that the requirements of 15 U.S.C. § 16(g) have been complied with and that this filing is a true and complete description of the communications identified in 15 U.S.C. § 16(g) known to Mittal Steel or which Mittal Steel reasonably should have known.

Dated: April 16, 2007

                        Respectfully submitted,

                        For Defendant
                        MITTAL STEEL COMPANY N.V.

                        _____/s/ Mark Leddy_____
                        Mark Leddy (D.C. Bar No. 404833)
                        Brian Byrne (D.C. Bar No. 449881)
                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                        2000 Pennsylvania Avenue, N.W.
                        Washington, DC 20006