UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        *Plaintiff,* )<br>)<br>    v. )<br>)<br>MITTAL STEEL COMPANY N.V., )<br>)<br>        *Defendant.* )<br>) | Civil Action No. 1:06CV01360-ESH |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS
OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

Plaintiff United States of America, by the undersigned attorneys, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA" or "Tunney Act"), the following procedures have been followed in preparation for the entry of final judgments in the above-captioned matter herein:

1. Plaintiff and defendant have stipulated to the entry of the proposed Final Judgment in a stipulation filed with the Court on August 1, 2006 (the Hold Separate Order and Stipulation or "HSSO").

2. The proposed Final Judgment was filed with the Court on August 1, 2006.

3. The Competitive Impact Statement was filed with the Court on August 1, 2006.

4. The proposed Final Judgment and Competitive Impact Statement were published in the *Federal Register* on August 24, 2006. *United States v. Mittal Steel Company N.V.*, 71 Fed. Reg. 50084, 2006 WL 2431068.

5. A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, for seven days beginning on September 10, 2006 and ending on September 16, 2006.

6. Copies of the Stipulation, proposed Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's Internet site.

7. Defendant has filed with the Court a description of written or oral communications by or on behalf of the defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g). Defendant filed its description on April 16, 2007.

8. The sixty-day comment period prescribed by 15 U.S.C. §16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, ended on November 15, 2006.

9. The United States received three comments on the proposed Final Judgment. The United States filed those comments and its Response to Public Comments with the Court on February 13, 2007, and published both in the Federal Register on April 9, 2007. *United States v. Mittal Steel Company N.V.*, 72 Fed. Reg.17634, 2007 WL 1036107.

10. The parties have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the necessary public interest determination required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: April 20, 2007

Respectfully submitted,

/s/ Lowell R. Stern

LOWELL R. STERN
(D.C. Bar No. 440487)
Trial Attorney
United States Department of Justice
Antitrust Division
Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC 20530
Telephone: (202) 307-0924
Facsimile: (202) 307-6283

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April 2007, I caused a copy of the foregoing Plaintiff United States' Certificate of Compliance to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

_____
Lowell R. Stern

For Mittal Steel Company N.V.:

Mark Leddy, Esquire
Brian Byrne, Esquire
Jeremy J. Calsyn, Esquire
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006