UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01360-ESH |
| ) | |
| MITTAL STEEL COMPANY N.V., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF EXTENSION OF TIME

Plaintiff United States of America, by the undersigned attorney, hereby provides notice that pursuant to paragraph IV(B) of the proposed Final Judgment, it has granted defendant Mittal Steel Company, N.V. a thirty (30) day extension of time to divest the Sparrows Point facility. The divestiture period provided under paragraph IV(B) of the proposed Final Judgment shall expire no earlier than June 20, 2007.

Dated: May 17, 2007

Respectfully submitted,

/s/ Lowell R. Stern

LOWELL R. STERN
(D.C. Bar No. 440487)
Trial Attorney
United States Department of Justice
Antitrust Division
Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC 20530
Telephone: (202) 307-0924
Facsimile: (202) 307-6283

## CERTIFICATE OF SERVICE

I hereby certify that on this ___17th___ day of May 2007, I caused a copy of the foregoing Plaintiff United States' Notice of Extension to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

_____
Lowell R. Stern

For Mittal Steel Company N.V.:

Mark Leddy, Esquire
Brian Byrne, Esquire
Jeremy J. Calsyn, Esquire
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006