UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>               *Plaintiff,*                                    )<br>                                                                )<br>  v.                                                           )   Civil Action No.  1:06CV01360-ESH<br>                                                                )<br>MITTAL STEEL COMPANY N.V.,            )<br>                                                                )<br>               *Defendant.*                                 )<br>                                                                ) | |

## NOTICE OF EXTENSION OF TIME

Plaintiff United States of America, by the undersigned attorney, hereby provides notice that pursuant to paragraph IV(B) of the proposed Final Judgment, it has granted defendant Mittal Steel Company, N.V. a fifteen (15) day extension of time to divest the Sparrows Point facility. The divestiture period provided under paragraph IV(B) of the proposed Final Judgment shall expire no earlier than July 20, 2007.

Dated: July 5, 2007                               Respectfully submitted,

                                                              *Lowell R. Stern*
                                                                                                   JG
                                                              LOWELL R. STERN
                                                              (D.C. Bar No. 440487)
                                                              Trial Attorney
                                                              United States Department of Justice
                                                              Antitrust Division
                                                              Litigation II Section
                                                              1401 H Street, N.W., Suite 3000
                                                              Washington, DC 20530
                                                              Telephone: (202) 307-0924
                                                              Facsimile: (202) 307-6283

## CERTIFICATE OF SERVICE

I hereby certify that on this ___5th___ day of July 2007, I caused a copy of the foregoing Plaintiff United States' Notice of Extension to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

_____
Lowell R. Stern    JG

For Mittal Steel Company N.V.:

Mark Leddy, Esquire
Brian Byrne, Esquire
Jeremy J. Calsyn, Esquire
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006