UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Case No. 1:06CV01360 (ESH) |
| MITTAL COMPANY N.V., | ) ) ) ) | |
| *Defendant.* | ) ) | |

**UNOPPOSED MOTION AND MEMORANDUM OF DEFENDANT
MITTAL COMPANY N.V. IN SUPPORT OF EXTENSION OF TIME**

Defendant Mittal Company N.V. ("Mittal") respectfully moves for an extension of time through and including Monday, August 6, 2007 to accomplish the divestiture of the Sparrows Point Business as provided in Paragraph IV(B) of the Final Judgment entered by the Court on May 23, 2007. Counsel for the United States does not oppose this motion. The reasons for the motion are set forth below.

**MEMORANDUM IN SUPPORT**

As reported at the May 23, 2007 hearing before this Court, Mittal has been working diligently to complete the divestiture of the Sparrows Point facility located near Baltimore, Maryland. Over the past several months, Mittal has engaged in intense negotiations with multiple prospective buyers. The number of prospective buyers has now been narrowed and the company is in the final stages of complex contract negotiations with each of the remaining possible buyers.

The current deadline for the divestiture of Sparrows Point is Friday, July 20, 2007. Although Mittal believes it is very close to completing a final sale agreement, the negotiations are unusually complex and it is unlikely that a signed agreement will be completed by July 20. Accordingly, Mittal hereby respectfully requests an extension of the current deadline through and including August 6, 2007 to allow for these negotiations to be completed.

Mittal has informed the United States of the status of the negotiations with the final bidders and of Mittal's intention to request this extension. The United States has informed Mittal that it does not oppose this motion.

Respectfully submitted,

Dated: July 20, 2007

/s/ Mark Leddy
Mark Leddy (D.C. Bar # 404833)
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006-1801
(202) 974-1500

COUNSEL FOR MITTAL COMPANY N.V.

CERTIFICATE OF SERVICE

I, Erika J. Davis, managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 20, 2007, a copy of the foregoing Unopposed Motion and Memorandum of Defendant Mittal Company N.V. in Support of Extension of Time and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

> Maribeth Petrizzi, Esquire
> Lowell Stern, Esquire
> John Greaney, Esquire
> Stephen Harris, Esquire
> United States Department of Justice
> Antitrust Division
> 1401 H Street, N.W., Suite 3000
> Washington, DC 20530
> lowell.stern@usdoj.gov
>
> *Attorneys for the United States of America*

                                                  /s/ Erika J. Davis
                                                     Erika J. Davis