UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 1:06CV01360 (ESH) |
| ) | |
| MITTAL COMPANY N.V., ) | |
| ) | |
| *Defendant.* ) | |

## [PROPOSED] ORDER

Defendant Mittal Company N.V.'s unopposed motion for extension of time to divest the Sparrows Point facility is GRANTED.

The divestiture period provided under Paragraph IV(B) of the May 23, 2007 Final Judgment shall expire no earlier than August 6, 2007.

SO ORDERED.

_____                    _____
        Date                                              US DISTRICT COURT JUDGE