UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01360-ESH |
| ) | |
| MITTAL STEEL COMPANY N.V., ) | |
| ) | |
| Defendant. ) | |

## MOTION OF THE UNITED STATES TO APPOINT TRUSTEE

Plaintiff United States hereby moves this Court for entry of an order appointing Joseph G. Krauss of Washington, D.C. as Trustee pursuant to Section V of the Final Judgment in the above-captioned matter. The United States has informed defendant Mittal Steel Company, N.V. ("Mittal") that it is filing this motion, which, pursuant to the terms of the Final Judgment, Mittal may not oppose. In support of its motion, the United States files herewith a Memorandum in Support of Motion to Appoint Trustee and Declaration of Lowell R. Stern.

Dated: August 6, 2007

Respectfully submitted,

*/s/ Lowell Stern*
LOWELL R. STERN (D.C. Bar No. 440487)
U.S. Department of Justice Antitrust Division
Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC 20530
Telephone: (202) 307-0924
Facsimile: (202) 307-6283

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MITTAL STEEL COMPANY N.V.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV01360-ESH<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

WHEREAS plaintiff United States moved this Court on August 6, 2007, for the appointment of Joseph G. Krauss as Trustee pursuant to Section V of the Final Judgment herein; and in consideration of the motion, the supporting materials and any argument heard thereon,

IT IS HEREBY ORDERED THAT:

1. Joseph G. Krauss is appointed Trustee pursuant to Section V of the Final Judgment.

2. Notwithstanding any provision of the Final Judgment, the Trustee may satisfy his responsibility to effect the divestiture of Sparrows Point pursuant to Section V of the Final Judgment by carrying out the sale of Sparrows Point in accordance with the August 1, 2007 Agreement between Mittal Steel Company and Bethlehem Acquisition Co., provided the United States has approved of both the Agreement

and Bethlehem Acquisition Co. as an acceptable Acquirer under Section IV(J) of the Final Judgment.

_____
Hon. Ellen S. Huvelle, U.S.D.J.

Entered: August _____, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this ___6th___ day of August 2007, I caused a copy of the foregoing Motion of The United States To Appoint Trustee and Proposed Order to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

*Lowell R. Stern*

Lowell R. Stern

For Mittal Steel Company N.V.:

Mark Leddy, Esquire
Brian Byrne, Esquire
Jeremy J. Calsyn, Esquire
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006