# HOGAN & HARTSON



## JOSEPH G. KRAUSS
Partner, Washington, D.C.

**PHONE**
+1.202.637.5832

**FAX**
+1.202.637.5910

jgkrauss@hhlaw.com

### PRACTICES/INDUSTRIES
Antitrust, Competition, and Consumer Protection
Aerospace and Defense
Life Sciences
Energy

### AREAS OF FOCUS
Antitrust Counseling
Civil Investigations and Litigation
Joint Ventures
Mergers and Acquisitions

### EDUCATION
J.D., Delaware Law School of Widener University, 1983
B.S., University of Delaware, 1978

### AWARDS/RANKINGS
*Washington, D.C. Super Lawyers*, Antitrust Litigation, 2007

*Who's Who Legal: The International Who's Who of Business Lawyers*, Competition Section, 2006-2007

*Legal Media Group,* Guide to the World's Leading Competition and Antitrust Lawyers, 2005-2006

*Chambers USA*, Competition and Antitrust Section, 2005-2006

*PLC Competition Law,* "Recommended" Competition Lawyer, 2003-2007

### MEMBERSHIPS
Member, Antitrust Law Section, American Bar Association

Council Member, Antitrust Law Section, American Bar Association

Nongovernmental Advisor, Mergers Working Group of the International Competition Network

Chair, Mergers and Acquisitions Committee, Antitrust Law Section, American Bar Association, 2001-2005

Vice-Chair, Clayton Act Committee, Antitrust Law Section, American Bar Association, 1999-2001

### BAR ADMISSIONS
Delaware
District of Columbia
Pennsylvania

---

Joseph Krauss' practice is devoted entirely to the area of antitrust and economic regulation, with a particular emphasis on merger and acquisition counseling and litigation in all industries, and before federal, state, and foreign antitrust authorities.

Joe has counseled clients in numerous matters relating to mergers and acquisitions, joint ventures, distribution issues, Sherman Act, and Hart-Scott-Rodino Act compliance. He has represented clients from a number of industries, including automotive, electric utility, manufacturing, health, natural resources, e-commerce, computer hardware and software, and telecommunications, before both the U.S. Federal Trade Commission (FTC) and the Antitrust Division of the U.S. Department of Justice in merger investigations, civil nonmerger investigations, and in compliance matters before the agencies.

Joe joined Hogan & Hartson in 1999 after serving 11 years at the FTC. During his tenure at the commission, he served in a variety of capacities, most recently as the assistant director of the Premerger Notification Office in the Bureau of Competition. Joe also was appointed acting assistant director and deputy assistant director of the Mergers II Division in the Bureau of Competition where he was responsible for the management and oversight of investigations of proposed mergers in a number of industries, including computer, chemicals, natural resources, and automotive parts. Joe has extensive litigation experience, having been involved in a senior capacity in a number of litigation matters that resulted in FTC orders. His career at the commission included serving two commissioners as an attorney advisor counseling on matters of antitrust policy and enforcement.

Joe has spoken numerous times on merger enforcement and antitrust policy, including remarks before the Spring Meeting of the American Bar Association Antitrust Section, the District of Columbia Bar, and the Bar of the City of New York. In addition, he has traveled to Eastern Europe to assist competition agencies there in their development and enforcement of antitrust law and policy, and has met with numerous representatives of competition bureaus throughout

the world to advise and discuss issues of antitrust enforcement and policy.

Joe is a nongovernmental advisor to the Mergers Working Group of the International Competition Network (ICN). The ICN is an informal network of antitrust agencies from developed and developing countries that addresses antitrust enforcement and policy issues of common interest and formulates proposals for procedural and substantive convergence. He has also been profiled in a number of prestigious publications, including the most recent *Chambers USA*, which noted, "Formerly at the FTC, Joseph Krauss ... gained client commendation for his 'strategically sound' advice and 'strong negotiation skills with the agencies.'"

### REPRESENTATIVE EXPERIENCE

Counsel to Carnival Corporation in its successful merger with P&O Princess, plc.

Counsel to General Dynamics Corporation in multiple defense industry investigations.

Counsel to DaimlerChrysler, Ford, and General Motors in the formation and operation of multiple joint ventures.

Counsel to eBay on general antitrust matters.

Counsel to a major utility in a variety of antitrust related issues.

### HOGAN & HARTSON PUBLICATIONS

"Issue Six." *Life Sciences: Competition & Antitrust Update,* Hogan & Hartson LLP (05.02.2007)

"Issue Five." *Life Sciences: Competition & Antitrust Update,* Hogan & Hartson LLP (01.31.2007)

"FTC Announces Changes to Jurisdictional Thresholds for Sections 7A and 8 of the Clayton Act." *Antitrust Update,* Hogan & Hartson LLP (01.23.2007)

"Issue Four." *Life Sciences: Competition & Antitrust Update,* Hogan & Hartson LLP (10.12.2006)

"Issue Three." *Life Sciences: Competition & Antitrust Update,* Hogan & Hartson LLP (06.29.2006)

"Issue Two." *Life Sciences: Competition & Antitrust Update,* Hogan & Hartson LLP (03.10.2006)

"FTC Announces Changes to HSR Notification Thresholds." *Antitrust Update,* Hogan & Hartson LLP (01.19.2006)

"Changes in HSR Reporting Requirements." *Antitrust Update,* Hogan & Hartson LLP (01.04.2006)

"FTC Announces Amendments to HSR Rules." *Antitrust Update,* Hogan & Hartson LLP (12.12.2005)

"Inaugural Issue." *Life Sciences: Competition & Antitrust Update,* Hogan & Hartson LLP (12.12.2005)

**PUBLISHED WORKS**

"The Tunney Act: A House Still Standing." *The Antitrust Source,* ABA (06.01.2007)

"New Antitrust & Competition Insight Mergermarket Report - Issue 6." *mergermarket,* (06.01.2007)

"New Antitrust & Competition Insight Mergermarket Report - Issue 4." *Mergermarket,* (12.01.2006)

"New Antitrust & Competition Insight Mergermarket Report." *Mergermarket,* (03.21.2006)

"Partial Acquisitions After Dairy Farmers: Got Answers?" *Antitrust,* ABA Section of Antitrust Law (03.20.2006)

"Merger Process Reforms." *The National Law Journal,* (03.14.2006)

"Dos and Don'ts of Navigating Antitrust Merger Investigations." *The Antitrust Review of the Americas,* Global Competition Review (10.01.2004)

"Antitrust Investigations 501: Successfully Managing Your Relationship with Agency Staff and Increasing Your Chances for Approval." *ACC Docket,* Association of Corporate Counsel (09.01.2004)