UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>MITTAL STEEL COMPANY N.V.,<br><br>        *Defendant.* | Civil Action No. 1:06CV01360-ESH |

## DECLARATION OF LOWELL R. STERN

I, Lowell R. Stern, declare as follows:

1. I am a trial attorney with the United States Department of Justice Antitrust Division, and I am the lead attorney for the above-captioned action. I make this declaration in support of the Motion of the United States To Appoint Trustee.

2. The facts set forth in the Plaintiff's Memorandum of Points and Authorities in Support of Motion of the United States to Appoint Trustee are true and accurate to the best of my belief and knowledge.

3. A true and correct copy of the Final Judgment is attached as Exhibit 1.

4. A copy of Joseph G. Krauss's professional biography is attached as Exhibit 2.

5. I declare under penalty of perjury that the foregoing is true and correct.

                                                                                       Lowell R. Stern

Done at Washington, D.C.
August 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this ___6th___ day of August 2007, I caused a copy of the foregoing Declaration of Lowell R. Stern to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

_____
Lowell R. Stern

For Mittal Steel Company N.V.:

Mark Leddy, Esquire
Brian Byrne, Esquire
Jeremy J. Calsyn, Esquire
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006