UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
*Plaintiff,* )
)
v. ) Civil Action No. 1:06CV01360-ESH
)
MITTAL STEEL COMPANY N.V., )
)
*Defendant.* )
)

### [PROPOSED] ORDER

WHEREAS plaintiff United States moved this Court on August 6, 2007, for the appointment of Joseph G. Krauss as Trustee pursuant to Section V of the Final Judgment herein; and in consideration of the motion, the supporting materials and any argument heard thereon, IT IS HEREBY ORDERED THAT:

1. Joseph G. Krauss is appointed Trustee pursuant to Section V of the Final Judgment.

2. Notwithstanding any provision of the Final Judgment, the Trustee may satisfy his responsibility to effect the divestiture of Sparrows Point pursuant to Section V of the Final Judgment by carrying out the sale of Sparrows Point in accordance with the August 1, 2007 Agreement between Mittal Steel Company and Bethlehem Acquisition Co., provided the United States has approved of both the Agreement

and Bethlehem Acquisition Co. as an acceptable Acquirer under Section IV(J) of the Final Judgment.

                                                                              */s/ Ellen S. Huvelle*
                                                                            Hon. Ellen S. Huvelle, U.S.D.J.

Entered: August 7, 2007