UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06CV1360-ESH |
| MITTAL STEEL COMPANY N.V., | ) |
| Defendant. | ) |

**CONSENT MOTION TO FILE UNDER SEAL**

Joseph G. Krauss, Trustee, respectfully moves to file under seal an unredacted version of Trustee's Second Report Pursuant to Final Judgment because certain sections of the report contain proprietary and confidential business information relating to a divestiture transaction, the terms of which are still being negotiated. The report will be kept under seal until such time as ninety (90) days have passed after the Final Report Pursuant to Final Judgment is filed with the Court. Pursuant to Local Rule 7(m), the Trustee has conferred with the Plaintiff and Defendant, and both parties consent to the relief requested in this motion. Trustee today will file under seal with the Clerk's Office an unredacted version of its Second Report Pursuant to Final Judgment as of November 2, 2007.

                                                     Respectfully submitted,

                                                     /s/

                                                     Joseph G. Krauss (D.C. Bar #459124)
                                                     Hogan & Hartson LLP
                                                     555 Thirteenth Street, N.W.
                                                     Washington, D.C. 20004
                                                     Telephone: (202) 637-5600
                                                     Facsimile: (202) 637-5910

                                                     *Court Appointed Trustee*

November 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                        Plaintiff,             )<br>                                                              )<br>                        v.                        )   Civil Action No. 1:06CV1360-ESH<br>                                                              )<br>MITTAL STEEL COMPANY N.V.,      )<br>                                                              )<br>                        Defendant.          )<br>                                                              )  | |

## ORDER

UPON CONSIDERATION OF the Trustee's Motion to File Under Seal the unredacted version of Trustee's Second Report Pursuant to Final Judgment, it is hereby ORDERED that:

Trustee's Motion to File Under Seal is GRANTED. The Clerk of the Court shall file, under seal, the unredacted version Trustee's Second Report Pursuant to Final Judgment for a period of ninety (90) after Trustee's Final Report Pursuant to Final Judgment is filed.

_____          _____
The Honorable Ellen S. Huvelle                          Date
United States District Court Judge

\\\DC - 030564/000001 - 2627532 v1