FOR THE DISTRICT OF COLUMBIA                    Exhibit 1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06CV1360-ESH |
| MITTAL STEEL COMPANY N.V., | ) |
| Defendant. | ) |

Sealed version filed with the clerk's office pending Court's ruling on Motion.