UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PUBLIC VERSION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06CV1360-ESH |
| | ) | |
| MITTAL STEEL COMPANY N.V., | ) | |
| | ) | |
| Defendant, | ) | |

## TRUSTEE'S SECOND REPORT PURSUANT TO FINAL JUDGMENT

Joseph G. Krauss ("Trustee"), having been appointed by the Court on August 7, 2007 pursuant to the Final Judgment entered May 23, 2007, submits the following report, as of November 2, 2007, pursuant to Article V(F) of the Final Judgment.

1. As detailed in Trustee's First Report Pursuant to Final Judgment as of September 18, 2007 ("First Report"), in accordance with the terms of Article IV(B) of the Final Judgment, Defendant had reached an agreement with Bethlehem Acquisition Co. (a.k.a. E2 Acquisition Corp.) ("E2") to divest the Sparrows Point business to E2 (the "Divestiture") and, pursuant to Article 4(J) of the Final Judgment, Plaintiff had notified Defendant in writing that it did not object to the Divestiture.

2. Since filing the First Report, Trustee has been in regular contact with both Defendant and E2 ("the Parties") in order to monitor the progress of the Divestiture.

3. While the Parties have made significant progress toward closing, in mid-October, it became apparent that the closing was unlikely to occur on or before October 31, 2007, which the Parties had previously set as the target date. Trustee believes that the Parties have been making a good-faith effort to proceed as quickly as possible and that this delay was unavoidable.

4. On October 23, 2007, Defendant notified Trustee that the Parties had mutually agreed upon a new scheduled closing date of November 7, 2007.

5. The following issues remain outstanding and must be resolved (or waived by the applicable party) prior to closing. Both Defendant and E2 believe that each is likely to be resolved on or prior to November 7, 2007.

   a.   **REDACTED**

- 2 -

**REDACTED**

b.

c.

**REDACTED**

d.

6.  **REDACTED**

\\\DC - 030564/000001 - 2624197 v1

**REDACTED**

7.  With respect to each of these issues, Trustee will remain in regular contact with the Parties to ensure that all reasonable steps are being taken to achieve the goal of closing by November 7, 2007.

8.  Prior to submitting this report, Trustee has provided it to both Plaintiff and Defendant for review.

Dated: November 2, 2007                                Respectfully Submitted,

_____
Joseph G. Krauss, Trustee