UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01360-ESH |
| ) | |
| MITTAL STEEL COMPANY N.V., ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

WHEREAS Trustee Joseph G. Krauss has filed a report recommending the extension of the trust and his term as Trustee; and

WHEREAS, the United States concurs with the Trustee's recommendation;

IT IS HEREBY ORDERED THAT:

1. The trust established by this Court by order dated August 7, 2007 pursuant to Section V of the Final Judgment, and the term of Joseph G. Krauss as Trustee, is extended for five months from the date of this Order.

_____
Hon. Ellen S. Huvelle, U.S.D.J.

Entered: February ____, 2008