ATTACHMENT

To Trustee's Fifth Report Pursuant to Final Judgment (Redacted)

      An unredacted version of this document was filed under seal with the Clerk's Office.  Materials submitted contain confidential and proprietary business information.