UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV1360-ESH |
| MITTAL STEEL COMPANY N.V., | ) ) ) | |
| Defendant, | ) ) ) | |

## TRUSTEE'S SIXTH REPORT PURSUANT TO FINAL JUDGMENT

Joseph G. Krauss ("Trustee"), having been appointed by the Court on August 7, 2007 pursuant to the Final Judgment entered May 23, 2007, submits the following report, as of April 29, 2007, pursuant to Article V(F) of the Final Judgment.

1. Since the date of the Trustee's last report, Trustee has been working diligently to complete the sale of the Sparrows Point business as expeditiously as possible.

2. On March 20, 2008, Trustee reached an agreement with Severstal North America, Inc. ("Severstal") to sell the Sparrows Point Business to Severstal for $810,000,000 in cash, subject to adjustments. A Sales and Purchase Agreement ("SPA") was signed by Trustee and Severstal on that same date. The SPA requires that closing take place on or before May 14, 2008.

3. Trustee formally notified Plaintiff and Defendant of the proposed divestiture on March 24, 2008. Trustee met with the attorneys for Plaintiff on March 28 at the offices of the Department of Justice. Trustee and representatives of Severstal also met with the attorneys for Plaintiff on April 4. Plaintiff notified Trustee and Defendant on April 15, 2008, that it does not object to the proposed divestiture. Defendant provided its signature pages to the SPA on April 16, 2008.

4. On March 20, 2008, Trustee and the United Steelworkers ("USW") executed a Memorandum of Understanding ("MOU") resolving issues between Defendant and USW resulting from the sale of Sparrows Point. Defendant provided its signature page to the MOU on April 21, 2008.

- 2 -

     5.    Trustee and his counsel, and counsel for Severstal met with staff for the Committee on Foreign Investment in the United States ("CFIUS") on March 25, 2008, to advise them of the transaction and the expected filing. On March 28, 2008, Trustee, Defendant and Severstal formally notified CFIUS of the transaction and are currently awaiting the conclusion of the CFIUS review.

     6.    Trustee, Defendant and Severstal have made all other necessary filings or notices required to accomplish the divestiture and expect all necessary clearances or consents to be obtained so that closing of the sale can take place before the scheduled closing date of May 14, 2008.

     7.    Prior to submitting this report, Trustee has provided it to both Plaintiff and Defendant for review.

Dated: April 29, 2008                                         Respectfully Submitted,

                                                                    Joseph G. Krauss, Trustee