UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MITTAL STEEL COMPANY N.V., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:06CV1360-ESH |

## NOTICE OF FILING UNDER SEAL

Sealed version of the pleading was filed today with the Court and is not available to the public for viewing.

                    Respectfully submitted,

                    __/s/_____
                    Joseph G. Krauss (D.C. Bar #459124)
                    Hogan & Hartson LLP
                    555 Thirteenth Street, N.W.
                    Washington, D.C. 20004
                    Telephone: (202) 637-5600
                    Facsimile: (202) 637-5910

                    *Court Appointed Trustee*

May 21, 2008